UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| _____ | ) | |
| FLAVIA BENITEZ, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No:  04-CV-11959-NG |
| | ) | |
| SODEXHO MARRIOTT SERVICES, | ) | |
| Defendant. | ) | |
| _____) | | |

## NOTICE OF APPEARANCE

Please enter our appearance on behalf of the Defendant, Sodexho, Inc. in the above

captioned matter.

Respectfully submitted,


_____
Harry L. Manion III, BBO #:  317440
Kenneth J. Martin, BBO #:  636643
COOLEY MANION JONES LLP
21 Custom House Street
Boston, MA 02110
(617) 737-3100
Facsimile:  (617) 737-0374


Dated:


132666-1

132666-1