UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| FLAVIA BENITEZ,<br>    Plaintiff,<br><br>v.<br><br>SODEXHO MARRIOTT SERVICES,<br>    Defendant. | )<br>)<br>)<br>)<br>)   Civil Action No: 04-CV-11959-NG<br>)<br>)<br>)<br>) |

## NOTICE OF APPEARANCE

Please enter our appearance on behalf of the Defendant, Sodexho, Inc. in the above captioned matter.

Respectfully submitted,

_/s/ Kenneth J. Martin_____
Harry L. Manion III, BBO #: 317440
Kenneth J. Martin, BBO #: 636643
COOLEY MANION JONES LLP
21 Custom House Street
Boston, MA 02110
(617) 737-3100
Facsimile: (617) 737-0374

Dated:

132666-1

132666-1