UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|   |   |   |
|---|---|---|
| FLAVIA BENITEZ,<br>  Plaintiff,<br><br>v.<br><br>SODEXHO MARRIOTT SERVICES,<br>  Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No: 04-CV-11959-NG |

**DEFENDANT, SODEXHO, INC.'S**
**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Local Rule 7.3, the defendant, Sodexho, Inc. ("Sodexho"), misnamed herein as Sodexho Marriott Services, makes the following disclosure statements:

A. Sodexho Marriott Services is no longer in existence. Sodexho, Inc. is the successor to Sodexho Marriott Services.

B. Sodexho, Inc.'s parent company is Sodexho Alliance, a French company which is publicly traded in France. No other publicly traded company owns stock in Sodexho, Inc.

                                              SODEXHO, INC.,
                                              by its attorneys,

                                              */s/ Kenneth J. Martin*
                                              Harry L. Manion III, BBO #: 317440
                                              Kenneth J. Martin, BBO #: 636643
                                              COOLEY MANION JONES LLP
                                              21 Custom House Street
                                              Boston, MA 02110
Dated:                                   (617) 737-3100

132663