**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Flavia Benitez | 04-11959-NG |
| **DEFENDANT** | **TYPE OF PROCESS** |
| Sodexho Marriott Services | service on defendant |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Chief Executive Officer of Sodexho Marriott Services

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
100 Federal Street, Boston, MA 02110

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Flavia Benitez
P.O. Box 2437
Jamaica Plain, MA 02130

Number of process to be served with this Form - 285:
Number of parties to be served in this case: 1
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

[Stamp: RECEIVED U.S. MARSHAL SERVICE BOSTON, MA 2004 SEP 30 PM 2:29]

Signature of Attorney or other Originator requesting service on behalf of: [X] PLAINTIFF [ ] DEFENDANT
Signature: Flavia Benitez
TELEPHONE NUMBER: (508) 345-5980
DATE: 9-30-04

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 38 | District to Serve No. 38 | Signature of Authorized USMS Deputy or Clerk | Date 9/30/04 |
|---|---|---|---|---|---|
| | 1 | | | | |

I hereby certify and return that I [ ] have personally served, [X] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above): CHRISTIN MURPHY (H/R Director)
[ ] A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above):
45 Hayden Ave
Lexington, Mass

Date of Service: 10-1-04    Time: 4:30 pm
Signature of U.S. Marshal or Deputy: [signature]

| Service Fee $45.00 | Total Mileage Charges (including endeavors) $8.03 | Forwarding Fee — | Total Charges $53.03 | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |

REMARKS:
Belmont 617-484-9350  Medford 781-396-5957
Lexington 781-372-6000 → CORPORATE

PRIOR EDITIONS MAY BE USED           **1. CLERK OF THE COURT**           FORM USM-285 (Rev. 12/15/80)

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of    Massachusetts

FLAVIA BENITEZ

V.

SODEXHO MARRIOTT SERVICES

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 04-11959-NG

TO: (Name and address of Defendant)
Chief Executive Officer
Sodexho Marriott Services
100 Federal Street
Boston, MA 02110

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Flavia Benitez, pro se
P.O. Box 2437
Jamaica Plain, MA 02130

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

_(signature)_

(By) DEPUTY CLERK

DATE  9/23/04

