# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

FLAVIA BENITEZ,  )
    Plaintiff  )
    )
VS.  )
    )
SODEXHO MARRIOTT SERVICES,  )  CIVIL ACTION NO. 04-11959-NG
    Defendant  )
    )

## NOTICE OF APPEARANCE

Please enter my appearance for the plaintiff, Flavia Benitez, in the above-captioned case.

Respectfully submitted,

FLAVIA BENITEZ,
By her attorney,

Dated: November 15, 2004

*[signature]*
Robert LeRoux Hernandez
BBO No. 231920
6 Pleasant Street, Suite 517
Malden, MA 02148
(781) 321-8300

## CERTIFICATE OF SERVICE

I, Robert LeRoux Hernandez, hereby certify that I have this day sent a copy of the foregoing document by first class mail directed to all counsel of record.

Dated: November 15, 2004

*[signature]*
Robert LeRoux Hernandez