UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FLAVIA BENITEZ, )
    Plaintiff )
 )
VS. )
 )
SODEXHO MARRIOTT SERVICES, )   CIVIL ACTION NO. 04-11959-NG
    Defendant )

# CERTIFICATION UNDER LOCAL RULE 16.1

We certify that we have conferred with the view to establishing a budget for the cost of conducting the full course–and various alternative courses–of the litigation; and to consider the resolution of the litigation by use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Signed under the penalties of perjury.

Respectfully submitted,

FLAVIA BENITEZ,
By her attorney,

Dated: November 18, 2004

_____
Robert LeRoux Hernandez
BBO No. 231920
6 Pleasant Street, Suite 517
Malden, MA 02148
(781) 321-8300

Dated: November 18, 2004

_____
Flavia Benitez