# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FLAVIA BENITEZ,<br>Plaintiff<br><br>VS.<br><br>SODEXHO MARRIOTT SERVICES,<br>Defendant | )<br>)<br>)<br>)<br>) CIVIL ACTION NO. 04-11959-NG<br>)<br>)<br>)<br>) |

### PLAINTIFF'S ASSENTED-TO MOTION FOR LEAVE TO ATTEND HEARING TELEPHONICALLY

Now comes plaintiff, Flavia Benitez, through her attorney, and respectfully moves that her attorney be permitted to attend a hearing before Judge Magistrate Dein set for April 25, 2005 at 2:30 p.m., telephonically, advancing as reason therefor the fact that plaintiff's attorney will be abroad on the date of the scheduled hearing, such that return in person for the hearing currently scheduled would be costly and cause him personal hardship. Counsel for both sides have conferred and agreed to a joint proposed schedule for this matter, such that the physical presence of plaintiff's counsel is not likely to be required.

WHEREFORE, plaintiff urges that this motion be allowed.

Respectfully submitted,

FLAVIA BENITEZ,
By her attorney,

Dated: April 14, 2005

/Robert LeRoux Hernandez/
Robert LeRoux Hernandez
BBO No. 231920
6 Pleasant Street, Suite 517
Malden, MA 02148
(781) 321-8300
rlhern@civiljustice.com

ASSENTED TO:

/Kenneth J. Martin/
Kenneth J. Martin
BBO No. 636643
COOLEY MANION JONES LLP
21 Custom House Street
Boston, MA 02110
(617) 737-3100
KMartin@cmj-law.com