UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Flavia Benitez,                                    )
                                                   )
              Plaintiffs,                          )
                                                   )
v.                                                 )           Civil Action
                                                   )           No. 04-11959-NG
Sodexho Marriot Services                           )
                                                   )
              Defendant                            )

## SCHEDULING ORDER

After a Scheduling and Planning Conference held today in accordance with Fed. R. Civ. P. 16(b), the Court orders the following, as agreed to by the parties:

1.     The parties shall exchange initial disclosures by **May 30, 2005**.

2.     Fact discovery shall be completed by **November 30, 2005**.

3.     Summary judgment motions shall be served and filed on or before **December 30, 2005**.

4.     Any opposition to a motion for summary judgment shall be served and filed no later than 30 days after the date of service of the motion to which it responds.

5.     Any party moving for summary judgment shall file a reply to any opposition no later than ten days after the service of the opposition.

6.     Plaintiff shall designate experts and serve expert reports 45 days after receipt of a decision by the Court denying a motion for summary judgment or **February 15, 2006**, whichever is later.

7.     Defendant shall designate experts and serve expert reports 45 days after receipt of the plaintiff's expert designation or **April 3, 2006**, whichever is later.

8.     Expert discovery shall be completed 30 days after receipt of the defendant's expert designations and service of expert reports or **May 1, 2006**, whichever is later.

9.     The next status conference is scheduled for **October 13, 2005**, at **2:30**.  At that
       time, the parties shall be prepared to discuss:

      (a)     the status of the case;
      (b)     scheduling for the remainder of the case through trial;
      (c)     use of alternative dispute resolution ("ADR") programs; and
      (d)     consent to trial before the Magistrate Judge.

10.    The parties shall submit a brief joint statement no later than five (5) business days
       before the conference addressing the issues itemized in paragraph (9) above. The
       parties shall just indicate if an agreement has been reached to use ADR or to have
       the matter tried by a Magistrate Judge. The respective positions of each party do
       not have to be identified.


                                        / s / Judith Gail Dein
                                          Judith Gail Dein
                                          United States Magistrate Judge

DATED: April 25, 2005