# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FLAVIA BENITEZ,<br>    Plaintiff<br><br>VS.<br><br>SODEXHO MARRIOTT SERVICES,<br>    Defendant | )<br>)<br>)<br>)<br>)   CIVIL ACTION NO. 04-11959-NG<br>)<br>)<br>) |

### NOTICE OF CHANGE OF ADDRESS FOR PLAINTIFF'S COUNSEL

PLEASE TAKE NOTICE that, effective immediately, the address of counsel for plaintiff in the captioned matter will be:

    Robert LeRoux Hernandez, Esquire
    P.O. Box 590438
    Newton MA 02459

    Respectfully submitted,

    FLAVIA BENITEZ,
    By her attorney,

Dated: August 12, 2005              /Robert LeRoux Hernandez/
    Robert LeRoux Hernandez
    BBO No. 231920
    P.O. Box 590438
    Newton MA 02459
    (781) 321-8300
    rlhern@civiljustice.com