# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

FLAVIA BENITEZ,
   Plaintiff

)
)
)
)
)
)
)
)
)

VS.

CIVIL ACTION NO. 04-11959-NG

SODEXHO MARRIOTT SERVICES,
   Defendant

### Motion by Plaintiff's Counsel for Leave to Withdraw

Now comes Robert LeRoux Hernandez, attorney for plaintiff Flavia Benitez and respectfully moves for leave to withdraw, advancing as cause for granting such motion that plaintiff, Flavia Benitez, has communicated directly with defense counsel in such a manner as to prevent counsel from properly representing her.

Counsel respectfully requests that this motion be set for hearing at the earliest practicable date, taking into consideration the fact that notice to plaintiff, Flavia Benitez, of the date and time of such hearing must be accomplished through the United States Postal Service.

WHEREFORE, counsel respectfully urges that this motion be allowed.

Respectfully submitted,

FLAVIA BENITEZ,
By her attorney,

Dated: November 30, 2005

/Robert LeRoux Hernandez/
Robert LeRoux Hernandez
BBO No. 231920
P.O. Box 590438
Newton MA 02459
(617) 969-1688
rlhern@civiljustice.com

I, Robert LeRoux Hernandez, hereby certify that on the foregoing date I served a copy of the foregoing document upon all counsel of record, and upon Flavia Benitez, P.O. Box 302437, Jamaica Plain MA 02130, by first class mail, postage prepaid.