UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FLAVIA BENITEZ,                          )
                                         )
                    Plaintiff,           )
        v.                               )          CIVIL ACTION
                                         )          NO.  04-11959-NG
SODEXHO MARRIOTT SERVICES,               )
                                         )
                    Defendant.           )

# ORDER

This matter is before the court on the Motion by Plaintiff's Counsel for Leave to

Withdraw (Docket No. 19).  It is hereby ORDERED as follows:

1.      The court has taken the motion under advisement.

2.      The defendant, after consultation with plaintiff's counsel, shall submit a

proposed Confidentiality Order to the court by January 6, 2006.

3.      The plaintiff, Flavia Benitez, shall submit a statement to the court by

January 6, 2006 acknowledging that she knows her counsel intends to withdraw.

4.      Plaintiff's counsel shall provide notice of this order to the plaintiff.


                                          ___/ s / Judith Gail Dein_____
                                          Judith Gail Dein
                                          United States Magistrate Judge

DATED:  December 19, 2005