FLAVIA BENITEZ
PO. BOX. 302437
JAMAICA PLAIN
MASS  02130



UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
UNITED STATES COURTHOUSE
1 COURTHOUSE WAY  SUITE  2300
BOSTON ,MA 02210
NANCY  GERTNER JUDGE


RE: ATTORNEY  DISMISSAL


THIS NOTE  IS TO ADVISE YOU THAT ROBERT LEROUX
HERNANDEZ  IS NO LONGER  MY COUNSELOR.


I THINK  EACH HUMAN BEING HAS TO BE  TREATED  WITH
RESPECT  NO MATTER ECONOMICAL + DISABILITY REASONS


IN ADDITION, SOME SIMPLE MISTAKES+ UNCOMFORTABLE
SITUATIONS ; ROBERT L. HERNANDEZ  DOES NOT  HAVE
ANY OFFICE ADDRESS NOR  A FAX  NUMBER  THAT I  KNOW
SINCE HE MOVED  HIS OFFICE  LAST AUGUST  FROM  MALDEN
SO IN THAT CONDITIONS IT IS HARD  TO GO ON.

I WILL CONTINUE  SEARCHING  FOR A NEW  COUNSELOR.
I ALSO  NEED  A CASE  SUMMARY PROCESS  OF  THE CI-
VIL  ACTION #  04-11959- NG.

SINCERELY, FLAVIA BENITEZ

*Flavia Benitez*

12/14/2005