UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| FLAVIA BENITEZ, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION |
| | ) | No. 04-11959-NG |
| SODEXHO MARRIOT SERVICES, | ) | |
| | ) | |
| Defendant | ) | |

# **SCHEDULING ORDER**

A status conference was held today. Despite notice having been sent to the plaintiff by the court as well as by defense counsel, the plaintiff failed to appear. In accordance with Fed. R. Civ. P. 16(a), it is hereby ORDERED as follows:

1. The plaintiff shall provide defense counsel with complete answers to interrogatories, signed under the pains and penalties of perjury, by **January 31, 2006**.

2. Defense counsel shall promptly send the plaintiff medical release forms, along with the confidentiality agreement entered by the court in this case. Plaintiff shall return fully executed medical release forms to defense counsel by **January 31, 2006**.

3. The next status conference is scheduled for **February 3, 2006, at 10:00 a.m.** At that time, the parties shall be prepared to discuss:

    (a) the status of the case;
    (b) scheduling for the remainder of the case through trial;
    (c) use of alternative dispute resolution ("ADR") programs; and
    (d) consent to trial before the Magistrate Judge.

4.     Each party shall submit a brief statement no later than five (5) business days before the conference addressing the issues itemized in paragraph (3) above.

5.     **Failure to comply with this order and/or failure to appear at the scheduled status conference may result in the dismissal of this action.**

                                             / s / Judith Gail Dein
                                             Judith Gail Dein
                                             United States Magistrate Judge

DATED: January 17, 2006