UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| FLAVIA BENITEZ, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION |
| | ) | No. 04-11959-NG |
| SODEXHO MARRIOT SERVICES, | ) | |
| | ) | |
| Defendant. | ) | |

## **SCHEDULING ORDER**

A status conference was held today. The plaintiff appeared pro se. In accordance with Fed. R. Civ. P. 16(a), it is hereby ORDERED as follows:

1. At the plaintiff's request, the matter is stayed until she locates a lawyer, provided, however, that the plaintiff has until **March 21, 2006** to retain counsel. If counsel is not retained by then, the plaintiff shall proceed pro se.

2. The plaintiff shall provide defense counsel with complete answers to interrogatories, signed under the pains and penalties of perjury, by **March 24, 2006**.

3. Plaintiff shall return fully executed medical release forms to defense counsel by **March 24, 2006**.

4. The next status conference is scheduled for **March 27, 2006, at 10:00 a.m.** At that time, the parties shall be prepared to discuss:

    (a) the status of the case;
    (b) scheduling for the remainder of the case through trial;
    (c) use of alternative dispute resolution ("ADR") programs; and
    (d) consent to trial before the Magistrate Judge.

5. Each party shall submit a brief statement no later than five (5) business days before the conference addressing the issues itemized in paragraph (4) above.

6. **Failure to comply with this order and/or failure to appear at the scheduled status conference may result in the dismissal of this action.**

                                                /s/ Judith Gail Dein

                                                Judith Gail Dein
                                                United States Magistrate Judge

DATED: February 3, 2006