

## UNITED STATES DISTRICTCOURT OF MASSACHUSETTS

**FLAVIA BENITEZ**      CIVIL ACTION # 04-11959 - NG

PLAINTIFF

VS

**SODEXHO-MARRIOTT**
DEFENDANT
RE: APPEAL ORDER ON JANUARY 17,2006.

IN LETTER DATED ON JANUARY 12,2006, AND STAMPED AS RECEIVED BY THE COURT CLERK 'S OFFICE THE SAME DATE. I DID REQUEST TO POSTPONE A CONFERENCE FILE ON JANUARY 3,2006 BY THE DEFENDANT (SODEXHO- MARRIOTT) AND SCHEDULE FOR JANUARY17,2006.

I DID REQUEST TO POSTPONE THE CONFERENCE FOR THE FOLLOWING REASONS:

1) I DO NOT HAVE A COUNSEL
2) I NEED TIME TO GET A NEW CONSEL.
3) THE CONFERENCE WAS SCHEDULE FOR FEBRUARY 28,2006.
AND THE CONFERENCE WAS BEFORE SCHEDULE ON 01\17\2006..

TODAY JANUARY 27 ,2006 I HAVE NOT COUNSEL YET SO I CAN NOT COMPLY WITH THE SCHEDULING ORDER ON JANUARY 17,2006..

I AM NOT WILLING TO TAKE ANY DECISION WITHOUT A COUNSEL.
I THINK THAT THE SIXTH AMENDMENT OF THE US CONSTITUTION GUARANTEES ME THE RIGHT TO HAVE A COUNSEL. ALSO THE FOURTEENTH AMENDMENT GUARANTEES ME EQUAL PROTECTION OF THE LAWS TO ALL CITIZENS.

JANUARY 30, 2006.

*Flavia Benitez*
SINCERELY YOURS,
FLAVIA BENITEZ
PO. BOX 302437 JAMAICA
PLAIN, MA 02130.

Case 1:04-cv-11959-NG    Document 27    Filed 01/30/2006    Page 2 of 2