JON S. BAROOSHIAN
BARBARA H. CHUANG
EARLE C. COOLEY
DONNA R. CORCORAN
CHRISTOPHER J. CUNIO
ROBERT A. DELELLO
JENNIFER B. FUREY
MAITE A. GARCIA
MARTIN F. GAYNOR III
BRIAN D. GROSS*
JOHN T. HUGO
TRACY A. R. JOLLY
PATRICK T. JONES**
TIMOTHY C. KELLEHER III
HARRY L. MANION III
JOHN B. MANNING*
KENNETH J. MARTIN
KERRI L. MCCOMISKEY
JAIMIE A. MCKEAN
KEITH M. MCLEAN
CHRISTOPHER M. SHEEHAN
LISA M. SNYDER
JESSICA A. STACY~
NICHOLAS D. STELLAKIS
JONATHAN F. TABASKY*†
PATRICK S. TRACEY♦

# COOLEY MANION JONES LLP

COUNSELLORS AT LAW

21 CUSTOM HOUSE STREET

BOSTON, MASSACHUSETTS 02110-3536

(617) 737-3100

FACSIMILE (617) 737-3113

www.cmjlaw.com

PAUL F. BECKWITH
LEONARD T. EVERS
KEVIN M. GLYNN
ARTHUR GRIMALDO II~
FRANK A. MARINELLI*
PETER J. SCHNEIDER**
MELODY M. WILKINSON~
OF COUNSEL

RHODE ISLAND OFFICE
ONE CENTER PLACE
PROVIDENCE, RHODE ISLAND 02903
(401) 273-0800

TEXAS OFFICE
100 EAST FIFTEENTH STREET, SUITE 320
FORT WORTH, TEXAS 76102
(817) 870-1996

~ADMITTED IN TEXAS ONLY
*ALSO ADMITTED IN RHODE ISLAND
†ALSO ADMITTED IN CONNECTICUT
°ALSO ADMITTED IN NEW HAMPSHIRE
♦ALSO ADMITTED IN ARIZONA

**VIA FIRST CLASS MAIL**

January 3, 2006

Flavia Benitez
P.O. Box 302437
Jamaica Plain, MA 02130

      RE:    Flavia Benitez v. Sodexho Marriott Services:
                U.S. District Court, Civil Action No.: 04-CV-11959-NG

Dear Ms. Benitez:

     Enclosed please find a copy of the Electronic ORDER entered today by Judge Dein allowing the Defendant's Motion for Extension of Time to Complete Discovery and Advance Date of Status Conference. A copy of this Motion was sent to you at the above address via First Class Mail on December 30, 2005. As you can see, Judge Dein has rescheduled the status conference previously scheduled for February 28, 2006, to January 17, 2006 at 10:45 A.M. in Courtroom #15, at which date and time both parties are expected to appear.

     Should you have any questions or concerns, please do not hesitate to contact me.

                            Very truly yours,

                            Brian M. Haney

enclosure

     cc:    Kenneth J. Martin, Esq. (without enclosure)

153437-1

**Lee A. Calcagno**

From: ECFnotice@mad.uscourts.gov
Sent: Tuesday, January 03, 2006 3:25 PM
To: CourtCopy@mad.uscourts.gov
Subject: Activity in Case 1:04-cv-11959-NG Benitez v. Sodexho Marriott Services "Order on Motion for Extension of Time to Complete Discovery"

\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

## United States District Court

### District of Massachusetts

Notice of Electronic Filing

The following transaction was received from Dambrosio, Jolyne entered on 1/3/2006 at 3:25 PM EST and filed on 1/3/2006
**Case Name:**       Benitez v. Sodexho Marriott Services
**Case Number:**     1:04-cv-11959
**Filer:**
**Document Number:**

**Docket Text:**
Judge Judith G. Dein : Electronic ORDER entered granting [22] Defendant's Motion for Extension of Time to Complete Discovery and Advance Date of Status Conference. The status conference is rescheduled to 1/17/06 at 10:45AM in Courtroom #15 on the 5th floor. (Dambrosio, Jolyne)

The following document(s) are associated with this transaction:

**1:04-cv-11959 Notice will be electronically mailed to:**

Kenneth J. Martin      kmartin@cmj-law.com, lcalcagno@cmj-law.com

**1:04-cv-11959 Notice will not be electronically mailed to:**

Flavia Benitez
P.O. Box 2437
Jamaica Plain, MA 02130

UNITED STATES DISTRICT COURT'S OFFICE
DISTRICT OF MASSACHUSETTS

2006 JAN 30 A 9: 30

DISTRICT OF MASS.

| | |
|---|---|
| FLAVIA BENITEZ, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CIVIL ACTION |
| ) | No. 04-11959-NG |
| SODEXHO MARRIOT SERVICES, ) | |
| ) | |
| Defendant ) | |

## SCHEDULING ORDER

A status conference was held today. Despite notice having been sent to the plaintiff by the court as well as by defense counsel, the plaintiff failed to appear. In accordance with Fed. R. Civ. P. 16(a), it is hereby ORDERED as follows:

1. The plaintiff shall provide defense counsel with complete answers to interrogatories, signed under the pains and penalties of perjury, by **January 31, 2006**.

2. Defense counsel shall promptly send the plaintiff medical release forms, along with the confidentiality agreement entered by the court in this case. Plaintiff shall return fully executed medical release forms to defense counsel by **January 31, 2006**.

3. The next status conference is scheduled for **February 3, 2006, at 10:00 a.m.** At that time, the parties shall be prepared to discuss:

    (a) the status of the case;
    (b) scheduling for the remainder of the case through trial;
    (c) use of alternative dispute resolution ("ADR") programs; and
    (d) consent to trial before the Magistrate Judge.

4. Each party shall submit a brief statement no later than five (5) business days before the conference addressing the issues itemized in paragraph (3) above.

5. **Failure to comply with this order and/or failure to appear at the scheduled status conference may result in the dismissal of this action.**

                                                    / s / Judith Gail Dein
                                                   Judith Gail Dein
                                                   United States Magistrate Judge

DATED: January 17, 2006