# UNITED STATES DISTRICT COURT OF MASSACHUSETTS

FLAVIA BENITEZ                                CIVIL ACTION # 04-CV-11959- NG

          VS                                              PRO-SE


SODEXHO - MARRIOTT
COOLEY MANION JONES LL


RE:  SODEXHO - MARRIOTT  ( COOLEY MANION JONES)VIOLATED MY
CONSTITUTIONAL CIVIL RIGHTS LAW OF PRIVACY ACT 1974.


I THINK THAT SODEXHO - MARRIOTT( COOLEY MANION JONES LL)
VIOLATE MY FEDERAL CIVIL RIGHTS LAWS OF PRIVACY  PASSED
BY  CONGRESS. PRIVACY ACT 1974. (COPIES ATTACH).

 FACTS:
ALL AMERICAN CITIZENS HAVE THE RIGHT TO PRIVACY AND RESPECT.
PEOPLE 'S INDIVIDUAL DIGNITY AT ALL TIMES. CONGRESSIONAL  CON-
CERN OVER COLLECTION ,USE AND DISSEMINATION OF PERSONAL IN-
FORMATION. NOT TO BE DISCLOSE PERSONAL  DATA INFORMATION
UNLESS  THE  OTHER PART HAS PROPERLY CONSENT OR AUTHORIZA-
TION FOR REALEASING INFORMATION OR BE A REPRESENTATIVE  FOR
THAT PERSON.

ON NOVEMBER 11, 2005, COOLEY MANION  JONES  DID DEMAND MY  ME-
DICAL RECORDS.

WHEREFORE, THE PLAINTIFF DEMANDS A JUDGMENT AGAINST SO-
DEXHO- MARRIOTT( COOLEY  MANION  JONES LL) DEFENDANTS
FOR DAMAGES  AND FOR VIOLATION OF MY CONSTITUTIONAL
RIGHTS  GUARANTEED  AS A CITIZEN , AGAIN.

THE PLAINTIFF  DEMAND TO BE ADD TO THE PREVIOUS  COMPLAIN
CASE # 04-CV-11959- NG

FEBRUARY 1,2006.                    SINCERELY YOURS, FLAVIA BENITEZ