UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| FLAVIA BENITEZ, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CIVIL ACTION |
| | ) | No. 04-11959-NG |
| SODEXHO MARRIOTT SERVICES, | ) | |
| | ) | |
| Defendant. | ) | |

## **SCHEDULING ORDER**

On March 27, 2006, this court held a status conference at which the plaintiff appeared pro se. Pursuant to Fed. R. Civ. P. 16(a), it is hereby ORDERED as follows:

1. The court adopts the defendant's proposed schedule as follows:

    (a) The deposition of the plaintiff is to be taken by the defendant on **May 23, 2006**.

    (b) All fact discovery shall be completed by **September 23, 2006**.

    (c) Any summary judgment motions shall be served and filed on or before **October 23, 2006**.

    (d) Any opposition to a Motion for Summary Judgment shall be served and filed no later than thirty (30) days after the date of service of the Motion to which it responds.

    (e) Any party moving for summary judgment may file a reply to any opposition no later than ten (10) days after the service of the opposition.

    (f) The plaintiff shall designate any experts and serve any expert reports forty-five (45) days after receipt of a decision by the Court denying any Motion for Summary Judgment or by **December 7, 2006**, whichever is later.

    (g)    The defendant shall designate any experts and serve any expert reports forty-five (45) days after receipt of the plaintiff's expert designation or by **January 29, 2007**, whichever is later.

    (h)    All expert discovery shall be completed thirty (30) days after receipt of the defendant's expert designation and service of expert reports or by **February 28, 2007**, whichever is later.

2.    By **May 10, 2006**, the plaintiff may file a motion to continue her deposition if, by that date, she has been unable to obtain an attorney.

3.    The next status conference is scheduled for **June 5, 2006 at 2:45 p.m.** At that time, the parties shall be prepared to discuss:

    (a)    the status of the case;
    (b)    scheduling for the remainder of the case through trial;
    (c)    use of alternative dispute resolution programs; and
    (d)    consent to trial before the Magistrate Judge.

4.    Each party shall submit a brief statement no later than five (5) business days before the conference addressing the issues itemized in paragraph (3) above.

5.    **Failure to comply with this order and/or failure to appear at the scheduled status conference may result in the dismissal of this action.**

                                / s / Judith Gail Dein
                                Judith Gail Dein
                                United States Magistrate Judge

DATED: March 27, 2006