UNITED STATES  DISTRICT  COURT  OF  MASSACHUSETTS

FILED
IN CLERKS OFFICE

2006 APR 27  A 11: 32

FLAVIA BENITEZ                    CIVIL ACTION # 04-CV-11959 NG
PLAINTIFF                                              U.S. DISTRICT COURT
                                                             DISTRICT OF MASS.


VS


SODEXHO-MARRIOTT
DEFENDANT


THIS NOTICE IS TO REQUEST  A LEGAL  ASSISTANCE  A PRO- BONO
CONSTITUTIONAL OR CIVIL RIGHTS AND EMPLOYMENT ATTORNEY
WITHOUT WAVING  MY RIGHT  TO GET A PRIVATE  ATTORNEY ,TOO.


MARCH 23,2006 - 1                    RESPECTFULLY  SUBMITTED
APRIL 27,2006. -  2 REQUEST        Flavia Benitez
                                                      FLAVIA BENITEZ
                                                       PO. BOX 302437
                                                       JAMAICA  PLAIN 02130