UNITED STATES DISTRICT COURT OF MASACHUSETTS

FILED
CLERKS OFFICE

2006 APR 27 A 11: 32

U.S. DISTRICT COURT
DISTRICT OF MASS.

FLAVIA BENITEZ  
PLAINTIFF

CIVIL ACTION # 04- CV -11959-NG.

VS

SODEXHO-MARRIOTT  
DEFENDANT

THIS NOTICE - MOTION IS TO REQUEST A LEGAL TECHNICAL INTERPRETER DURING THE NEXT COURT DAY ON JUNE 5, 2006 @ 2: 45 PM .

APRIL 26, 2006

RESPECTFULLY SUMMITED  
FLAVIA BENITEZ  
*Flavia Benitez*  
PO. BOX 302437  
JAMAICA PLAIN MA 02130.