UNITED STATES DISTRICT COURT OF MASSACHUSETTS

FILE # 04-CV-11959-NG

FLAVIA BENITEZ          PRO-SE
PLAINTIFF

VS.

SODEXHO-MARRIOTT
DEFENDANTS              COOLEY MANION JONES

IN LETTER DATE ON APRIL 14,2006 ; REGARDING MY ANSWERS TO INTERROGATORIES. I HAVE NOTHING MORE TO SAY.

SECOND, IF THESE MEDICAL PROVIDERS WOULD NOT RELEASE MY MEDICAL RECORD ,THERE IS NOTHING I CAN DO ABOUT IT. I SIGNED ON OBJECTIONS THE MEDICAL RELEASE . I DID NOT SIGN ON MY WILL.

BESIDES , IT IS AN EMPLOYMENT DISCRIMINATION CLAIM FOR VIOLACTIONS OF THE FEDERAL CIVIL RIGHTS LAWS ,BURDEN OF PROOF.
UNDER FEDERAL LAW THE CLAIM IS BROUGHT WITH THE VIOLATIONS OF CIVIL RIGHTS ACT TITLE VII.
a) 42 U.S .C § 1981
b) 42 U.S.C § 1985

2- AGE DISCRIMINATION ACT OF 1967 AMENDED 1978.

3- REHABILITATION ACT OF 1973.

4- EQUAL PAY ACT

a) 42 U.S.C § 1983

b)42 U.S.C ₡ 1986.

5- FAMILY MEDICAL LEAVE ACT.

6- FAIR LABOR STANDARDS.

|  |  |
|---|---|
| MAY 3,2006 | RESPECTFULLY SUBMITTED |
|  | FLAVIA BENITEZ |
|  | *Flavia Benitez* |
|  | PO. BOX 302437 |
|  | JAMAICA PLAIN MA 02130 |