# UNITED STATES DISTRICT COURT OF MASSACHUSETTS

FILE # 04-CV- 11959-NG

FLAVIA BENITEZ                    PRO-SE
PLAINTIFF

VS

SODEXHO-MARRIOTT          COOLEY MANION JONES
DEFENDANTS

IN YOUR LETTER DATE ON APRIL24,2006 BY COOLEY MANION JONES
SENT ME SOME DOCUMENTS THAT I DID NOT RECALL TO REQUEST
FOR IT.
WHAT IT IS FOR ?   CAN COOLEY MANION JONES SEND ME A COPY
OF THAT REQUEST WITH THE DATE AND MY SIGNATURE ON IT.

MAY 3,2006                    RESPECTFULLY SUBMITTED
                              FLAVIA BENITEZ
                              
                              PO. BOX 302437
                              JAMAICA PLAIN MA 02130