UNITED STATES DISTRICT COURT OF MASSACHUSETTS

FILE # 04-CV-11959-NG

FLAVIA BENITEZ          PRO-SE
PLAINTIFF

VS

SODEXHO -MARRIOTT       COOLEY MANION JONES
DEFENDANTS

IN LETTER DATE ON APRIL 25,2006 COOLEY MANION JONES STATED ANOTHER SET OF INTERROGATORIES FROM THE PLAINTIFF. AS FAR AS I KNOW THERE IS ONLY ONE SET OF INTERROGATORIES FROM THE PLAINTIFF TO BE ANSWERED FOR THE DEFENDANTS FILE WITH THE UNITED STATES DISTRICT COURT OF MASSACHUSETTS ON MARCH 23,2006. SO, I DO NOT KNOW WHERE YOU GET THOSE QUESTIONS FROM.

CAN COOLEY MANION JONES PLEASE, SEND ME A COPY OF EACH SET OF INTERROGATORIES RESQUESTE BY ME. ONE COPY OF THE FIRST SET AND ONE COPY OF THE SECOND SET OF INTERRGATORIES WITH THE DATE AND MY SIGNATURE ON IT.

MAY 3, 2006              RESPECTFULLY SUBMITTED
                         FLAVIA BENITEZ
                         *Flavia Benitez*
                         PO. BOX 302437
                         JAMAICA PLAIN MA 02130