UNITED STATES DISTRICT COURT OF MASSACHUSETTS

FILE # 04-CV-11959-NG

FILED
IN CLERKS OFFICE
2006 MAY 19 P 2: 15
U.S. DISTRICT COURT
DISTRICT OF MASS.

FLAVIA BENITEZ
PLAINTIFF

PRO-SE

VS

SODEXHO -MARRIOTT
DEFENDANTS

COOLEY MANION JONES


THIS NOTICE IS TO PROVIDE THE GROUNDS UPON MY MOTION IS BASED REQUESTED BY THE COURT ON LETTER MAY 9, 2006

MY REQUEST FOR A COUNSEL IS FIRM WITH RESPECT. SINCE GETTING AN ATTORNEY HAS BEEN A HARDSHIP FOR GETTING A PRIVATE ATTORNEY. I INSIST COURT'S PRO-BONO PLAN.

I AM NOT TRYING TO REPRESENT MYSELF BECAUSE IT WOULD BE HARD FOR ME FOR SOME HEALTH ISSUES AND LANGUAGES ISSUES.

I AM INCLUDING A LIST OF SOME PRIVATE ATTORNEYS THAT I TRIED TO GET HELP. EXHIBIT (1)

I THINK THAT THE FUNDAMENTAL FAIRNNESS OF THE DUE PROCESS FOR MY PART WILL BE COMPROMISED.


MAY 18, 2006

RESPECTFULLY SUBMITTED
FLAVIA BENITEZ
*Flavia Benitez*
PO. BOX 2437 JAMAICA PLAIN 02130.

# Scott A. Lathrop & Associates

Scott A. Lathrop, P.C.
Beatrice T. Heveran, Esq.

ATTORNEYS-AT-LAW
slathrop@LathropLawOffices.com
www.LathropLawOffices.com

122 Old Ayer Road
Groton, MA 01450
Phone: (978) 448-8234
Fax: (978) 448-8244

Monday, May 15, 2006

Flavia Benitez
P.O. Box 302437
Jamaica Plain, MA 02130

Re:   Benitez v. Sodexho Marriott Services

Dear Ms. Benitez:

I have reviewed the materials that you have sent to me. Unfortunately, I am not in a position to take this case. I have therefore enclosed the materials you sent to me.

Best wishes.

Very truly yours,

Scott A. Lathrop

**GIGI D. TIERNEY**
ATTORNEY AT LAW

LANG, XIFARAS & BULLARD
GDTIERNEY@LXBLAW.COM
FAX (508) 993-8696

115 ORCHARD STREET
NEW BEDFORD, MA 02740
(508) 992-1270

---

*Miercle* 11/15/02
STUDENT REPRESENTATIVE

10:00 – 12:30    3:00 pm
OFFICE HOURS
5:00 pm

THE LEGAL SERVICES CENTER
CENTRO DE SERVICIOS LEGALES
122 BOYLSTON STREET
JAMAICA PLAIN, MA 02130

TEL (617) 522-3003
FAX (617) 522-0715

TELEPHONE: (617) 242-8383
FACSIMILE:  (617) 242-8313
E-MAIL: KEANEKLEIN@AOL.COM

www.Keane-Klein.com

---

1. Ozell Hudson – (617) 267-0662
(402)

50

ALICE J. KLEIN
ATTORNEY AT LAW

KEANE, KLEIN & DUFFEY
ONE CHURCH COURT
BOSTON, MA 02129
"IN HISTORIC CHARLESTOWN"

**SERVICIOS MULTIPLES**
10 MARKET SQUARE
LYNN MA 01905
TEL. (781) 593-5274 · FAX (781) 593-1415

José M. Rodriguez
NOTARY PUBLIC - TX PREPARER (E-FILE)
"NON-LAWYER" IMMIGRATION SPECIALIST
HOME LOANS · TRANSLATOR

SE HABLA ESPAÑOL

---

DR. LAZARO LOWINGER
ABOGADO

150

313 WASHINGTON STREET
SUITE 203
NEWTON, MA 02458

TEL. (617) 965-7377
FAX: (617) 965-8488

---

OFFICE (617) 227-4019
FAX (617) 227-3908

100

**HRONES AND GARRITY**
ATTORNEYS AT LAW

LIONEL PORTER

LEWIS WHARF - BAY 232
BOSTON, MA 02110-3927

**ROBERT M. WARREN**
ATTORNEY AT LAW

11 GREEN STREET
JAMAICA PLAIN, MA 02130

TEL (617) 983-1441
FAX (617) 524-7610
EMAIL: ATTWARREN@AOL.COM

---

*The Law Offices of*
**MICHELLE CARNEVALE**
70 Washington Street, Suite 405
Salem, MA 01970

Michelle Carnevale, Esq.
Michelle.Carnevale@cjlegal.com
Telephone: (978) 741-5200
Facsimile: (978) 741-5201

**VIRGEN M. PALERMO**
ABOGADA Y CONSEJERA EN LEYES
ATTORNEY AT LAW

cell. (617) 962-4084
92 STATE STREET 7TH FLOOR
BOSTON, MA 02109

(617) 523-0677
(617) 227-2132
leyes3@netscape.net