UNITED STATES DISTRICT COURT OF MASACHUSSETTS
FILE# 04-CV- 11959-NG.

ATTENTION : COOLEY MANION JONES

FLAVIA BENITEZ                    PRO- SE
PLAINTIFF

VS

SODEXHO- MARRIOTT              COOLEY MANION JONES
DEFENDANTS

FILED IN CLERK'S OFFICE
2006 MAY 19 P 2: 15
U.S. DISTRICT COURT
DISTRICT OF MASS.

IN RESPOND TO COOLEY MANION JONES LETTER ON MAY 8, 2006 REMINDING A DEPOSITION SCHEDULE BY YOU ( WITHOUT MY APPROVAL) FOR MAY 23, 2006 @ 10:00 AT COOLEY MANION JONES OFFICE 21 CUSTOM HOUSE ST. BOSTON .

UNFORTUNATELY , I NOT ABLE TO COMPLY WITH THE DEPOSITION FOR THE FOLLOWING REASONS:

1- FLAVIA BENITEZ APPEALLED IN COURT AT THE CONFERENCE ON MARCH 27,2006 AND IN WRITING A PPEAL SUBMITTED AT THE OFFICE 'S CLERK. ON THE SAME DAY MARCH 27,2006.

2- FLAVIA BENITEZ IS NOT ABLE TO TAKE ANY DEPOSITION WITH-OUT THE PRESENCE OF AN ATTORNEY MY U. S . A CONSTITUTIONAL RIGHTS WILL BE COMPROMISED.

3- FAILURE TO SEND ME THE ISSUES QUESTIONS RELATE TO THE DEPOSITION.

4- MASS CIVIL RULE 45 (F) AND LIABILITY FOR TORT DAMAGES M G L A C 233  4

5- MASS CIVIL RULE 30 d (1) THE PHYSICAL CONDITION IS AN ISSUE, SCHEDULE AND DURATION OF DEPOSITION.

6- FLAVIA BENITEZ OR HER COUNSEL AND THE DEFENDANTS'S COUNSELS WILL WORK TOGETHER AND AGREE WHEN, WHERE, HOW LONG AND ISSUES OF THE DEPOSITION FOR ALL PARTIES.

MAY 18, 2006

        RESPECTFULLY SUBMITTED
        *Flavia Benitez*
        FLAVIA BENITEZ
        PO. BOX. 2437 JAMAICA PLAIN 02130