UNITED STATES DISTRICT COURT FOR MASSACHUSETTS

FILED
IN CLERK'S OFFICE

FLAVIA BENITEZ
PLAINTIFF

2006 MAR 27  A 9:41

CIVIL ACTION # 04-CV-11959-NG

U.S. DISTRICT COURT
DISTRICT OF MASS.

VS

SODEXHO-MARRIOTT
DEFENDANT

THE PLAINTIFF BRIEF STATEMENT PURSUANT TO THE COURT ON FEBRUARY 3, 2006.

THE DEFENDANT STATEMENT THAT SODEXHO IS MISNAMED IN SODEXHO-MARRIOTT IS LACK OF TRUST.

THE PLAINTIFF STRONGLY, DISAGREES WITH THE DEFENDANT'S PROPOSED PRE-TRIAL SCHEDULE AND DISCOVERY PLAN SUBMITTED ON MARCH 20, 2006. ESPECIALLY, IN A,B,C,D,E,F AND G.

THE PLAINTIFF AGREES WITH THE DEFENDANT WITH NOT TO USE OF ALTERNATIVE DISPUTE RESOLUTION PROGRAM.

THE PLAINTIFF REQUESTS THAT THE COURT APPROVE AT THIS TO CONSENT TO TRIAL BEFORE THE MAGISTRATE JUDGE AND DEFINE THE CASE STATUS.

SINCE I HAVE NOT ATTORNEY YET, I HAVE NO PROPOSED SCHEDULE AND DISCOVERY PLAN AT THIS TIME.

MARCH 23, 2006.

RESPECTFULLY, SUBMITTED
FLAVIA BENITEZ
PO. BOX 302437
JAMAICA PLAIN, MA 02130..

NOTICE OF APPEAL TO A COURT SCHEDULING ORDER

FILED
CLERKS OFFICE
2006 APR -6  A 10: 27
U.S. DISTRICT COURT
DISTRICT OF MASS.

UNITED STATES DISTRICT COURT OF MASSACHUSETTS

FILE # 04-CV-11959-NG

FLAVIA BENITEZ
PLAINTIFF

V                                               NOTICE OF APPEAL

SODEXHO-MARRIOTT
DEFENDANT

NOTICE IS HEREBY GIVEN THAT FLAVIA BENITEZ, ( FLAVIA BENITEZ) V (SODEXHO-MARRIOTT) IN THE ABOVE NAMED CASE, HEREBY APPEAL TO THE UNITED STATES DISTRICT COURT OF APPEAL FOR THE SCHE-DULING ORDER ,ON MARCH 27,2006 AN ORDER THAT IT IS EXACTLY, THE SAME PROPOSED BY THE DEFENDANT SCHEDULING AND DISCOVERY PLAN . A COPY THAT I GOT FROM THE DEFENDANT ON MARCH 20,2006 . I APPEALED BEFORE AND I AM APPEALING NOW . A COPY WILL BE PROVIDED TO THE COURT.

APRIL 4, 2006                         RESPECTFULLY SUBMITTED
                                       *Flavia Benitez* (signature)
                                       FLAVIA BENITEZ
                                       PO. BOX 302437
                                       JAMAICA PLAIN ,MA 02130.

UNITED STATES DISTRICT COURT OF MASSACHUSETTS

FILED
IN CLERK'S OFFICE
2006 MAR 27 A 9:41
U.S. DISTRICT COURT
DISTRICT OF MASS.

FLAVIA BENITEZ  
PLAINTIFF

CIVIL ACTION # 04-CV-11959 NG.  
PRO-SE

VS

SODEXHO- MARRIOTT  
DEFENDANT

I AM HERE COMPLYING THE ORDER BY THE JUDGE JUDITH GAIL DEIN ON FEBRUARY 3, 2006.

UNFORTUNATELY, I HAVE TRIED HARD TO GET A PRIVATE ATTORNEY BUT I DID NOT GET ONE, A COURAGE ONE TO FIGHT AGAINST SODEXHO-MARRIOTT.

I AM NOT THINKING IN REPRESENT MYSELF, THAT WOULD BE STUPID. I'M CONTINUE WORKING HARD TO GET AN ATTORNEY NOT INTIMIDATED IN THE LION'S DEN.

MARCH 23, 2006.

*Flavia Benitez*  
RESPECTFULLY, SUBMITTED  
FLAVIA BENITEZ  
PO BOX 302437  
JAMAICA PLAIN, MA 02130.

UNITED STATES DISTRICT COURT OF MASSACHUSETTS

FILED
CLERKS OFFICE

2006 APR 27 A 11:32

U.S. DISTRICT COURT
DISTRICT OF MASS.

FLAVIA BENITEZ          CIVIL ACTION # 04-CV-11959-NG
PLAINTIFF

VS

SODEXHO-MARRIOTT
DEFENDANT


THIS NOTICE IS TO REQUEST A LEGAL ASSISTANCE A PRO- BONO
CONSTITUTIONAL OR CIVIL RIGHTS AND EMPLOYMENT ATTORNEY
WITHOUT WAVING MY RIGHT TO GET A PRIVATE ATTORNEY ,TOO.


MARCH 23,2006 - 1                 RESPECTFULLY SUBMITTED
APRIL 27,2006. - 2 REQUEST        *Flavia Benitez*
                                  FLAVIA BENITEZ
                                  PO. BOX 302437
                                  JAMAICA PLAIN 02130