UNITED STATES DISTRICT COURT OF MASACHUSETTS
FILE# 04-CV- 11959-NG.

ATTENTION : COOLEY MANION JONES

FLAVIA BENITEZ          PRO-SE
PLAINTIFF

VS

SODEXHO- MARRIOTT          COOLEY MANION JONES
DEFENDANTS


MOTION FOR PROTECTIVE ORDER


IN RESPOND TO COOLEY MANION JONES LETTER ON MAY 8, 2006 REMINDING A DEPOSITION SCHEDULE BY YOU ( WITHOUT MY APPROVAL) FOR MAY 23, 2006 @ 10:00 AT COOLEY MANION JONES OFFICE 21 CUSTOM HOUSE ST. BOSTON .

1- FLAVIA BENITEZ APPEALLED IN COURT AT THE CONFERENCE ON MARCH 27,2006 AND IN WRITING A PPEAL SUBMITTED AT THE OFFICE 'S CLERK. ON THE SAME DAY MARCH 27,2006.

2- FLAVIA BENITEZ 'S U.S. CONSTITUTIONAL RIGHTS WILL BE COMPROMISED WITHOUT THE PRESENCE OF AN ATTORNEY .

3- FAILURE TO SEND ME THE ISSUES QUESTIONS RELATE TO THE DEPOSITION.

4- MASS CIVIL RULE 45 (F) AND LIABILITY FOR TORT DAMAGES M G L A C 233  4

5- MASS CIVIL RULE 30 d (1) THE PHYSICAL CONDITION IS AN ISSUE, SCHEDULE AND DURATION OF DEPOSITION.

6- FLAVIA BENITEZ OR HER COUNSEL AND THE DEFENDANTS'S COUNSELS WORK TOGETHER AND AGREE WHEN , WHERE , HOW LONG AND ISSUES OF THE DEPOSITION FOR ALL PARTIES.

MAY 18, 2006
MAY 22, 2006.

                        RESPECTFULLY SUBMITTED

                        *Flavia Benitez* (signature)
                        FLAVIA BENITEZ
                        PO. BOX. 2437 JAMAICA PLAIN 02130