# UNITED STATES DISTRICT COURT OF MASSACHUSETTS

FILE # 04-CV- 11959-NG

FILED CLERKS OFFICE
2006 MAY 22 A 8:37
U.S. DISTRICT COURT
DISTRICT OF MASS.

FLAVIA BENITEZ            PRO-SE
PLAINTIFF

VS

SODEXHO -MARRIOTT
DEFENDANTS            COOLEY MANION JONES


MOTION FOR APPOINTMENT A COUNSEL PRO-BONO.

THIS NOTICE IS TO PROVIDE THE GROUNDS UPON MY MOTION
IS BASED REQUESTED BY THE COURT ON LETTER MAY 9, 2006

MY REQUEST FOR A COUNSEL IS FIRM WITH RESPECT. SINCE
GETTING AN ATTORNEY HAS BEEN A HARDSHIP FOR GETTING
A PRIVATE ATTORNEY. I INSIST COURT'S PRO- BONO PLAN.

I AM NOT TRYING TO REPRESENT MYSELF BECAUSE IT WOULD
BE HARD FOR ME FOR SOME HEALTH ISSUES AND LANGUAGES
ISSUES.

I AM INCLUDING A LIST OF SOME PRIVATE ATTORNEYS THAT I
TRIED TO GET HELP. EXHIBIT ( 1 )

I THINK THAT THE FUNDAMENTAL FAIRNNESS OF THE DUE
PROCESS FOR MY PART WILL BE COMPROMISED.


MARCH 27, 2006
MAY 18, 2006
MAY 22, 2006

                    RESPECTFULLY SUBMITTED
                    FLAVIA BENITEZ
                    *Flavia Benitez*
                    PO. BOX 2437 JAMAICA PLAIN 02130.