# UNITED STATES DISTRICT COURT OF MASSACHUSETTS

FILE # 04-CV-11959-NG

FILED IN CLERK'S OFFICE

2006 MAY 22 A 8:37

U.S. DISTRICT COURT
DISTRICT OF MASS.

FLAVIA BENITEZ         PRO-SE
PLAINTIFF

VS

SODEXHO- MARRIOTT          COOLEY MANION JONES
DEFENDANTS

MOTION FOR REQUESTING A TECHNICAL LEGAL INTERPRETER

THIS NOTICE IS TO REQUEST A TECHNICAL LEGAL INTERPRETER
IT IS REQUIRED THAT I HAVE A TECHNICAL LEGAL INTERPRETER TO
UNDERSTAND FULLY WHAT IS HAPPENING IN COURT.

THE COURT INTERPRETERS ACT, 28 UNITED STATES CODE 1827 PROVIDE TRANSLATOR FOR INDIVIDUAL WHO NEEDS IT FOR FAIRNESS OF THE DUE PROCESS.

ARIL 25, 2006
MAY 18, 2006
MAY 22, 2006

RESPECTFULLY SUBMITTED
FLAVIA BENITEZ

*Flavia Benitez*

PO. BOX 2437 JAMAICA PLAIN 02130