UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|   |   |
|---|---|
| FLAVIA BENITEZ,<br>　　　Plaintiff,<br><br>v.<br><br>SODEXHO MARRIOTT SERVICES,<br>　　　Defendant. | )<br>)<br>)<br>)<br>)　C.A. NO.: 04-11959-NG<br>)<br>)<br>)<br>) |

**DEFENDANT'S MOTION TO DISMISS THE PLAINTIFF'S COMPLAINT
FOR FAILURE TO COMPLY WITH ORDERS FROM THE COURT**

The defendant, Sodexho, Inc., misnamed herein as Sodexho Marriott Services, hereby respectfully submits this Motion to Dismiss the Plaintiff's Complaint, due to the plaintiff's failure to comply with the Court's June 6, 2006 Scheduling Order. For the reasons discussed in the attached Memorandum of Law, the defendant respectfully requests that the plaintiff's Complaint be dismissed with prejudice.

161768-1

## REQUEST FOR ORAL ARGUMENT

Under Local Rule 7.1, the defendant respectfully requests the opportunity to be heard on this Motion at oral argument should the Court deem it necessary.

Respectfully submitted,

SODEXHO, INC.
by its attorneys,

/s/ Brian M. Haney
Harry L. Manion III, BBO #: 317440
Kenneth J. Martin, BBO #: 636643
Brian M. Haney, BBO #: 661674
COOLEY MANION JONES LLP
21 Custom House Street
Boston, MA 02110
(617) 737-3100
Facsimile: (617) 737-0374

Dated: June 22, 2006

161768-1

**CERTIFICATE OF SERVICE**

      I, Brian M. Haney, attorney for Sodexho Marriott Services, in the above-captioned action, hereby certify that on this 22nd day of June, 2006, a copy of this Motion to Dismiss the Plaintiff's Complaint for Failure to Comply with Orders from the Court was served via first-class mail upon the plaintiff, Flavia Benitez, at the following address:

P.O. Box 2437
Jamaica Plain, MA 02130

                                       /s/ Brian M. Haney
                                       Brian M. Haney

161768-1