

EXHIBIT C

| | Form Approved |
|---|---|
| **WHOSE Records to be Disclosed:** | |

| | First | Middle | Last |
|---|---|---|---|
| NAME | FLAVIA | D | BENITEZ |
| SSN: | | Birthday (mm/dd/yy) | |

**USE ONLY: NUMBER HOLDER** (*If other than above*):

| NAME: | FLAVIA D BENITEZ |
|---|---|
| SSN: | |

# AUTHORIZATION TO DISCLOSE INFORMATION TO

Cooley Manion Jones LLP
21 Custom House Street
Boston, MA 02110

These persons are hereinafter referred to collectively as "THE AUTHORIZED RECIPIENT."

I further authorize said physicians, hospitals, clinics, pharmacies, psychiatrists, psychologists, therapists, or other providers of medical services or products to release to THE AUTHORIZED RECIPIENT all written, previously-created documents related to my physical or mental condition or the treatment given or services and products provided to me. This authorization specifically includes all paper documents, all medical "films" (MRI, X-ray, CT, sonogram, etc.) and associated reports, as well as all documents received by one provider of medical services or products from another provider of medical services or products, so-called "re-release" or "re-disclosure."

**INDIVIDUAL authorizing disclosure:**

SIGN ▶ X Flavia Benitez

Date Signed: 03/23/06  9/23/06

Phone Number (with area code): (508) 345-5380

**IF not signed by subject of disclosure, specify basis for authority to sign**
☐ Parent of minor  ☐ Guardian  ☐ Other personal representative (explain)

(Parent/guardian sign here if two signatures required by State law): ▶

Street Address: PO BOX 2437
City: JAMAICA PLAIN
State: MA
ZIP: 02130-0021

**WITNESS:** I know the person signing this form or am satisfied of this person's identity:

SIGN ▶
Phone Number (or Address)

IF needed, second witness sign here (e.g., if signed with "X" above):
SIGN ▶
Phone Number (or Address)

This general and special authorization to disclose was developed to comply with the provisions regarding disclosure of medical, educational, and other information under: P.L.104-191 ("HIPAA"); 45 CFR parts 160 and 164; 42 U.S. Code section 290dd-2; 42 CFR part 2; 38 U.S. Code section 7332; 38 CFR 1.475; 20 U.S. Code section 1232g ("FERPA"); 34 CFR parts 99 and 300; and State law.