**EXHIBIT D**

JON S. BAROOSHIAN
BARBARA H. CHUANG
EARLE C. COOLEY
DONNA R. CORCORAN
CHRISTOPHER J. CUNIO
ROBERT A. DELELLO°
ERIKA J. DOHERTY ●○
JENNIFER B. FUREY
MARTIN F. GAYNOR III
BRIAN D. GROSS*°
BRIAN M. HANEY
JOHN T. HUGO
TRACY A. R. JOLLY
PATRICK T. JONES*°
TIMOTHY C. KELLEHER III
RALPH R. LIGUORI~
HARRY L. MANION III
JOHN B. MANNING*
KENNETH J. MARTIN
KERRI L. MCCOMISKEY
JAIMIE A. MCKEAN
KEITH M. MCLEAN
CHRISTOPHER M. SHEEHAN
LISA M. SNYDER
JESSICA A. STACY~
NICHOLAS D. STELLAKIS
JONATHAN F. TABASKY*†
PATRICK S. TRACEY♦
JOSHUA L. WEEMS ~

# COOLEY MANION JONES LLP

COUNSELLORS AT LAW

21 CUSTOM HOUSE STREET

BOSTON, MASSACHUSETTS 02110-3536

(617) 737-3100

FACSIMILE (617) 737-3113

www.cmjlaw.com

PAUL F. BECKWITH
DAVID R. CAIN
LEONARD T. EVERS
ARTHUR GRIMALDO II~
FRANK A. MARINELLI*
PETER J. SCHNEIDER*°
MELODY M. WILKINSON~
OF COUNSEL

RHODE ISLAND OFFICE
ONE CENTER PLACE
PROVIDENCE, RHODE ISLAND 02903
(401) 273-0800
FAX (401) 273-0801

TEXAS OFFICE
100 EAST FIFTEENTH STREET, SUITE 320
FORT WORTH, TEXAS 76102
(817) 870-1996

~ADMITTED IN TEXAS ONLY
*ALSO ADMITTED IN RHODE ISLAND
†ALSO ADMITTED IN CONNECTICUT
"ALSO ADMITTED IN NEW HAMPSHIRE
♦ALSO ADMITTED IN ARIZONA
○ ALSO ADMITTED IN NEW JERSEY
● ALSO ADMITTED IN PENNSYLVANIA
° ADMITTED IN RHODE ISLAND ONLY

**VIA FIRST CLASS MAIL**

April 14, 2006

Flavia Benitez
PO Box 2437
Jamaica Plain, MA 02130

    RE:    Flavia Benitez v. Sodexho Marriott Services
             U.S. District Court, Civil Action No.: 04-CV-11959-NG

Dear Ms. Benitez:

    Enclosed please find an Authorization to Obtain, Use and Disclose Protected Health Information from Cambridge Health Alliance / Cambridge Hospital. Cambridge Health Alliance / Cambridge Hospital will not release any of your records until this enclosed form is signed by you and returned to them. As such, I ask that you please sign the enclosed form and return to me on or before April 21, 2006.

    Although the Authorization to Disclose Information that you signed on March 23, 2006, was sent to the Cambridge Health Alliance / Cambridge Hospital, the facility informed me that this Authorization was not sufficient to obtain the release of your records. The facility stated that unless it receives either an executed version of the enclosed form, or a court order, your records will not be released.

    Should you have any questions or concerns, please do not hesitate to contact me. Thank you for your anticipated cooperation in this matter.

Very truly yours,

Brian M. Haney

enclosure

158275-1



**Cambridge Health Alliance**
A COMMUNITY OF CARING

1

## THE CAMBRIDGE HEALTH ALLIANCE
### AUTHORIZATION TO OBTAIN, USE AND DISCLOSE PROTECTED HEALTH INFORMATION

Request for Copies of Medical Records __X__

Request to Review Medical Records _____

Medical Record #: _____

Patient Name: __Benitez__ , __Flavia__
            Last        First        Middle

Home Address: __PO Box 2437__
            __Jamaica Plain__
State: __MA__        ZIP: __02130__

Home Telephone: __(508) 345-5380__        Date of Birth: __10/05/1954__

I authorize (name of hospital/person) __Cambridge Health Alliance/ Cambridge Hospital__

[X] Disclose to    [ ] Communicate with _____ to:    [ ] Obtain from

Name/Facility: __Cooley Manion Jones LLP__

Address: __21 Custom House Street, Boston__

State: __MA__    ZIP: __02110__    Phone: __(617) 737-3100__    Fax: __(617) 737-0374__

Attention: __Brian Haney, Esq.; Keith McLean, Esq.; Ken Martin, Esq.__

Disclose the following information for treatment dates __January 1, 1996__ to __Present__

