JON S. BAROOSHIAN
BARBARA H. CHUANG
EARLE C. COOLEY
DONNA R. CORCORAN
CHRISTOPHER J. CUNIO
ROBERT A. DELELLO°
ERIKA J. DOHERTY●○
JENNIFER B. FUREY
MARTIN F. GAYNOR III
BRIAN D. GROSS*°
BRIAN M. HANEY
JOHN T. HUGO
TRACY A. R. JOLLY
PATRICK T. JONES*°
TIMOTHY C. KELLEHER III
RALPH R. LIGUORI·
JAMIE M. MAGNANJ°
HARRY L. MANION III
JOHN B. MANNING*
KENNETH J. MARTIN
KERRI L. MCCOMISKEY
JAIMIE A. MCKEAN
KEITH M. MCLEAN
CHRISTOPHER M. SHEEHAN
LISA M. SNYDER
JESSICA A. STACY~
NICHOLAS D. STELLAKIS
JONATHAN F. TABASKY*†
PATRICK S. TRACEY♦
JOSHUA L. WEEMS~

# COOLEY MANION JONES LLP

COUNSELLORS AT LAW

21 CUSTOM HOUSE STREET

BOSTON, MASSACHUSETTS 02110-3536

(617) 737-3100

FACSIMILE (617) 737-3113

www.cmjlaw.com

PAUL F. BECKWITH
DAVID R. CAIN
LEONARD T. EVERS
ARTHUR GRIMALDO II~
FRANK A. MARINELLI*
PETER J. SCHNEIDER*°
MELODY M. WILKINSON~
OF COUNSEL

RHODE ISLAND OFFICE
ONE CENTER PLACE
PROVIDENCE, RHODE ISLAND 02903
(401) 273-0800
FAX (401) 273-0801

TEXAS OFFICE
100 EAST FIFTEENTH STREET, SUITE 320
FORT WORTH, TEXAS 76102
(817) 870-1996

~ADMITTED IN TEXAS ONLY
*ALSO ADMITTED IN RHODE ISLAND
†ALSO ADMITTED IN CONNECTICUT
°ALSO ADMITTED IN NEW HAMPSHIRE
♦ALSO ADMITTED IN ARIZONA
○ALSO ADMITTED IN NEW JERSEY
●ALSO ADMITTED IN PENNSYLVANIA
-ADMITTED IN RHODE ISLAND ONLY

**VIA FIRST CLASS MAIL**

April 26, 2006

Flavia Benitez
P.O. Box 2437
Jamaica Plain, MA 02130

    RE:    Flavia Benitez v. Sodexho Marriot Services
              U.S. District Court, Civil Action No.: 04-CV-11959-NG

Dear Ms. Benitez:

    I write to you to discuss two matters on which we are awaiting your response. First, I have yet to hear from you concerning my letter of April 14, 2006 regarding your Answers to Interrogatories. In my letter, I cited several of your supplemented answers as being deficient, and requested that you contact me as soon as possible. It has now been almost two weeks and I have yet to hear from you regarding my concerns. Please contact me **on or before Wednesday, May 3, 2006**, so that we may discuss whether you will supplement your responses to these interrogatories.

    Second, I have sent two medical record authorization forms to your attention; one from Cambridge Hospital / Cambridge Health Alliance, and another from Somerville Hospital. These authorization forms were sent to you under my cover letter of April 14 and April 18, 2006, respectively. I explained that each of these medical providers would not release your medical records until each received an executed version of the authorization form that I sent you. In each instance, I requested that you sign and date the respective authorization form and return it to my attention within one (1) week. To date I have not received either signed form from you. Please sign and date each authorization form and return same to my attention **on or before Wednesday, May 3, 2006**, so that I may obtain your records.

158839-1

COOLEY MANION JONES LLP

    Your anticipated cooperation in these matter is appreciated, and I look forward to hearing from you shortly. Please be advised, however, that if I do not receive responses to these two requests from you on or before May 3, 2006, I will have no other recourse than to bring a Motion to Compel before Judge Dein and request that an Order be issued requiring your compliance.

    Should you have any questions or concerns, please do not hesitate to contact me.

                           Very truly yours,

                           Brian M. Haney

158839-1