

# MEDICAL RECORD ASSOCIATES, INC.
P.O. BOX 869102
MILTON, MASSACHUSETTS 02186-9102
(617) 698-4411
TAX I.D. NO. 04-2935153

**INVOICE NO. P599954**

**TERMS: PREPAYMENT REQUIRED**

Medical Record Associates is a Release of Information Service retained by the Medical Facility. This is our invoice for retrieving, abstracting, and copying the medical record.

Please return a copy of this INVOICE and check payable to:

MEDICAL RECORD ASSOCIATES, INC.
P.O. BOX 869102
MILTON, MASSACHUSETTS 02186-9102
TAX I.D. NO. 04-2935153

**PLEASE SEE REVERSE SIDE FOR IMPORTANT INFORMATION**

Please direct all inquires regarding this notice to Medical Record Associates (617) 698-4411

PLEASE PRINT CLEARLY BEAR DOWN

Requested by: COOLEY MANION JONES
Account Name:
Address: 21 CUSTOM HOUSE STREET
City: BOSTON  State: MA  Zip: 02110

| INVOICE DATE | NAME LAST | FIRST | REP. | HOSPITAL |
|---|---|---|---|---|
| 6/13/06 | BENITEZ | FLAVIA | ASN | CAMB |

| HOSPITAL NO. | COMMENTS |
|---|---|
| 517999 | DOS 5/30/01 10 P.O. |

| POLICY NO. | CLAIM NO. | S.S.N. |
|---|---|---|
| | | |

The attached request for medical record copies needs your action.
**PLEASE CHECK ONE OF THE FOLLOWING:**

☑ Enclosed please find our check for the balance due.

☐ IF THE BALANCE DUE ON THIS INVOICE IS GREATER THAN $50.00 AND YOU WOULD RATHER HAVE AN ABSTRACT (Consists of discharge summary, history, operative report, pathology report, X-rays, EKG's). PLEASE ENCLOSE A CHECK FOR $35.00 AS PARTIAL PAYMENT. You will be invoiced for any remaining balance.

## INVOICE NO. P 599954

FOR OFFICIAL USE ONLY:  NEEDS RETRIEVAL ☐

| | |
|---|---|
| Base Charge | $ 15.74 |
| 84 Pages @ $.53 | $ 44.52 |
| ___ Pages @ | $ .00 |
| Postage | $ 4.44 |
| Less Payment | $ .00 |
| **BALANCE DUE** | $ 64.70 |

TAX I.D. NO. 04-2935153

**CUSTOMER COPY**