

*Handwritten at top:* Cambridge Health — I — # 61746

**THE CAMBRIDGE HEALTH ALLIANCE**
**AUTHORIZATION TO OBTAIN, USE AND DISCLOSE PROTECTED HEALTH INFORMATION**

Request for Copies of Medical Records __X__     Request to Review Medical Records ____

Medical Record #: **517999**
Patient Name: **BENITEZ, FLAVIA**
  Last / First / Middle
Home Address: **122 WALFORD WAY**
State: **BOSTON**   ZIP: **02129**
Home Telephone: **(508) 345-5380**   Date of Birth: **10/05/54**

I authorize (name of hospital/person) **CAMBRIDGE HEALTH** to:   ☐ Obtain from
☒ Disclose to     ☐ Communicate with

Name/Facility: **COOLEY MANION JONES**
Address: **21 CUSTOM HOUSE ST.**
State: **BOSTON**   ZIP: **02110**   Phone: ____   Fax: ____
Attention: ____

Disclose the following information for treatment dates **5/26/01** to **PRESENT**
☐ Entire Medical Record     OR
☐ Face Sheet  ☐ Admission Note  ☐ History & Physical  ☐ Progress Notes
☒ Consults  ☒ Lab Reports  ☐ Pathology Reports  ☒ X-ray/Scan/Imaging Reports
☒ Operative Reports  ☒ Emergency Reports  ☐ Physical Therapy Notes  ☐ Clinic Notes
☒ Medication Notes  ☐ Treatment Plan  ☐ Discharge Summary
☐ Abstract (Discharge Summary, History & Physical, Operative, Pathology & Test Reports)
☐ Other **NONE**

The purpose of this disclosure is: ☐ Medical Care  ☒ Legal Matter  ☐ Insurance  ☒ Personal
☐ Other ____

**TERM:** This Authorization expires/terminates/ends:   **10 days 6/23/06**
☐ 90 days from the date signed  ☒ On Other date, reason or event ____

By my signature below, I hereby authorize Cambridge Health Alliance to obtain, use and/or disclose my health information for the term of this Authorization for the specific purpose(s) listed: ("At the request of the patient" is sufficient if the patient is initiating this Authorization).
I understand that once Cambridge Health Alliance discloses my health information to the recipient, Cambridge Health Alliance cannot guarantee that the recipient will not redisclose my health information to a third party. Any such third party may not be required to abide by this Authorization or applicable federal and state law governing the use and disclosure of my health information.
I understand that I may refuse to sign or may revoke (at any time) this Authorization for any reason and that such refusal or revocation will not affect the commencement, continuation or quality of Cambridge Health Alliance's treatment of me; except, however, if my treatment at Cambridge Health Alliance is for the sole purpose of creating health information for disclosure to the recipient identified in this Authorization, in which case Cambridge Health Alliance may refuse to treat me if I do not sign this Authorization.

I understand that this Authorization will remain in effect until the term of this Authorization expires or I provide a written notice of revocation to Cambridge Health Alliance's Privacy Office at the address listed below. The revocation will be effective immediately upon Cambridge Health Alliance's receipt of my written notice, except that