UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

## ORDER OF REFERENCE

**Flavia Benitez**                                                                                                   XX   check if previously referred.

    v.

                                               CA/CR No. 04-11959 -NG

**Sodexho Marriott Services**

                                               Criminal Category _____

In accordance with 28 U.S.C. §636 and the Rules for United States Magistrates in the United States District Court for the District of Massachusetts, the above-entitled case is referred to Magistrate Judge **DEIN** for the following proceedings:

**( )**   Referred for full pretrial case management, including all dispositive motions.

**( )**   Referred for full pretrial case management, <u>not</u> including dispositive motions:

(A)   Referred for discovery purposes only.

(B)   **Referred for Report and Recommendation on:**

      ( ) Motion(s) for injunctive relief
      ( ) Motion(s) for judgment on the pleadings
      ( ) Motion(s) for summary judgment
      ( ) Motion(s) to permit maintenance of a class action
      ( ) Motion(s) to suppress evidence
      **(XX ) Motion(s) to dismiss**
      ( ) Post Conviction Proceedings[1]
     See Documents Numbered:  _____#47 Motion to Dimiss_____

(C)   Case referred for events only. See Doc. No(s). _____

(D)   Case referred for settlement.

(E)   Service as a special master for hearing, determination and report, subject to the terms of the special order filed herewith:
      ( ) In accordance with Rule 53, F.R.Civ.P.
      ( ) In accordance with 42 U.S.C. 2000e-5(f)(5)

(F)   **Special Instructions:** _____

6/26/06                                                                   By:   /s/ Maryellen Molloy
Date                                                                                      Deputy Clerk

---

[1]