UNITED STATES DISTRICT COURT OF MASSACHUSETTS

2006 JUN 27 A 9:27

FLAVIA BENITEZ                    CIVIL ACTION # 04-11959-NG
PLAINTIFF                         PRO-SE

VS

SODEXHO-MARRIOTT                  COOLEY MANION JONES
DEFENDANTS

MOTION TO COMPEL TO THE DEFENDANTS ( SODEXHO- MARRIOTT) UNDER FEDERAL RULE 34 , FAIL TO COMPLY FED.CIV.RULE 26, THE DEFENDANTS COUNSELS ADOPT RULE 37(3)(b).AS ANSWERS TO INTERROGATORIES FROM THE PLAINTIFF.

MOTION TO COMPEL TO THE PLAINTIFF REQUEST FOR DOCUMENTS AND ANSWERS TO THE PLAINTIFF INTERROGATORIES IN FULL ANSWERS .FILE ON JUNE 1 ,2006 AND IN THE COURT CONFERENCE ON JUNE 5, 2006 @ 2:45 PM. THE PLAINTIFF ASKED THE JUDGE JUDITH GAIL DEIN LATER ON JUNE 12, 2006 ORDERED TO COMPEL TO THE DEFENDANTS ( SODEXHO-MARRIOTT) WITH THE ANSWERS TO THE PLAINTIFF 'S REQUEST.

TODAY JUNE 27, 2006 THE PLAINTIFF HAVE NOT RECEIVED ANY REPONSE ABOUT THE REQUEST DOCUMENTS NEITHER THE ANSWERS TO THE INTERROGATORIES. AS PART OF THE DISCOVERY PROCESS.

JUNE 27,2006                      FLAVIA BENITEZ
                                  *Flavia Benitez*
                                  PO. BOX 2437 JAMAICA PLAIN
                                  MA, 02130.