UNITED STATES DISTRICT COURT OF MASACHUSETTS

FILE # 04-CV- 11959-NG

FLAVIA BENITEZ                                    PRO-SE
PLAINTIFF

VS

SODEXHO- MARRIOTT
DEFENDANT S                                       COOLEY MANION JONES

MOTION OF REQUESTING DOCUMENTS AND
NOTICE OF REQUESTING TO PRODUCE DOCUMENTS.

REQUESTS

1- REQUEST FOR A COPY OF "ALL" FLAVIA BENITEZ PERSONNEL FILE AND RECORDS

2- FLAVIA BENITEZ JOB DUTIES AND RESPONSABILITIES / DATE OF EMPLOYMENT.

3- FLAVIA BENITEZ PERFORMANCES/ REVIEWS DATE. REVIEW BEFORE /AFTER SODEXHO-MARRIOTT.

4- NAME OF EACH SUPERVISOR /CASH MANAGERS BEFORE/ AFTER SODEXHO-MARRIOTT.

5- NAMES OF ALL INDIVIDUALS WHO TOOK ACTION OR PARTICIPACTION IN THE WRONGDOING ACTION TAKEN AGAINST THE PLAINTIFF / HIS OR HER POSITION IN EACH COMPANY THAT THE INDIVIDUAL BELONG TO.

6- FULL NAMES AND LAST ADDRESS OF ALL CASHIERS AND CO-WORKERS.

7- ANY REPORD OF WRONGDOING .

8- ANY POSSIBLE CHANGES IN WORKING CONDITIONS.

9- TERMINATION PROCEDURES POLICY.

10-REQUEST FOR A SWORN STATEMENT 'S POSITION AFFIDAVIT FROM SODEXHO-MARRIOTT ABOUT THE PLAINTIFF COMPLAIN INCLUDING MEDICAL INSURANCE IN FULL DETAILS ,FACTS EVENTS AT WORK PLACE FROM 8/18/1997 TO 2/ 15/2000 .CASE FILE# 04-CV-11959-NG.

11- ALL ANSWERS UNDER M. G.L. A (c) 8.12

May 31,2006
JUNE 27 ,2006.

FLAVIA BENITEZ
*Flavia Benitez*
PO. BOX 2437 JAMAICA PLAIN
MASS 02130.