UNITED STATES DISTRICT COURT OF MASACHUSETTS
FILE# 04-CV-11959-NG.

FLAVIA BENITEZ         PRO-SE
PLAINTIFF

VS

SODEXHO-MARRIOTT       COOLEY MANION JONES
DEFENDANTS

MOTION FOR PROTECTIVE ORDER UNDE CIVIL RULE 26 (1)(b)

FLAVIA BENITEZ'S U.S. CONSTITUTIONAL RIGHTS WILL BE COMPROMISED WITHOUT THE PRESENCE OF AN ATTORNEY.

MASS CIVIL RULE 45 (F) AND LIABILITY FOR TORT DAMAGES
M G L A C 233  4
MASS CIVIL RULE 30 d (1) THE PHYSICAL CONDITION IS AN ISSUE, A DEPOSITION SHALL BE TAKEN IN A NON-ARGUMENTATIVE AND NON-SUGGESTIVE MANNER.

THE DEPOSITION SHALL BE TAKEN UNDER RULE 30 (a)(c) A DEPOSITION SHALL NOT BE USED AGAINST A PARTY WHO DEMOSTRATES THAT, WAS UNABLE THROUGH THE EXERCISE OF DILIGENCE TO OBTAIN COUNSEL TO REPRESENT AT THE TIME OF TAKING THE DEPOSITION NOR SHALL THE DEPOSITION BE USED AGAINST A PARTY AND FILE A PROTECTIVE ORDER UNDER RULE 26 (c)(2).

AFTER DEPOSITION ADOPT RULE 32(d)(4).

JUNE 29, 2006

SUBMITTED BY,
FLAVIA BENITEZ
Flavia Benitez
PO. BOX 2437 JAMAICA PLAIN
MASS, 02130