# UNITED STATES DISTRICT COURT OF MASSACHUSETTS

FLAVIA BENITEZ  
PLAINTIFF

PRO-SE  
FILE # 04-CV-11959-NG

VS

SODEXHO-MARRIOTT  
DEFENDANTS

COOLEY MANION JONES

MOTION TO COMPEL

THIS IS A MOTION TO COMPEL THE DEFENDANTS UNDER FEDERAL CIVIL RULE 34, THE DEFENDANTS FAIL TO COMPLY FEDERAL CIVIL RULE 26 AND ADOPT FEDERAL CIVIL RULE 37 (3) (b).

THE DEFENDANTS CONTINUE NOT TO GIVE PROPER ANSWERS TO THE PLAINTIFF'S INTERROGATORY.

THE DEFENDANTS FAIL TO PRODUCE DOCUMENTS SPECIFIED BY THE PLAINTIFF IN THE PRIOR REQUEST TO COMPEL, ON JUNE 27, 2006.

JULY 7, 2006

SUBMITTED BY

FLAVIA BENITEZ  
PO.BOX 2437 JAMAICA PLAIN 02130.