UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| FLAVIA BENITEZ,<br>　　　Plaintiff,<br><br>v.<br><br>SODEXHO MARRIOTT SERVICES,<br>　　　Defendant. | )<br>)<br>)<br>)<br>)　C.A. No: 04-11959-NG<br>)<br>)<br>)<br>) |

## AFFIDAVIT OF BRIAN M. HANEY

I, Brian M. Haney, having first been duly sworn, hereby depose and state:

1. I am an attorney with the law firm of Cooley Manion Jones LLP, licensed to practice law in Massachusetts and admitted to the United States District Court for the District of Massachusetts.

2. I represent the defendant, Sodexho, Inc., misnamed herein as Sodexho Marriott Services, in the above-referenced matter.

3. A true and accurate copy of the following documents are attached hereto as Attachments:

   A. Defendant's Answers to Plaintiff's First Set of Interrogatories;
   B. Defendant's Answers to Plaintiff's Second Set of Interrogatories;
   C. Scheduling Order and Order and Order on Plaintiff's Motions to Compel, for Protective Order, for Appointment of Counsel, and for a Technical Legal Interpreter (Dein, USMJ);
   D. Order RE Interrogatories (Dein, USMJ);
   E. Defendant's Supplemented Answers to Plaintiff's Interrogatories Pursuant to the Court's June 6, 2006 Order (dated June 26, 2006);
   F. Defendant's Supplemented Answers to Plaintiff's Interrogatories Pursuant to the Court's June 6, 2006 Order (dated June 29, 2006);
   G. Defendant, Sodexho Marriott Services' Response to Plaintiff, Flavia Benitez's First Request for Production of Documents;
   H April 24, 2006 letter to Flavia Benitez from Brian M. Haney (without enclosures);
   I. May 17, 2006 letter to Flavia Benitez from Brian M. Haney (without

          enclosures); and
J.      Defendant, Sodexho Marriott Services' Response to Plaintiff, Flavia Benitez's Notice of Requesting to Produce Documents.


SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 24th DAY OF JULY, 2006.

                                    /s/ Brian M. Haney
                                    Brian M. Haney

162964-1