
EXHIBIT D

# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FLAVIA BENITEZ, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> SODEXHO MARRIOTT SERVICES, ) <br> ) <br> Defendant. ) | CIVIL ACTION <br> NO. 04-11959-NG |

## ORDER RE INTERROGATORIES

The plaintiff commenced this action pro se on September 8, 2004. On November 17, 2004, Attorney Robert LeRoux Hernandez entered an appearance on Ms. Benitez' behalf. On December 22, 2005, his motion for leave to withdraw was allowed.

Attorney Hernandez served a First Set of Interrogatories, which were answered by the defendant on January 6, 2006. Ms. Benitez then served a Second Set of Interrogatories pro se, which were answered by the defendant on April 25, 2006. At a status conference held in this case on June 5, 2006, Ms. Benitez complained that the answers provided by the defendant were insufficient. The court ruled that it would treat the complaint as a motion to compel, and ordered the defendant to provide the court with copies of both sets of interrogatories and the answers thereto. The defendant has provided these documents to the court.

Based on this court's review of the answers to interrogatories, it is hereby ORDERED as follows:

The objections to Interrogatories No. 4, 5 and 9 of the First Set of Interrogatories are stricken and the defendant is to provide substantive responses within fourteen (14) days of the date of this Order.

The defendant is to provide the facts supporting its affirmative defense in response to Interrogatories No. 10-15 of the First Set of Interrogatories within twenty-one (21) days of the date of this Order.

The objection to Interrogatory No. 14 of the Second Set of Interrogatories is stricken and the defendant is to provide a substantive response within fourteen (14) days of the date of this Order.

This Order is without prejudice to the plaintiff's right to move to compel additional answers if she deems such a motion to be appropriate.

SO ORDERED.

/ s / Judith Gail Dein
Judith Gail Dein
United States Magistrate Judge

DATED: June 12, 2006

**Lee A. Calcagno**

**From:** ECFnotice@mad.uscourts.gov
**Sent:** Monday, June 12, 2006 3:05 PM
**To:** CourtCopy@mad.uscourts.gov
**Subject:** Activity in Case 1:04-cv-11959-NG Benitez v. Sodexho Marriott Services "Order"

***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

United States District Court

District of Massachusetts

Notice of Electronic Filing

The following transaction was received from Dambrosio, Jolyne entered on 6/12/2006 at 3:05 PM EDT and filed on 6/12/2006
**Case Name:**     Benitez v. Sodexho Marriott Services
**Case Number:**   1:04-cv-11959
**Filer:**
**Document Number:** 44

**Docket Text:**
Judge Judith G. Dein : ORDER RE INTERROGATORIES entered. (Dambrosio, Jolyne)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** yes
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1029851931 [Date=6/12/2006] [FileNumber=1460493-0
]
[012c68449ce412c8308c4aaf9b5f1a26227558cba95134389f8c92d9c27e08e5cdc
6b3391ab01fa709f5a67c925c22fd48e20cd7195f6d29961225d809af8d8e]]

**1:04-cv-11959 Notice will be electronically mailed to:**

Kenneth J. Martin      kmartin@cmj-law.com, lcalcagno@cmj-law.com

**1:04-cv-11959 Notice will not be electronically mailed to:**

Flavia Benitez
P.O. Box 2437
Jamaica Plain, MA 02130

6/12/2006