JON S. BAROOSHIAN
BARBARA H. CHUANG
EARLE C. COOLEY
DONNA R. CORCORAN
CHRISTOPHER J. CUNIO
ROBERT A. DELELLO°
ERIKA J. DOHERTY●○
JENNIFER B. FUREY
MARTIN F. GAYNOR III
BRIAN D. GROSS*°
BRIAN M. HANEY
JOHN T. HUGO
TRACY A. R. JOLLY
PATRICK T. JONES*°
TIMOTHY C. KELLEHER III
RALPH R. LIGUORI-
JAMIE M. MAGNANI○
HARRY L. MANION III
JOHN B. MANNING*
KENNETH J. MARTIN
KERRI L. MCCOMISKEY
JAIMIE A. MCKEAN
KEITH M. MCLEAN
CHRISTOPHER M. SHEEHAN
LISA M. SNYDER
JESSICA A. STACY~
NICHOLAS D. STELLAKIS
JONATHAN F. TABASKY*†
PATRICK S. TRACEY♦
JOSHUA L. WEEMS~

## COOLEY MANION JONES LLP

COUNSELLORS AT LAW

21 CUSTOM HOUSE STREET

BOSTON, MASSACHUSETTS 02110-3536

(617) 737-3100

FACSIMILE (617) 737-3113

www.cmjlaw.com

PAUL F. BECKWITH
DAVID R. CAIN
LEONARD T. EVERS
ARTHUR GRIMALDO II~
FRANK A. MARINELLI*
PETER J. SCHNEIDER*°
MELODY M. WILKINSON-
OF COUNSEL

RHODE ISLAND OFFICE
ONE CENTER PLACE
PROVIDENCE, RHODE ISLAND 02903
(401) 273-0800
FAX (401) 273-0801

TEXAS OFFICE
100 EAST FIFTEENTH STREET, SUITE 320
FORT WORTH, TEXAS 76102
(817) 870-1996

~ADMITTED IN TEXAS ONLY
*ALSO ADMITTED IN RHODE ISLAND
†ALSO ADMITTED IN CONNECTICUT
°ALSO ADMITTED IN NEW HAMPSHIRE
♦ALSO ADMITTED IN ARIZONA
○ALSO ADMITTED IN NEW JERSEY
●ALSO ADMITTED IN PENNSYLVANIA
-ADMITTED IN RHODE ISLAND ONLY

**VIA FIRST CLASS MAIL**

April 24, 2006

Flavia Benitez
PO Box 2437
Jamaica Plain, MA 02130

    RE:    Flavia Benitez v. Sodexho Marriott Services
             U.S. District Court, Civil Action No.: 04-CV-11959-NG

Dear Ms. Benitez:

    Enclosed please find documents bates stamped SOD0001 through SOD0168 which are being produced in response to Plaintiff's request for production of documents in the above-referenced matter.

    Should you have any questions or concerns, please do not hesitate to contact me.

                          Very truly yours,

                          Brian M. Haney

enclosures
cc:    Kenneth J. Martin, Esq.

158677-1