UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| FLAVIA BENITEZ,<br>    Plaintiff,<br><br>v.<br><br>SODEXHO MARRIOTT SERVICES,<br>    Defendant. | )<br>)<br>)<br>)<br>)     C.A. No: 04-11959-NG<br>)<br>)<br>)<br>) |

## NOTICE OF APPEARANCE OF BRIAN M. HANEY, ESQ.

Please enter my appearance on behalf of the Defendant, Sodexho Marriott Services in the above captioned matter.

Respectfully submitted,

/s/ Brian M. Haney
Brian M. Haney, BBO No.: 661674
COOLEY MANION JONES LLP
21 Custom House Street
Boston, MA 02110
(617) 737-3100
Facsimile: (617) 737-0374
EM: bhaney@cmjlaw.com

Dated: 7/26/06

**CERTIFICATE OF SERVICE**
**I hereby certify that a true copy of the above document was served upon the Plaintiff, Flavia Benitez, by mailing a copy of same via first class mail on July 26, 2006.**
**/s/ Brian M. Haney**

163143-1