UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| FLAVIA BENITEZ, | ) | |
| Plaintiff, | ) | |
|  | ) | |
| v. | ) | C.A. NO.: 04-11959-NG |
|  | ) | |
| SODEXHO MARRIOTT SERVICES, | ) | |
| Defendant. | ) | |

**AFFIDAVIT OF BRIAN M. HANEY, ESQ.,
IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

I, Brian M. Haney, having first been duly sworn, hereby depose and state:

1. I am an attorney with the law firm of Cooley Manion Jones LLP, licensed to practice law in Massachusetts and admitted to the United States District Court for the District of Massachusetts.

2. I represent the defendant, Sodexho, Inc., misnamed herein as Sodexho Marriott Services, in the above-referenced matter.

3. A true and accurate copy of the following documents are attached hereto as Exhibits:

    A. Amended Complaint and Jury Request of Flavia Benitez;
    B. Relevant portions of Flavia Benitez's deposition transcript;
    C. Correspondence dated January 31, 2000;
    D. Massachusetts General Hospital Office Note dated January 4, 2000;
    E. Massachusetts General Hospital Operative Report dated January 27, 2000;
    F. Massachusetts General Hospital Medical Provider's Statement dated February 10, 2004;
    G. Massachusetts General Hospital Final Radiological Consultation dated January 25, 2000;
    H. Massachusetts General Hospital Progress Notes dated February 11, 2000;
    I. Correspondence dated January 8, 2001;
    J. Re-Examination Notes dated December 21, 2000; and

      K.      Correspondence dated December 5, 2005;

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 7th DAY OF AUGUST, 2006.

                                          /s/ Brian M. Haney  
                                          Brian M. Haney

163586-1