**Original Transcript**

EXHIBIT B

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FLAVIA BENITEZ,

        Plaintiff,

   Vs.                      CIVIL ACTION NO
                                    04-11959-NG

SODEXHO MARRIOTT SERVICES,

        Defendant.

**DEPOSITION OF**

**FLAVIA BENITEZ**

June 29, 2006
10:17 a.m.

John Joseph Moakley United States Courthouse
One Courthouse Way
Boston, Massachusetts 02210

Susan A. Romano, Notary Public, Register Merit  Reporter and Certified Realtime Reporter
within and for the Commonwealth of Massachusetts



**Jack Daniel**
**Court Reporting & Video Services**

Technologies you can use • Experience you can Trust
141 Portland Street, Suite 200, Boston, Massachusetts  02114
Phone: 617.557.0039 • Toll Free: 866.814.0039 • Toll Free Fax: 866.557.0041
www.jackdanielreporting.com

15

1      A.   No.   You know I don't.

2      Q.   Okay.   Who is your last employer?

3      A.   You.   Sodexho Marriott.

4      Q.   And when was the last time that you

5   were employed?

6      A.   What do you mean the last time I

7   was employed?

8      Q.   Was that in January --

9      A.   The last --

10      Q.   -- of 2000?

11      A.   No.   The last day that I went to

12   work or the day that they wrongfully

13   terminated me?   What day you want?

14      Q.   What was the last day you went to

15   work?

16      A.   January 25 -- 2-5, 2000.

17      Q.   2000, okay.   And when did you start

18   working for Sodexho?

19      A.   In -- Let me get -- I wrote it

20   because I don't think I'm going to

21   remember all this stuff.   I think it was

22   8/18/97.   Let me get this because I got

23   -- 8/18/97.   Yeah.   8/18/97.

24      Q.   You believe it's August 18, 1997?



**JACK Daniel**
**Court Reporting & Video Services**
Inc
Technologies you can use • Experience you can Trust

Direct Dial:        617.557.0039
Toll Free:          866.814.0039
Toll Free Fax:      866.557.0041
www.jackdanielreporting.com

141 Portland Street, Suite 200
Boston, Massachusetts 02114

16

1    A.  Yes.

2    Q.  Okay.  And what -- What position

3  were you hired in when you started in

4  August 18th, 1997?

5    A.  Okay.  Let me get this.

6              (Pause.)

7    A.  Okay.  This is what I was hired

8  for.  Flavia Benitez, cashier.

9    Q.  Cashier?

10    A.  This is what I was hired for.

11  This was my regular duties that was

12  supposed to do (indicating).  Those were

13  it.

14    Q.  Okay.  I'll ask you the questions

15  and we can go through.

16    A.  Um-hum.

17    Q.  When you -- Were you a cashier

18  throughout your tenure at Sodexho?

19    A.  What?

20    Q.  Were you a cashier from the time

21  you started at Sodexho until the time your

22  employment terminated or you last worked

23  there?

24    A.  I was a cashier but in different --



**Jack Daniel**
Court Reporting & Video Services Inc

Technologies you can use • Experience you can Trust

Direct Dial:      617.557.0039
Toll Free:        866.814.0039
Toll Free Fax:    866.557.0041
www.jackdanielreporting.com

141 Portland Street, Suite 200
Boston, Massachusetts  02114

17

1   they move me from one store to another

2   department.  They may me do every

3   different work.  Depend what they need if

4   I wanted. Sometime I don't want it and

5   they made me do it.  This is why we

6   disagreed so many times too because I

7   can't do it.  I give doctor notice that I

8   can't and they turn me out for a later

9   time and then come back.  But this was my

10  real job --

11      Q.  Position?

12      A.  -- duties.

13      Q.  At any point in time, to your

14  knowledge, did your formal title of

15  cashier change?

16      A.  No.

17      Q.  Okay.  Who was your supervisor when

18  you started in 1997?

19              (Pause.)

20      A.  Because -- what supervisor?  We got

21  two. Bran Marasa; we got Mary Ravanell.  I

22  don't know how to pronounce this.