[X] Entire Medical Record    OR
[ ] Face Sheet    [ ] Admission Note    [ ] History & Physical    [ ] Progress Notes
[ ] Consults    [ ] Lab Reports    [ ] Pathology Reports    [ ] X-ray/Scan/Imaging Reports
[ ] Operative Reports    [ ] Emergency Reports    [ ] Physical Therapy Notes    [ ] Clinic Notes
[ ] Medication Notes    [ ] Treatment Plan    [ ] Discharge Summary
[ ] Abstract (Discharge Summary, History & Physical, Operative, Pathology & Test Reports)
[ ] Other _____

The purpose of this disclosure is: [ ] Medical Care  [X] Legal Matter  [ ] Insurance  [ ] Personal
[ ] Other _____

**TERM:** This Authorization expires /terminates/ends:
[X] 90 days from the date signed    [ ] On Other date, reason or event _____

By my signature below, I hereby authorize Cambridge Health Alliance to obtain, use and/or disclose my health information for the term of this Authorization for the specific purpose(s) listed: ("At the request of the patient" is sufficient if the patient is initiating this Authorization). I understand that once Cambridge Health Alliance discloses my health information to the recipient, Cambridge Health Alliance cannot guarantee that the recipient will not redisclose my health information to a third party. Any such third party may not be required to abide by this Authorization or applicable federal and state law governing the use and disclosure of my health information.
I understand that I may refuse to sign or may revoke (at any time) this Authorization for any reason and that such refusal or revocation will not affect the commencement, continuation or quality of Cambridge Health Alliance's treatment of me; except, however, if my treatment at Cambridge Health Alliance is for the sole purpose of creating health information for disclosure to the recipient identified in this Authorization, in which case Cambridge Health Alliance may refuse to treat me if I do not sign this Authorization.

I understand that this Authorization will remain in effect until the term of this Authorization expires or I provide a written notice of revocation to Cambridge Health Alliance's Privacy Office at the address listed below. The revocation will be effective immediately upon Cambridge Health Alliance's receipt of my written notice, except that

revocation will have any effect on any action taken by Cambridge Health Alliance in reliance on this Authorization before it received my written notice of revocation.

I may contact Cambridge Health Alliance's Privacy Officer by mail at 432 Columbia St. Suite 15/16C Cambridge, MA 02141 or through any of CHA hospital's H.I.M. Departments (listed at the bottom of the page).

I have read and understand the terms of this Authorization and I have had an opportunity to ask questions about obtaining, using and disclosing my health information. By my signature below, I hereby, knowingly and voluntarily, authorize Cambridge Health Alliance to obtain, use and/or disclose my health information in the manner described above.

X _____

**Signature of Patient**                                                                 **Date**

If the patient is an unemancipated minor or is otherwise incapacitated (physically or mentally), obtain the following signatures:

| Signature of Personal Representative | Description of Authority | Date |
|---|---|---|

**MY HIGHLY CONFIDENTIAL INFORMATION**

By signing my name next to a category of highly confidential information listed below, I specifically authorize obtaining, using and/or disclosing the type of highly confidential information indicated next to my signature. If any such information will be obtained, used or disclosed pursuant to this Authorization.

- Information about a Mental Illness, Behavioral Health or Developmental Disability _____
- Information related to confidential communications with a psychotherapist, psychologist, social worker, sexual assault counselor, domestic violence counselor or other allied mental health professional or human services professional _____
- Information about HIV/AIDS Testing, Status or Treatment _____ (including the fact that an HIV test was ordered, performed or reported, regardless of whether the results of such tests were positive or negative)
- Information about Venereal Disease(s) Status or Treatment _____
- Information about Substance (i.e., alcohol or drug) Abuse Status or Treatment _____
- Information about Abuse of an Adult with a Disability _____
- Information about Sexual Assault _____
- Information about Child Abuse and Neglect _____
- Information about Genetic Testing _____
- Information about abortion _____
- Information about mammography _____
- Information about family planning services _____
- Information related to mental health community program records _____
- Information about research involving controlled substances _____
- Information about domestic violence _____
- If I am an emancipated minor, information about treatment and diagnosis (except to my parents) _____

DATE: _____

| The Cambridge Hospital | Somerville Hospital | Whidden Memorial Hospital |
|---|---|---|
| 1493 Cambridge Street | 230 Highland Avenue | 103 Garland St. |
| Cambridge, MA 02139 | Somerville, MA 02143 | Everett, MA 02149 |
| HIM Department | HIM Department | HIM Department |
| Release of Information Section | Release of Information Section | Release of Information Section |
| 617-665-1058 | 617-591-4127 | 617-381-7127 |