23      Q.  Could you spell them if you would?

24      A.  Sure.  I can show you if it is



**Jack Daniel**
Court Reporting & Video Services Inc

Technologies you can use • Experience you can Trust

Direct Dial:      617.557.0039
Toll Free:        866.814.0039
Toll Free Fax:    866.557.0041
www.jackdanielreporting.com

141 Portland Street, Suite 200
Boston, Massachusetts 02114

18

1 better because I'm not too good in

2 spelling.

3     Q.  No, that's fine.  I'll note for the

4 record that you're referring to some

5 documents in response to some of these

6 questions.  Ralph Marasa, M-A-R-A-S-A, it

7 looks like and Mary Ravenell,

8 R-A-V-E-N-E-L-L.  At any point in time --

9 how long were those individuals your

10 supervisors?

11     A.  Until they merged with Marriott.

12     Q.  Okay.

13     A.  They merge with Marriott.

14     Q.  Okay.  Do you recall when that

15 happened?

16     A.  Hmm?

17     Q.  Do you recall when that happened?

18     A.  Was in -- I got it right here.

19 Don't worry.  I got my first check with

20 the -- all company.  I think it was in

21 '98.  Let me be sure.  Okay.  Maybe right

22 here.

23                    (Pause.)

24     A.  Okay.  Right here.  In '98.



**Jack Daniel**
Court Reporting & Video Services
Inc

Technologies you can use • Experience you can Trust

Direct Dial:     617.557.0039
Toll Free:       866.814.0039
Toll Free Fax:   866.557.0041
www.jackdanielreporting.com

141 Portland Street, Suite 200
Boston, Massachusetts 02114

19

1    Q.   In 1998?

2    A.   Yeah.   04/15/98.   This is one of

3  the first check that say the two great

4  companies have just come together...

5    Q.   Okay.   Prior to that time, from

6  August '97 until the merger occurred in

7  1998, what location were you working at?

8    A.   The same cafe.

9    Q.   Where was that cafe?

10    A.   100 Federal -- Let me --

11    Q.   100 Federal Street?

12    A.   Um-hum.

13    Q.   I'm sorry.   Ms. Benitez, you've got

14  to respond verbally so that she can take

15  down your answer.

16    A.   Okay.   100 Federal Street because

17  -- Boston.   Because there is so many time

18  they -- long time that something I can

19  remember.

20    Q.   Sure.   No, I understand.   It was a

21  while ago. During the entire time you

22  worked for Sodexho from 1997 through 2000

23  did you work at that same location at 100

24  Federal Street?



**JACK DANIEL**
**Court Reporting & Video Services** Inc

Technologies you can use • Experience you can Trust

Direct Dial:      617.557.0039
Toll Free:        866.814.0039
Toll Free Fax:    866.557.0041
www.jackdanielreporting.com

141 Portland Street, Suite 200
Boston, Massachusetts 02114

20

1      A.   Yes.   Yes.   Just different --

2   because they have smaller store back the

3   floor and different floor and they move,

4   the cashier.

5      Q.   Okay.

6      A.   They know how to do their job, they

7   move. Just when I can, I can.

8      Q.   If I understand you correctly, were

9   there different locations at 100 Federal

10  Street where Sodexho provided services?

11     A.   I don't understand what you mean.

12     Q.   Were there different locations at

13  100 Federal Street in terms of the

14  different floors where Sodexho people would

15  work?

16     A.   No.   Because they got cafe in

17  different floor.

18     Q.   Okay.

19     A.   Different floor.   First floor,

20  second floor -- different floor.   The

21  floor that I never went because --

22     Q.   What floor did you work on?

23     A.   The basement.

24     Q.   Basement.   Okay.   And when the



Court Reporting & Video Services inc

Technologies you can use • Experience you can Trust

Direct Dial:      617.557.0039
Toll Free:        866.814.0039
Toll Free Fax:    866.557.0041
www.jackdanielreporting.com

141 Portland Street, Suite 200
Boston, Massachusetts 02114

32

1  or vision problems as being a disability

2  that you had?

3      A.  Huh?

4      Q.  I'm asking, you just referenced

5  asthma, the flu, pain all over your body

6  and vision problems. I'm just wondering in

7  your complaint that you filed --

8      A.  Um-hum.

9      Q.  -- where you refer to a back

10  injury --

11      A.  Yeah.

12      Q.  -- is there any reference in there

13  to asthma, the flu, pain all over your

14  body or vision problems?

15      A.  No.  It's because I told you.  If

16  I knew all this stuff going to be more

17  specific because I didn't know all they

18  apply.  Even though when I file the mass

19  complaint I wasn't -- I hadn't got all the

20  knowledge that all the lawyers apply and

21  all the -- what I really got it. You know

22  why I put back injury?  Because on January

23  22, 2000, since I got -- gonna got a big

24  back surgery.  They thought it was like a


Jack Daniel
Court Reporting & Video Services
Inc
Technologies you can use • Experience you can Trust

Direct Dial:      617.557.0039
Toll Free:        866.814.0039
Toll Free Fax:   866.557.0041
www.jackdanielreporting.com

141 Portland Street, Suite 200
Boston, Massachusetts 02114

33

1  hernia; they're going to get it.  This is

2  why they fire me too. Was like a lipoma

3  that was pressing the nerve on my spine.

4  This was -- it was almost an alias and

5  this is -- for the purpose was the same

6  because pressing my nerve and produce me a

7  pain, a pain. And they do like an MRI to

8  check out my spine to see if there was a

9  hernia, the same.  Because they say this

10  shouldn't got so many pain.  The thing

11  that was supposed to be the sore didn't

12  got -- and they send me to do an MRIs and

13  they discovered I have two hernias -- two

14  discs in my spine. Besides that I was

15  supposed to get another surgery with this

16  (indicating).  After that one, the other

17  surgery I was supposed to get another one,

18  another one or two more.  And in the

19  disabilities --

20     Q.  Ms. Benitez, let me ask you a

21  question.

22     A.  No.  No.  You asked about the

23  disability. Let me tell you about the

24  disability.  Disability to say you got to



**Jack Daniel**
Court Reporting & Video Services
Inc

Technologies you can use • Experience you can Trust

Direct Dial:    617.557.0039
Toll Free:      866.814.0039
Toll Free Fax:  866.557.0041
www.jackdanielreporting.com

141 Portland Street, Suite 200
Boston, Massachusetts 02114

41

1      Q.   Okay.   And that's the meeting that

2  occurred between yourself and Mr. Freehoff,

3  you mentioned Paul and Michael, correct?

4      A.   Yeah.   All of them.   Paul, Michael

5  and Eric was there.

6      Q.   And during that meeting you told

7  them that you might need to go out for

8  back surgery?

9      A.   Yes.   Yes, I did.

10     Q.   Okay.   And did you say anything

11  else in regard to the back surgery at that

12  time?

13     A.   Not that I remember.

14     Q.   Can you even recall what they said

15  to you at that time in regard to your

16  reference to back surgery?

17     A.   What do you mean?

18     Q.   What did they say to you in regard

19  to back surgery?

20     A.   Oh, bring the doctor note and going

21  to be fine.

22     Q.   Who said that?   Do you recall which

23  of the three individuals said that?

24     A.   I don't know.   I think it was



JACK Daniel
Court Reporting & Video Services
Inc
Technologies you can use • Experience you can Trust

Direct Dial:      617.557.0039
Toll Free:        866.814.0039
Toll Free Fax:    866.557.0041
www.jackdanielreporting.com

141 Portland Street, Suite 200
Boston, Massachusetts  02114

43

1  to the transportation I went back.   I

2  remember the letter.   Michael said the

3  letter.   And I went back and asked for it

4  and say, okay, we're going to mail it to

5  you.

6      Q.   Okay.   Did they mail it to you?

7      A.   Yes, they do.

8      Q.   At any point in time did you ever

9  provide that to anyone at Sodexho?

10     A.   Huh?

11     Q.   At any point in time did you ever

12 provide that letter to anybody at Sodexho?

13     A.   Yes.   This is when I went to

14 Michael to say this is the letter.   I

15 need that time.   This is when he told me,

16 no, you have to change because somebody

17 going to be on vacation at that time.

18     Q.   Do you recall when that occurred?

19     A.   Hmm?

20     Q.   Do you recall when that

21 conversation with Michael occurred, what

22 date?

23     A.   I think it was in the morning

24 because I was supposed to be in the


**Jack Daniel**
**Court Reporting & Video Services** Inc

Technologies you can use • Experience you can Trust

Direct Dial:      617.557.0039
Toll Free:        866.814.0039
Toll Free Fax:    866.557.0041
www.jackdanielreporting.com

141 Portland Street, Suite 200
Boston, Massachusetts  02114

44

1  cashier at that morning because my lunch

2  was supposed to be 11.  So --

3      Q.  Do you know what day of the week

4  it was?

5      A.  It was the same week that I

6  received the letter.

7      Q.  Do you recall what the date of that

8  conversation was?

9      A.  I think it was a Thursday or

10 Friday.

11     Q.  Do you recall the date in January

12 that that would have been?

13     A.  The date, what do you mean the

14 date?

15     Q.  The date.

16     A.  Twelfth -- the something -- the

17 number.

18     Q.  Yes.

19     A.  No.  It was before -- the same

20 week that I went.  I went on the 4th.  I

21 received the letter on the 5.  Could be

22 on the 6 or the 7.

23     Q.  Okay.  You don't recall

24 specifically what date?



Jack Daniel
Court Reporting & Video Services
Inc

Technologies you can use • Experience you can Trust

Direct Dial:        617.557.0039
Toll Free:          866.814.0039
Toll Free Fax:      866.557.0041
www.jackdanielreporting.com

141 Portland Street, Suite 200
Boston, Massachusetts 02114

45

1      A.   It was the same week, the same week

2  that I went to the doctor appointment.

3      Q.   Okay.  And --

4      A.   So I had to get it because they

5  had to get it because supposed to be on

6  the 27.  So --

7      Q.   And during that conversation did

8  you have any other discussion with -- I

9  believe, you said Mr. Potvan regarding --

10     A.   No.  He got like a big calendar

11  with days, big numbers and something like

12  that.  And say oh, no, you have to

13  reschedule because someone going to be on

14  vacation, but not even was the cashier.  I

15  say what cashier?  We got like six, seven

16  cashier.  Why? He said, another cashier

17  gonna be on vacation. It's on the table,

18  it's not fair.  But you understand when

19  those -- the cashier -- wasn't even a

20  cashier that was on vacation.

21     Q.   Was the back surgery the only issue

22  or disability that you discussed with

23  anyone from Sodexho?

24     A.   Hmm?



**Jack Daniel**
Court Reporting & Video Services Inc

Technologies you can use • Experience you can Trust

Direct Dial:      617.557.0039
Toll Free:        866.814.0039
Toll Free Fax:    866.557.0041
www.jackdanielreporting.com

141 Portland Street, Suite 200
Boston, Massachusetts 02114

50

1    A.  Yes.  When the -- my primary doctor

2  had to referred me.

3    Q.  Okay.  Do you have an understanding

4  what a lipoma is?

5    A.  A ball.

6    Q.  Okay.  Is it like a mole type of

7  -- does it look like a mole?

8    A.  What do you mean, "mole"?

9    Q.  It's a -- it was something that was

10  growing on your skin that was --

11    A.  No.  It wasn't growing on my skin.

12  It was growing in the -- in my spine.

13    Q.  Okay.

14    A.  Between the nerve -- the nerve --

15  it have a little hole in the nerve.

16    Q.  Nerve.

17    A.  The spine, the middle of the spine.

18  It was right there in my spine.  It was

19  an operation the nerve.  This is where I

20  got the pain.  Besides they -- any of

21  that they discovered through the process

22  of -- they discover the hernia too.

23    Q.  Okay.  And then I'll show you

24  another document which we'll mark as



**Jack Daniel**
Court Reporting & Video Services Inc

Technologies you can use • Experience you can Trust

Direct Dial:      617.557.0039
Toll Free:        866.814.0039
Toll Free Fax:    866.557.0041
www.jackdanielreporting.com

141 Portland Street, Suite 200
Boston, Massachusetts  02114

54

1   right here?

2       A.   Um-hum.

3       Q.   It says, "we will make arrangements

4   to remove the lipoma and the skin tag in

5   the procedure room under local anesthesia

6   on January 27, 2000."   Do you see that?

7       A.   Um-hum.   Yes.

8       Q.   You've got to answer verbally.   Do

9   you see that reference?

10      A.   Now?   I see it now.

11      Q.   Yes.   Okay.

12      A.   I'm seeing now.

13      Q.   Understood?

14      A.   Not before.

15      Q.   Is that your understanding of what

16  occurred on January 27th?   You had a

17  lipoma and a skip tag removed on that

18  date?

19      A.   Was a lipoma that was pressing my

20  nerve in my spine.

21      Q.   Okay.

22      A.   It was in my spine.   This is what

23  the difference because it was in the skin.

24  It would be different.   I don't see what


**Jack Daniel**
Court Reporting & Video Services Inc

Technologies you can use • Experience you can Trust

Direct Dial:      617.557.0039
Toll Free:        866.814.0039
Toll Free Fax:    866.557.0041
www.jackdanielreporting.com

141 Portland Street, Suite 200
Boston, Massachusetts 02114

55

1  a -- pain besides the hernia that they

2  discovered to in the process. But the

3  problem that the lipoma it was in the

4  nerve.  Let me see if I got a pen to

5  describe you --

6      Q.  Is it --

7      A.  -- how it is.

8      Q.  Let me ask you:  Is it your

9  understanding that the lipoma was in your

10  spine?

11      A.  Um-hum.

12      Q.  Is it your understanding the lipoma

13  was in your spine?

14      A.  Yeah.  In the middle right there

15  (indicating).

16      Q.  No, no.  That's fine, Ms. Benitez.

17  We're all set.  Let me show you another

18  document, Ms. Benitez.

19      A.  Right there (indicating).  You see?

20      Q.  Okay.

21      A.  In the spine.  Was right there.

22      Q.  Okay.  And did you actually go to

23  the hospital on January 27th of 2000?

24      A.  Yes.  I had to go because I had to


Jack Daniel
Court Reporting & Video Services Inc

Technologies you can use • Experience you can Trust

Direct Dial:      617.557.0039
Toll Free:        866.814.0039
Toll Free Fax:    866.557.0041
www.jackdanielreporting.com

141 Portland Street, Suite 200
Boston, Massachusetts 02114

56

1  got the pain away from me.

2      Q.  At any point in time did you ever

3  request that your surgery be changed to a

4  different date after speaking with the

5  people at Sodexho regarding that time off?

6      A.  No, because I had to get another

7  appointment with the Carlo Fernandez and

8  reschedule and everything and going to be

9  a lot of stuff.  And I want to get out as

10 soon as possible my pain. And I know the

11 Sodexho Marriott didn't need me for

12 really.  Just a meanly process.  They

13 don't want to concede me just for that. If

14 I knew they only was two or three cashier,

15 only one cashier, I would understand.  But

16 no, it's no excuse.  This is no excuse

17 not to concede me that -- that's no excuse

18 to concede me -- to not concede me the

19 time off for my surgery.

20     Q.  Do you recall what time you went to

21 the hospital on January 27th?

22     A.  Early in the morning.  It was

23 supposed to be earlier.

24     Q.  What time -- Do you recall what



Direct Dial:    617.557.0039
Toll Free:      866.814.0039
Toll Free Fax:  866.557.0041
www.jackdanielreporting.com

141 Portland Street, Suite 200
Boston, Massachusetts 02114

Technologies you can use • Experience you can Trust

70

1  on January 27th of 2000, ever tell you

2  that there were any complications

3  associated with that surgery?

4      A.  Just that he was the doctor that

5  did the operation.

6      Q.  So no one ever told you that there

7  was complications in regard to the surgery

8  or that you'd have to have other

9  procedures done in regard to the lipoma

10  that was removed from your back?

11      A.  No.  For the hernia, yes.  For the

12  hernia, yes.  For the hernia to this the

13  -- they discover on January 22, 2000

14  before I was fired, yes. They were

15  supposed to get another procedure but I

16  couldn't get it because Sodexho Marriott

17  terminated me, got no medical insurance.

18  Had nothing.  So I got my two hernia in

19  my spine.

20      Q.  Okay.

21          MR. MARTIN:  We'll mark that

22  as the next one.

23          BY MR. MARTIN:

24      Q.  After you had the lipoma surgery



**Jack Daniel**
**Court Reporting & Video Services** inc

Technologies you can use • Experience you can Trust

Direct Dial:      617.557.0039
Toll Free:        866.814.0039
Toll Free Fax:    866.557.0041
www.jackdanielreporting.com

141 Portland Street, Suite 200
Boston, Massachusetts 02114

71

1  and -- you were fully capable of going

2  back to work?

3       A.  No.  Because continue the pain and

4  after that I continue -- began to getting

5  depression.

6       Q.  I'm asking physically.

7       A.  Sad.

8       Q.  After you had the surgery for the

9  lipoma?

10      A.  Um-hum.

11      Q.  There was a time period when the

12 doctor said that you should stay out of

13 work to recover; is that right?

14      A.  Yes.  He gave me a notice to go

15 back to work.  I went back to work and

16 they didn't sent me.

17      Q.  Okay.  Is it your understanding

18 that after your surgery for lipoma you

19 were fully capable of returning to work?

20      A.  Yeah.  He gave me a notice when to

21 got to go to work.

22      Q.  Okay.

23      A.  Let me get it.

24      Q.  We'll mark that's the next one.



**Jack Daniel**
Court Reporting & Video Services Inc

Technologies you can use • Experience you can Trust

Direct Dial:      617.557.0039
Toll Free:        866.814.0039
Toll Free Fax:    866.557.0041
www.jackdanielreporting.com

141 Portland Street, Suite 200
Boston, Massachusetts  02114

72

1    A.  I was supposed to get it to got

2  back to the 14 days.

3                    (Exhibit-7, Medical

4  Provider's Statement, marked for

5  identification.)

6    A.  Yeah, this is --

7    Q.  I'm show you this document marked

8  as Exhibit Number 7, Ms. Benitez?

9    A.  No.  This is the doctor said told

10  me to go to back to work.

11    Q.  Ms. Benitez -- Ms. Benitez, I've

12  got to ask you some questions, okay?

13    A.  You asked me that question and I

14  didn't respond.

15    Q.  I'm at -- My request to you is I'm

16  asking you to look at Exhibit Number 7 if

17  you would.

18    A.  Oh, it's this one.  It's the same.

19    Q.  Have you seen that document,

20  Exhibit Number 7 before today?

21    A.  Yeah.  I'm showing you.  This

22  is --

23    Q.  Is that the doc -- is that Exhibit

24  Number 7, the note that you received from



JACK Daniel
Court Reporting & Video Services Inc
Technologies you can use • Experience you can Trust

Direct Dial:      617.557.0039
Toll Free:        866.814.0039
Toll Free Fax:    866.557.0041
www.jackdanielreporting.com

141 Portland Street, Suite 200
Boston, Massachusetts  02114

73

1  the doctor regarding when you could go

2  back to work?

3      A.  No.  This is -- he gave me in hand

4  this one.  This is when I went to -- to

5  -- after the surgery I got to had to get

6  an appointment back again and this is when

7  he gave me this.  When I was supposed to

8  go to back to work and when I was out he

9  said from January 27, 2000 through

10 February 14, 2000.  I was suppose to work

11 -- go to work on February the 15, 2000.

12     Q.  Okay.

13     A.  So after I did that they upset me

14 so I got no job.

15     Q.  If you look at Exhibit Number 6

16 there's a signature of the doctor and

17 there's also a reference of February 8th,

18 2000.  That's when you went back and saw

19 the doctor and received this note?

20     A.  Yeah.  I think so.  Yeah, I got it

21 right here (indicating).

22     Q.  And is it your understanding that

23 as of February 15 of 2000 that you were

24 fully capable of returning to work?



**Jack Daniel**
Court Reporting & Video Services Inc

Technologies you can use • Experience you can Trust

Direct Dial:      617.557.0039
Toll Free:        866.814.0039
Toll Free Fax:    866.557.0041
www.jackdanielreporting.com

141 Portland Street, Suite 200
Boston, Massachusetts  02114

74

1    A.  Yes.  It says right here

2  (indicating).

3    Q.  Okay.

4    A.  Because I was unable to -- say,

5  "the patient continue totally unable to

6  perform her regular job duties since

7  January 27, 2000 to February 14, 2000."

8  So on the 15 I was supposed to go to work

9  because I was out until the 14th.

10   Q.  Okay.  So as of the 15th you were

11  capable of working --

12   A.  Yes.

13   Q.  -- and performing your job?

14   A.  Yes.

15   Q.  Okay.  And is it your understanding

16  that after February 14th of 2000 that your

17  lipoma issue that you had surgery on had

18  been resolved?

19   A.  Yeah.  It was suppose to go to on

20  the 15th.

21   Q.  Okay.

22   A.  This is the time off that he gave

23  me.

24   Q.  And after you had -- in regard to


**Jack Daniel**
**Court Reporting & Video Services**
Inc
Technologies you can use • Experience you can Trust

Direct Dial:      617.557.0039
Toll Free:        866.814.0039
Toll Free Fax:    866.557.0041
www.jackdanielreporting.com

141 Portland Street, Suite 200
Boston, Massachusetts 02114

75

1  the lipoma surgery that you had, after you

2  had the surgery, the lipoma didn't affect

3  your ability to walk, did it?

4      A.  Not really, but I just -- I had to

5  walk slowly because I got -- have

6  breathing problem and I have high blood

7  pressure.  So I had to slow -- slowly.  I

8  can't walk fast like every -- every --

9  like every people does.  But I can walk.

10      Q.  Okay.  So you have no problem

11  walking?

12      A.  You can see me.  You don't see me

13  moving me?

14      Q.  And after --

15      A.  Just slowly.

16      Q.  After you had the lipoma surgery

17  did it affect your ability at all to see?

18      A.  To what?

19      Q.  To see?  Did the lipoma affect your

20  ability to see at all?

21      A.  No.  Because it wasn't related to

22  my vision.

23      Q.  Okay.

24      A.  I got my vision problem before.



Jack Daniel
Court Reporting & Video Services Inc

Technologies you can use • Experience you can Trust

Direct Dial:      617.557.0039
Toll Free:        866.814.0039
Toll Free Fax:    866.557.0041
www.jackdanielreporting.com

141 Portland Street, Suite 200
Boston, Massachusetts 02114

76

1    Q.  Okay.

2    A.  I got glasses so I have to use

3  glasses to read.  And even to take

4  medicine I had to take my glasses.

5    Q.  Okay.

6    A.  If I don't have my glasses I can't

7  take my medicine because I take so many

8  medicines that I don't know which one I

9  have to take at a different time.

10    Q.  Okay.  And did the lipoma, at any

11  point in time, affect your ability to

12  hear?

13    A.  To hear?  No.

14    Q.  At any point in time did the lipoma

15  affect your ability to speak?

16    A.  You see me speaking.

17    Q.  I'm just asking at any point in

18  time did the lipoma ever affect your

19  ability to speak?

20    A.  I'm not speaking?

21    Q.  I understand that you're speaking.

22  I'm just asking:  At any point in time

23  did the lipoma affect your ability to

24  speak?



Jack Daniel
Court Reporting & Video Services Inc
Technologies you can use • Experience you can Trust

Direct Dial:      617.557.0039
Toll Free:        866.814.0039
Toll Free Fax:    866.557.0041
www.jackdanielreporting.com

141 Portland Street, Suite 200
Boston, Massachusetts 02114

77

1      A.  You're trying to say that I'm now

2  disabled?

3      Q.  I'm trying to ask if the lipoma

4  ever affected your ability to speak?

5      A.  No.  No, it doesn't.  Directly it

6  doesn't.

7      Q.  At any point in time did the lipoma

8  ever affect your ability to breathe?

9      A.  No.  Because I got breathing

10  problem before.  I got breathing problem.

11      Q.  Okay.  And at any point in time

12  did the lipoma ever affect your ability to

13  learn?

14      A.  Just the pain.  Just the lipoma

15  gave me the pain, just the pain.  The

16  pain that's sometime I can't -- I couldn't

17  work -- or walk.  Now I can walk fast

18  too.  But even fast.  For the hernia,

19  yes.  Do you give me the -- the trouble

20  to -- sometime when I bend right here and

21  I had to do it like this (demonstrating)

22  because it depend.

23      Q.  I'm asking you right now about

24  lipoma.  Okay?



**Jack Daniel**
Court Reporting & Video Services Inc
Technologies you can use • Experience you can Trust

Direct Dial:        617.557.0039
Toll Free:          866.814.0039
Toll Free Fax:      866.557.0041
www.jackdanielreporting.com

141 Portland Street, Suite 200
Boston, Massachusetts 02114

78

1      A.   Um-hum.

2      Q.   And we'll talk about the other

3  issues afterwards.   Did the lipoma ever

4  affect your ability to learn that you knew

5  of?

6      A.   You don't think that the lipoma

7  going to work -- because this is in the

8  back.   This is not in the head.

9      Q.   Okay.   So --

10     A.   This is in the head, this

11  disability.   I was disabled when they

12  fired me because the doctor give me a note

13  that was unable to do my job.

14     Q.   Okay.

15     A.   I was disability at that time.

16     Q.   And after you had the surgery you

17  had no pain in regard to the lipoma,

18  correct?

19     A.   I got a pain because I got to do

20  it again. This is why you don't know.

21  That I had to do it it again.   The same

22  back surgery I had to do it it again.

23     Q.   When did you have to do that again?

24     A.   On December 2005.



Jack Daniel
Court Reporting & Video Services
Inc
Technologies you can use • Experience you can Trust

Direct Dial:      617.557.0039
Toll Free:        866.814.0039
Toll Free Fax:    866.557.0041
www.jackdanielreporting.com

141 Portland Street, Suite 200
Boston, Massachusetts 02114

80

1  requested those records and to my

2  knowledge they haven't been produced. Let's

3  go back for a second.  After we were

4  talking about the lipoma that you had

5  surgery on in January of 2000, did that

6  affect your ability to care for yourself?

7      A.  Not the lipoma but the hernia, yes.

8      Q.  Okay.

9      A.  The hernia it was the same and also

10 -- also the lipoma too because I got a

11 pain.  Nobody with pain can do anything.

12     Q.  So --

13     A.  You had to take painkillers to do

14 whatever you had to do.  Sometime I went

15 to work and the people say to me why you

16 come to work?  Because you can see in my

17 face there was something.  You got to stay

18 home.  No, I can't because I have so many

19 days sick.

20     Q.  Okay.  After you had the surgery on

21 January 27th of 2000 did the pain in --

22 with regard to the lipoma go away for a

23 long period of time?

24     A.  Went away for a while and then come



**Jack Daniel**
Court Reporting & Video Services
Inc

Technologies you can use • Experience you can Trust

Direct Dial:      617.557.0039
Toll Free:        866.814.0039
Toll Free Fax:    866.557.0041
www.jackdanielreporting.com

141 Portland Street, Suite 200
Boston, Massachusetts  02114

82

1  something growing.  I knew because you can

2  feel your body.  You know your body.  You

3  can feel it.

4      Q.  Okay.  After you had the lipoma

5  surgery in January 27th of 2000 --

6      A.  Um-hum.

7      Q.  -- were you able to feed yourself?

8      A.  To what?

9      Q.  Feed yourself?

10     A.  Yeah.  I eat sandwiches.

11     Q.  Were you able to care for yourself,

12 meaning bathe yourself, dress yourself,

13 groom yourself after you had the surgery?

14     A.  Not dress myself.

15     Q.  You couldn't dress yourself?

16     A.  No.

17     Q.  For how long a period of time could

18 you not dress yourself?

19     A.  It was a long time.  I can't even

20 -- you know why I use shoes like this?  I

21 don't wear sneakers because I can't tie my

22 -- I can't.  Can't tie my sneaker. Bend

23 to that position to tie my sneaker have to

24 you use open shoes in order to put my



**Jack Daniel**
Court Reporting & Video Services
Inc

Technologies you can use • Experience you can Trust

Direct Dial:        617.557.0039
Toll Free:          866.814.0039
Toll Free Fax:      866.557.0041
www.jackdanielreporting.com

141 Portland Street, Suite 200
Boston, Massachusetts 02114