83

1  foot like that. If I wear sneaker I have

2  to get it open just so I had to put it

3  there, the -- the feet through and that's

4  it. Because I can't bend to -- to tie

5  my --

6      Q. Let meask you some questions:

7  Prior to the surgery for your lipoma were

8  you able to dress yourself?

9      A. To dress? Yes. Too difficultly

10 because I am overweight, but...

11     Q. Okay. How about after your lipoma

12 surgery? Were you able to dress yourself?

13     A. These are personal questions. Why

14 are you asking me that question?

15     Q. I'm just asking after you --

16     A. Yes.

17     Q. -- had your lipoma surgery were you

18 able to dress yourself?

19     A. Yes. I was disabled at the time

20 you fired me. You see why you want to

21 know? Yes. I was unable. You got a

22 letter that said I was unable. That's it.

23 This is what it counts. You don't know

24 what happened before, what happened after.



**Jack Daniel**
Court Reporting & Video Services Inc

Technologies you can use • Experience you can Trust

Direct Dial:      617.557.0039
Toll Free:        866.814.0039
Toll Free Fax:    866.557.0041
www.jackdanielreporting.com

141 Portland Street, Suite 200
Boston, Massachusetts 02114

84

1    After -- What happened after was my

2    business because you fired me.  It's not

3    worth your business. It was mine.   What?

4        Q.  Ms. Benitez?

5        A.  You send me in May to dress me

6    you.  You send me in May to dress me you.

7    Send me in May to work.  No, so you don't

8    --  so you don't care.

9        Q.  Ms. Benitez, after you had the

10   lipoma surgery were you able to dress

11   yourself?

12       A.   Um-hum.

13       Q.  After you had the surgery were you

14   able to dress yourself?

15       A.  It's the same question?  Again,

16   it's the same that I'm gonna answer you --

17   answer the same. It the same I'm going to

18   answer you.  You send me in May to that.

19   You don't realize before if I was able to

20   dress myself.  You don't.  You don't care.

21          I die the next day, you don't care.

22   You don't care if I die in the same

23   surgery.  You don't care so why you care

24   now?  Because you want to get all this



**Jack Daniel**
**Court Reporting & Video Services** Inc

Technologies you can use • Experience you can Trust

Direct Dial:     617.557.0039
Toll Free:       866.814.0039
Toll Free Fax:   866.557.0041
www.jackdanielreporting.com

141 Portland Street, Suite 200
Boston, Massachusetts 02114

85

1  stuff.  It's just that. So don't ask me

2  the question the same time again, again.

3  I'm going to answer the same again, again.

4     Q.  Ms. Benitez, I have the right to

5  ask you some questions.

6     A.  Yeah.  I got the right to -- to

7  answer the question and I have the right

8  to ask the question to you and you didn't

9  answer me. So why I'm supposed to answer

10  your only question that you ask?  And you

11  never answer it -- the first question, the

12  main question, just one question that I

13  ask since all these problems start. Why do

14  you cancel my insurance when I was unable

15  to go to work, when you knew that I was

16  unable to go to work? When you knew -- if

17  you don't knew you're supposed to -- I was

18  supposed to go to work the next day.  If

19  you didn't know I was supposed to -- why

20  you cancel then my insurance? Although

21  Sodexho Marriott cancel the American

22  insurance that people are supposed to work

23  the next day?  Because you knew.  You do

24  not ask and now you want to try to get



**Jack Daniel**
Court Reporting & Video Services Inc

Technologies you can use • Experience you can Trust

Direct Dial:      617.557.0039
Toll Free:        866.814.0039
Toll Free Fax:    866.557.0041
www.jackdanielreporting.com

141 Portland Street, Suite 200
Boston, Massachusetts  02114

86

1  out. You go to a restaurant and ask for a

2  caviar and don't want to pay and put a

3  hurt on the caviar. That's it.  This is

4  what you trying to do.

5      Q.  Ms. Benitez, I'm gonna ask -- I'm

6  gonna just state if you won't answer my

7  questions I'm going to stop right now.

8  We'll ask the judge if she can come in

9  because these questions relate to your

10  claims and I believe I'm entitled to ask

11  these questions. My question is a

12  relatively simple question, I believe, is:

13  Were you able to dress yourself after you

14  had your lipoma surgery?  Are you

15  willing --

16      A.  No.

17      Q.  -- to answer that question?

18      A.  No.  No, I wasn't.

19      Q.  You weren't able to dress yourself?

20      A.  No, I wasn't.  My daughter -- I

21  got my daughter to do that.  At home I

22  didn't do anything. Just eating, getting

23  depressed, sleeping, taking pills.  Just

24  like that.



**Jack Daniel**
Court Reporting & Video Services inc
Technologies you can use • Experience you can Trust

Direct Dial:        617.557.0039
Toll Free:          866.814.0039
Toll Free Fax:      866.557.0041
www.jackdanielreporting.com

141 Portland Street, Suite 200
Boston, Massachusetts 02114

87

1    Q.  How long were you unable to dress

2    yourself after your lipoma surgery?

3    A.  I got everything so the pain go

4    away.  And after that until, you cancel --

5    you terminated me wrongfully, I try to get

6    another job in a different way because I

7    knew that I can't have it no more as a

8    cashier. So I have to go in like in

9    office or something like that.  I get a

10   job there to get a different training to

11   get a job.  They said no.  Oh, my God.

12   I say okay.

13   Q.  Ms. Benitez, looking back --

14   A.  Now this is putting me down, really

15   down.

16   Q.  Ms. Benitez, looking back at

17   Exhibit Number 7, is it your understanding

18   you were fully capable of working on -- as

19   of February 15, 2000?

20   A.  Yes.

21   Q.  Okay.  And were you able to dress

22   yourself on February 15 of 2000?

23   A.  No.

24   Q.  You couldn't dress yourself on that



**Jack Daniel**
**Court Reporting & Video Services** Inc

Technologies you can use • Experience you can Trust

Direct Dial:      617.557.0039
Toll Free:        866.814.0039
Toll Free Fax:    866.557.0041
www.jackdanielreporting.com

141 Portland Street, Suite 200
Boston, Massachusetts 02114

88

1  day?

2      A.  No.

3      Q.  How were you going to be able to

4  work if you couldn't dress yourself?

5      A.  I wasn't able to work.  I got my

6  daughter.  They gonna help me to do

7  whatevers I had to do, I did it.  I went

8  so many days sick to work so why so many

9  day more?  I went so many days sick to

10  work.  Why I couldn't get more?  Yeah,

11  because they say you could go.  You can

12  get help, get help.

13      Q.  Why couldn't you dress yourself?

14      A.  Hmm?

15      Q.  Why couldn't you dress yourself?

16      A.  Because I got a pain related with

17  my surgery and the -- this hernia.  This

18  is why I -- I couldn't do heavy thing.  I

19  think if I got to go to supermarket I got

20  to go to someone.  I can't go by myself.

21      Q.  Right now you can't go to the

22  supermarket by yourself?

23      A.  No, just to get a like a bread,

24  something that is not heavy.



**Jack Daniel**
**Court Reporting & Video Services** inc

Technologies you can use • Experience you can Trust

Direct Dial:       617.557.0039
Toll Free:         866.814.0039
Toll Free Fax:     866.557.0041
www.jackdanielreporting.com

141 Portland Street, Suite 200
Boston, Massachusetts  02114

89

1     Q.  Could you -- Can you go to the

2  supermarket by yourself right now?

3     A.  No.  I have to get my daughter or

4  my son to push the cart and get the item,

5  something like that.  I can't.  I can't.

6     Q.  Let me ask you this:  In regard to

7  your inability to dress, was that because

8  of your lipoma?

9     A.  No, because of the hernia.

10    Q.  It was because of the hernia, a

11 different back issue?

12    A.  Yeah.  It's the same back -- it's

13 a different of the surgery.

14    Q.  So if you weren't -- if you weren't

15 able to dress yourself because of the

16 hernia is it fair to say that you weren't

17 able to work either?

18    A.  Yeah.  I could -- because I'm gonna

19 get treatment.

20    Q.  Did you get treatment for your

21 hernia?

22    A.  You know why I get back?  I get

23 back just to get my hernia surgery removed

24 because I to -- I supposed to I got



**Jack Daniel**
**Court Reporting & Video Services**
inc

Technologies you can use • Experience you can Trust

Direct Dial:        617.557.0039
Toll Free:          866.814.0039
Toll Free Fax:   866.557.0041
www.jackdanielreporting.com

141 Portland Street, Suite 200
Boston, Massachusetts 02114

90

1  insurance, I going to get that surgery

2  too.  I'm going to be fine. So somebody

3  didn't give me the time to do all that I

4  had to do it.  They cancel my insurance.

5  They fire me like a -- dump me like a

6  trash.  This is what I feel.

7      Q.  Were you able to -- at some point

8  in time your inability to dress, that was

9  related not to your lipoma, that was

10 related to your other back issue, your

11 hernia; is that right?

12     A.  Yes.  In some way it's right and

13 in some way it wasn't.  Because the

14 lipoma, it had to wait a long time to get

15 cured.  You can't go back to work. Since

16 I wasn't doing any heavy stuff, yeah.

17     Q.  By February 15th, though, you would

18 have been able to go back to work,

19 correct?

20     A.  Yeah.  Because they got me a long

21 time for a lipoma.

22     Q.  But didn't your doctor say that as

23 of February 15 you were capable of going

24 back to work?



Direct Dial:    617.557.0039
Toll Free:      866.814.0039
Toll Free Fax:  866.557.0041
www.jackdanielreporting.com

Technologies you can use • Experience you can Trust

141 Portland Street, Suite 200
Boston, Massachusetts  02114

91

1    A.  Yes.  Yeah.  I went to work.  We

2  have my son so many times, so why not?

3    Q.  At any point in time did you ever

4  say to your doctor, Mr. Fernandez, (sic)

5  that you weren't able to go back to work

6  after your lipoma surgery?  Did you ever

7  tell him that?

8    A.  Why?  Why did I have to say it?

9  Because before I do it before. My daughter

10  or my son help me to put my shoes because

11  I leave early in the morning before they

12  go to school.  Okay, tie my shoes, do

13  like that because we had to wear --

14    Q.  Were you able to put your own pants

15  on after your surgery?

16    A.  A big one.

17    Q.  Big pants?

18    A.  Big pants that I don't have to do

19  like this (demonstrating).

20    Q.  But you were able to put it on

21  yourself?

22    A.  Just to (demonstrating).

23    Q.  Pull it up.

24    A.  Pull it up.  The -- My son, he put



**JACK Daniel**
Court Reporting & Video Services Inc

Technologies you can use • Experience you can Trust

Direct Dial:       617.557.0039
Toll Free:         866.814.0039
Toll Free Fax:     866.557.0041
www.jackdanielreporting.com

141 Portland Street, Suite 200
Boston, Massachusetts 02114

93

1  continue getting pain.

2      Q.  How long -- Did you ever go back

3  to the doctor again in regard to the

4  lipoma?

5      A.  To this last operation?  I told my

6  primary doctor that the person -- the same

7  instance -- is what's wrong because it

8  continue pain in me. And he say oh, I

9  think everything is fine, but I don't know

10 why you continue getting pain so I don't

11 know.

12     Q.  Okay.  Did you ever have any -- up

13 until December of '05, between January of

14 2000 and December of '05, did you ever

15 have any other surgeries in regard to your

16 lipoma?

17     A.  To lipoma?  No.

18     Q.  Okay.

19     A.  I got another surgery but not

20 lipoma.

21     Q.  Okay.  And if I understand

22 correctly after the surgery you were fully

23 capable of working, correct?

24     A.  That's what he said.  On 15 I was



**Jack Daniel**
Court Reporting & Video Services inc
Technologies you can use • Experience you can Trust

Direct Dial:        617.557.0039
Toll Free:          866.814.0039
Toll Free Fax:      866.557.0041
www.jackdanielreporting.com

141 Portland Street, Suite 200
Boston, Massachusetts 02114

94

1  supposed to go to work because I got my

2  job.  Because I got my job I don't want

3  to lose it even though I wasn't -- I

4  wasn't going to win because I got my job.

5  I want to keep it and because I need it

6  to get the hernia surgery.  I got my

7  insurance so I'm not going to leave my job

8  if I got to do an operation.  Nobody do

9  that.

10      Q.  Okay.  And if I understand

11  correctly, as of February 15 of 2000 you

12  believed you were capable of going back to

13  work and working?

14      A.  Yes.  I want to.

15      Q.  Okay, and your doctor, actually in

16  Exhibit 7, gave you clearance to go back

17  to work as of February 15, 2000?

18      A.  What?

19      Q.  Your doctor that had operated on

20  you gave you clearance to go back to work

21  as of February 15th of 2000, correct?

22      A.  No.  He told me that I was

23  supposed to go to work on February 15,

24  2000.  The last day that I was unable was



**Jack Daniel**
Court Reporting & Video Services
Inc

Technologies you can use • Experience you can Trust

Direct Dial:        617.557.0039
Toll Free:          866.814.0039
Toll Free Fax:      866.557.0041
www.jackdanielreporting.com

141 Portland Street, Suite 200
Boston, Massachusetts 02114

95

1 February 14, 2000.

2     Q. Okay. And you were relea -- Your

3 understanding you were released to work

4 from Sodexho without any restrictions by

5 your doctor, correct?

6     A. Yes. I did not ask for many

7 things because I wasn't going back to

8 work.

9     Q. Did you ever undergo any

10 physical --

11     A. Because I don't get any pay so --

12     Q. Did you ever have any physical

13 therapy for your lipoma?

14     A. Not for lipoma. For lipoma you

15 don't have to get physical therapy. You

16 have -- supposed to get a physical therapy

17 for hernia -- for this, for -- because of

18 the hernia give you pain. So you have to

19 -- supposed to get physical therapy. And

20 the doctor sent me to physical therapy,

21 believe me.

22     Q. In regard to the lipoma he sent you

23 to surgery?

24     A. Not in regard to the lipoma, the



**Jack Daniel**
Court Reporting & Video Services Inc
Technologies you can use • Experience you can Trust

Direct Dial:   617.557.0039
Toll Free:     866.814.0039
Toll Free Fax:  866.557.0041
www.jackdanielreporting.com

141 Portland Street, Suite 200
Boston, Massachusetts 02114

96

1   hernia. Because the lipoma was already

2   operated.

3       Q.  And the lipoma, to your

4   understanding, had already been taken care

5   of by the doctor, correct?

6       A.  Hmm?

7       Q.  At that point in time the lipoma

8   had already been taken care of by the

9   doctor by the surgery, correct?

10      A.  He took it away.  I have to do

11  some proof, something like that.  But the

12  pain that was -- the -- me go back to

13  work --

14      Q.  Did you ever have any medication

15  prescribed to you after February 14th of

16  2000 in regard to the lipoma?

17      A.  No.  Just the primary care --

18      Q.  Okay.

19      A.  -- doctor.  Dr. Mary Pasinski, the

20  one, the neurologist that I see for the

21  hernia -- this hernia, something like

22  that.  She was a -- give a painkiller.

23  It was Celebrex, something like that.  I

24  think.  I don't know.



**Jack Daniel**
Court Reporting & Video Services Inc
Technologies you can use • Experience you can Trust

Direct Dial:      617.557.0039
Toll Free:        866.814.0039
Toll Free Fax:    866.557.0041
www.jackdanielreporting.com

141 Portland Street, Suite 200
Boston, Massachusetts 02114

97

1     Q.  When did you first hurt your back?

2     A.  Huh?

3     Q.  When did your issues with your back

4 start?

5     A.  After Sodexho Marriott made me do

6 heavy- duty thing.  After they merge they

7 change everybody job duty, that include

8 me.  After they merge they change, the job

9 -- what I was supposed to do the job.

10    Q.  Okay.  Did you ever have back

11 problems before that happened?

12    A.  Before that happened?  I got a

13 pain.  When you get car accident but they

14 do me MRIs, I didn't get nothing.

15    Q.  Okay.  So you had a car accident

16 before --

17    A.  Yes.

18    Q.  -- working for Sodexho?

19    A.  Yes.

20    Q.  How many car accidents did you have

21 before working at Sodexho?

22    A.  I got -- before, just one.  After

23 I got some more.  But before, just one

24 and they gave me -- do me MRIs and



**Jack Daniel**
**Court Reporting & Video Services** inc

Technologies you can use • Experience you can Trust

Direct Dial:    617.557.0039
Toll Free:     866.814.0039
Toll Free Fax:   866.557.0041
www.jackdanielreporting.com

141 Portland Street, Suite 200
Boston, Massachusetts 02114

98

1  everything was okay.  Everything was okay.

2  I got no problem with that.

3    Q.  Okay.

4            MR. MARTIN:  All right.  I

5  think it's been 45 more minutes.  Let's

6  take another 10-minute break.

7            (Off the record at 12:00

8  p.m.)

9            (On the record at 12:04

10  p.m.)

11            MR. MARTIN:  We'll take a

12  break at ten of 12.

13            MS. BENITEZ:  Hmm?

14            MR. MARTIN:  45 minutes.

15  Ten of 12?

16            MS. BENITEZ:  Huh?

17            MR. MARTIN:  I think 45

18  minutes from right now is ten of 12.

19            MS. BENITEZ:  No.  Let's

20  take a 12:30.

21            MR. MARTIN:  That's 25

22  minutes from now.  Do you want to take a

23  break 25 minutes from now?

24            MS. BENITEZ:  Yeah.  Because



**Jack Daniel**
Court Reporting & Video Services
Inc

Technologies you can use • Experience you can Trust

Direct Dial:    617.557.0039
Toll Free:      866.814.0039
Toll Free Fax:  866.557.0041
www.jackdanielreporting.com

141 Portland Street, Suite 200
Boston, Massachusetts 02114

99

1   I didn't take this one so you want to say

2   you want it.

3                MR. MARTIN:   That's fine.

4                MS. BENITEZ:   So you're

5   going to take two breaks.

6        BY MR. MARTIN:

7        Q.   You had told Sodexho about your

8   issue with the lipoma.   That's what your

9   position is?

10       A.   No.   I didn't say -- I say my back

11  surgery.   I say back surgery.   I didn't

12  specify what it was going to be.

13       Q.   Okay.

14       A.   I said just back surgery.   This is

15  why you don't understand why you don't

16  mean.

17       Q.   Okay.   So that's all that you told

18  Sodexho in regard to your issue was that

19  you needed back surgery?

20       A.   Yes, the back surgery.   They don't

21  have to know what's the lipoma.   Just I

22  needed my time off. I don't have to be so

23  specific.   They don't know my -- prying to

24  know, okay, I'm going to get it, this and


Jack Daniel
Court Reporting & Video Services
Inc
Technologies you can use • Experience you can Trust

Direct Dial:      617.557.0039
Toll Free:        866.814.0039
Toll Free Fax:    866.557.0041
www.jackdanielreporting.com

141 Portland Street, Suite 200
Boston, Massachusetts  02114

100

1   this, so specific.  Just you need your

2   time off.  You just had to tell.

3       Q.  Okay.  So prior to January 27th --

4       A.  Well, they knew.

5       Q.  Ms. Benitez, let me ask you a

6   question.

7       A.  Okay.

8       Q.  Prior to January 27, 2000 the only

9   issue in regard to your back that you had

10  spoken with Sodexho was that you needed

11  back surgery?

12      A.  Yeah.  The time off for it was

13  surgery -- for a surgery.

14              MR. MARTIN:  Let's mark this

15  as the next one, if you would?

16              (Exhibit-8, January 21, 2000

17  Progress Notes, marked for identification.)

18      BY MR. MARTIN:

19      Q.  Ms. Benitez, were you able to --

20  you came to your deposition today.  Before

21  you came to the deposition did you dress

22  yourself today?

23      A.  My son help me.

24      Q.  Your son helped you out.  What did



**Jack Daniel**
Court Reporting & Video Services Inc
Technologies you can use • Experience you can Trust

Direct Dial:      617.557.0039
Toll Free:        866.814.0039
Toll Free Fax:    866.557.0041
www.jackdanielreporting.com

141 Portland Street, Suite 200
Boston, Massachusetts 02114

110

1    Q.  You didn't know you had any hernia

2   or anything involving your lower back

3   until you went back and saw a doctor on

4   February 11, 2000; is that right?

5    A.  No, I got it before.  Because they

6   gave me a report.

7    Q.  They gave you a report?

8    A.  Yeah.  I asked for the report when

9   I got it.

10    Q.  Okay.  But you never discussed --

11    A.  I think I got it.

12    Q.  You never discussed anything with

13   Sodexho, any issue regarding a hernia

14   prior to being terminated, correct?

15    A.  No.  Because I was supposed to get

16   it after they got this -- the lipoma I

17   supposed to get it -- this.

18    Q.  Okay.

19    A.  But they don't got a time -- I

20   don't get a time.  They terminated me

21   three day after I got this report that I

22   got lipoma, hernia disc in L5 and L4.

23    Q.  Okay.  At the bottom of this last

24   paragraph it refers to, "conservative



**JACK DANIEL**
Court Reporting & Video Services Inc
Technologies you can use • Experience you can Trust

Direct Dial:      617.557.0039
Toll Free:        866.814.0039
Toll Free Fax:    866.557.0041
www.jackdanielreporting.com

141 Portland Street, Suite 200
Boston, Massachusetts 02114

111

1  treatment was recommended with physical

2  therapy."  Do you see that?

3      A.  Yes.  I went -- they refer me to

4  physical therapy.

5      Q.  Did the --

6      A.  I didn't get any.

7      Q.  You didn't get any physical

8  therapy?

9      A.  Yeah.  You know why?  Because every

10  time that I went to the physical therapy

11  always was an excuse.  The lady was

12  supposed to give me the therapy, guy in

13  emergency was late.  Always was an excuse.

14  One day I went, I wait -- I wait so long

15  for the therapy that I take all my paper

16  -- all my paper back after I check in, I

17  was waiting for the therapy.  I was tired,

18  like a half hour waiting for her. She'd

19  got another appointment; she got -- every

20  time an excuse.  I took all my paper and

21  went home. I had enough.  The therapy,

22  this, all the paper I got at home.  Gosh.

23      Q.  Did you ever actually have physical

24  therapy for your lower back?



**Jack Daniel**
**Court Reporting & Video Services** Inc

Technologies you can use • Experience you can Trust

Direct Dial:      617.557.0039
Toll Free:        866.814.0039
Toll Free Fax:    866.557.0041
www.jackdanielreporting.com

141 Portland Street, Suite 200
Boston, Massachusetts 02114

112

1    A.  No, I didn't get it.  I didn't got

2  any insurance.  Not nothing.

3    Q.  We'll mark that next one.  After

4  you saw the doctor, February 11, 2001 --

5  I'm sorry, February 11, 2000, did you get

6  in a car accident?

7    A.  Yes, I do.

8    Q.  When did you get in a car accident?

9    A.  I got in a car accident 5 -- in

10  more -- 5.

11    Q.  I think it's May?

12    A.  5/25/2000.

13    Q.  Okay.

14    A.  I think the 25 is behind me.  On

15  25 they cancel my insurance.  On 25 I got

16  car accident.

17            MR. MARTIN:  Let's mark that

18  as the next one, if you would?  Thank

19  you.

20            (Exhibit-11, May 25, 2005

21  Emergency Department Record, marked for

22  identification.)

23        BY MR. MARTIN:

24    Q.  Okay, Ms. Benitez.  I'm going to



Jack Daniel
Court Reporting & Video Services Inc
Technologies you can use • Experience you can Trust

Direct Dial:        617.557.0039
Toll Free:          866.814.0039
Toll Free Fax:      866.557.0041
www.jackdanielreporting.com

141 Portland Street, Suite 200
Boston, Massachusetts 02114

115

1  the Celebrex did the -- did it help the

2  pain?

3      A.  In some way but they had to take

4  me out for the Celebrex.  I don't know

5  why they said that they're going to give

6  me more di -- help so...

7      Q.  Did you ever see a chiropractor in

8  regard to the -- any issues you had with

9  your back?

10      A.  Huh?

11      Q.  Did you ever see a chiropractor

12  with regard to issues you had with your

13  back?

14      A.  Yes.  Every time I had to, yes.  I

15  do.  Because you don't know what you're

16  going to get it for.

17      Q.  Okay.  Did you get in another

18  accident --

19      A.  On the 14th.

20      Q.  -- after May of 2000?

21      A.  Yes.

22      Q.  When did that happen?

23      A.  It was 10/14/2000.  Yeah.  After

24  that. Was in the same year.  My life --


**Jack Daniel**
Court Reporting & Video Services Inc

Technologies you can use • Experience you can Trust

Direct Dial:    617.557.0039
Toll Free:      866.814.0039
Toll Free Fax:  866.557.0041
www.jackdanielreporting.com

141 Portland Street, Suite 200
Boston, Massachusetts 02114

121

1    A.   Yeah.

2    Q.   Okay.

3    A.   It says no disability.

4    Q.   Is that your recollection, that as

5    of December 21, 2000 you had been

6    discharged from your care with Mr. or Mrs.

7    Smith -- Swift -- I'm sorry, and that at

8    that point in time they had indicated you

9    didn't have any disability?

10   A.   Any -- any that what they know

11   because all they give me was physical

12   therapy.   They are not doctor.   But to

13   say I got no disability, they're not

14   doctor.   They are therapy.

15   Q.   Okay.

16   A.   They are not doctor.   Doctors say

17   that you got disability or not because

18   they're a doctor. They're chiropractic.

19   Q.   Okay.   At that point in time was

20   it your understanding that you had been

21   discharged from your chiropractor --

22   A.   Um-hum.

23   Q.   -- because they thought your

24   problem had been resolved?



**Jack Daniel**
Court Reporting & Video Services
Inc

Technologies you can use • Experience you can Trust

Direct Dial:      617.557.0039
Toll Free:        866.814.0039
Toll Free Fax:    866.557.0041
www.jackdanielreporting.com

141 Portland Street, Suite 200
Boston, Massachusetts  02114

122

1     A.  Yeah.   Because I was feeling

2  better, so...

3     Q.  Okay.

4             MR. MARTIN:   Let's mark that

5  as the next one, if you would?

6             (Exhibit-14, January 8, 2001

7  Final Report, marked for identification.)

8        BY MR. MARTIN:

9     Q.  Ms. Benitez, I'll show you a

10  document marked as Benitez Exhibit Number

11  14 and ask you to look at that, if you

12  would?

13     A.  Don't ask me about the doctor.  You

14  have to ask them.  Ask them.  Don't ask

15  me about anything. Just ask them.

16     Q.  I'm asking you to --

17     A.  No.  Don't ask me because I'm not

18  a doctor.  I can't tell you anything.

19     Q.  Ms. Benitez --

20     A.  Just I can't tell you if I went to

21  an appointment, if I got an appointment.

22  Don't ask me a question about what another

23  person write.  Ask them.

24     Q.  Ms. Benitez --



**Jack Daniel**
Court Reporting & Video Services Inc

Technologies you can use • Experience you can Trust

Direct Dial:      617.557.0039
Toll Free:        866.814.0039
Toll Free Fax:    866.557.0041
www.jackdanielreporting.com

141 Portland Street, Suite 200
Boston, Massachusetts 02114

134

1    Q.  After --

2    A.  So --

3    Q.  After you were discharged from the

4    Swift Chiropractic Care in October -- I'm

5    sorry -- in January of 2001 until you had

6    to see Dr. Zelano did you not receive any

7    chiropractic care in that time period?

8    A.  No.   No.

9    Q.  Okay.  And that's because the back

10   issue that --

11   A.  No.  It's not why because it was

12   feeling -- feeling well.  That I wasn't

13   feeling so bad that it was, but it wasn't

14   feeling right too.

15   Q.  Okay.

16   A.  Because otherwise I have to go

17   continue going until today.  Because all

18   the time I got pain. Because I got the

19   hernia disc plus I got a kidney problem

20   that this produce pain, pain.

21   Q.  Okay.

22   A.  Gosh.

23   Q.  And other than seeing a

24   chiropractor, have you ever seen anyone,



**Jack Daniel**
Court Reporting & Video Services inc

Technologies you can use • Experience you can Trust

Direct Dial:      617.557.0039
Toll Free:        866.814.0039
Toll Free Fax:    866.557.0041
www.jackdanielreporting.com

141 Portland Street, Suite 200
Boston, Massachusetts  02114

135

1  any medical provider for any hernia

2  problem?

3      A.  No, because I -- the state doesn't

4  pay for surgery.  Why do I have to go to

5  wait?  Why do I have to go?  To know that

6  I got it?  I know that I got it. So

7  medical -- the state medical instead it

8  doesn't pay for any operation.  So why I

9  have to -- for what I going to get it?

10 To get painkiller?  I can get it from my

11 primary.

12     Q.  And did Mr. Zelano, Dr. Zelano,

13 release you from any partial disability as

14 of September 9th of 2005?

15     A.  Disability for car accident?

16     Q.  Yes.

17     A.  I don't know.

18     Q.  Okay.  I'm going to have you look

19 at Exhibit Number 17, and if you see on

20 the third page of Mr. Zelano's statement

21 that there's a reference of disability.

22 Do you see that reference?

23     A.  This is -- this is disability.

24 This is 2005 we're talking about what



**Jack Daniel**
Court Reporting & Video Services Inc

Technologies you can use • Experience you can Trust

Direct Dial:      617.557.0039
Toll Free:        866.814.0039
Toll Free Fax:    866.557.0041
www.jackdanielreporting.com

141 Portland Street, Suite 200
Boston, Massachusetts 02114

138

1  They can't because they're job, bone

2  adjusters.  When you get accident all your

3  body move so they got to adjust.  They

4  body, the people, not doctor.

5      Q.  From January 27, 2000, when you had

6  your surgery for the lipoma to the

7  present, have you been able to work?

8      A.  What?

9      Q.  From January 27, 2000 when you had

10 your surgery for lipoma to the present

11 have you been able to work?

12     A.  Yes.  If I got a -- if -- so if

13 somebody doesn't problems, doesn't

14 terminate me illegally --

15                    (Interruption.)

16     A.  If Sodexho Marriott doesn't

17 wrongly, illegally, unlawful terminated me.

18 This is why I ask you an interpreter.

19 You ask no interpret.  I ask for

20 interpreter because you want the truth you

21 going to get the truth because of my

22 language. But put it down because Sodexho

23 Marriott illegally -- you don't understand

24 illegally? Terminated me, discriminated me.


**Jack Daniel**
**Court Reporting & Video Services** Inc

Technologies you can use • Experience you can Trust

Direct Dial:      617.557.0039
Toll Free:        866.814.0039
Toll Free Fax:    866.557.0041
www.jackdanielreporting.com

141 Portland Street, Suite 200
Boston, Massachusetts 02114

139

1  That is the point.

2      Q.  And from the time of your surgery,

3  January 27, 2000 to the present have you

4  been able to walk?

5      A.  You not see me?  With difficulty,

6  yes.  I got difficulties to walk.  But

7  I'm not in wheelchair.  I don't want that.

8  No way.

9      Q.  But during that time period you've

10  been able to walk, correct?

11      A.  When?

12      Q.  From January 27, 2000 to the

13  present.

14      A.  You see me walking.  You don't see

15  me wheelchair.  I have difficulty, yes.

16  But I walk.  I walk.

17      Q.  Okay.  From January 27, 2000 to the

18  present have you been able to see?

19      A.  Yeah.  With my glasses, yes.

20      Q.  Okay.  And from January 27, 2000 to

21  the present have you been able to hear?

22      A.  Yes.

23      Q.  Okay.  And from January 27, 2000 to

24  the present have you been able to speak?



**Jack Daniel**
Court Reporting & Video Services Inc

Technologies you can use • Experience you can Trust

Direct Dial:      617.557.0039
Toll Free:        866.814.0039
Toll Free Fax:    866.557.0041
www.jackdanielreporting.com

141 Portland Street, Suite 200
Boston, Massachusetts 02114

140

1    A.  Yes.

2    Q.  Okay.  From January 27, 2000 to the

3 present have you been able to breathe?

4    A.  Yes.  With difficulty, with my

5 medicine.  I take like a three medicine

6 for breathing.

7    Q.  Okay.

8    A.  Diflonax, Ventolin, I take Flobane,

9 and I take this (indicating) for

10 breathing, just for breathing for medicine.

11    Q.  So you take medicine for your

12 breathing?

13    A.  Yes.

14    Q.  And with the medicine you're fully

15 capable of breathing?

16    A.  In some way.  Sometime, you know.

17    Q.  Have you ever had to be hooked up

18 to a respirator because you couldn't

19 breathe?

20    A.  Yes.  Like a three, four times in

21 emergency, yeah.

22    Q.  When did that happen?

23    A.  You say you got my record from --

24 from Cambridge?  You better get it in



**Jack Daniel**
Court Reporting & Video Services
Inc

Technologies you can use • Experience you can Trust

Direct Dial:       617.557.0039
Toll Free:         866.814.0039
Toll Free Fax:     866.557.0041
www.jackdanielreporting.com

141 Portland Street, Suite 200
Boston, Massachusetts  02114

141

1  there.

2      Q.   When did you ever have to be hooked

3  up to a respirator?

4      A.   Hmm?

5      Q.   When did you ever have to be hooked

6  up to a respirator?

7      A.   What is that?  I don't understand

8  what do you mean.

9      Q.   Did you ever have to have anything

10  to --

11      A.   Asthma attack?  You mean asthma

12  attack?

13      Q.   -- assist you in breathing?

14      A.   I don't understand what you mean.

15      Q.   Sure.  Let me --

16      A.   If you tell me asthma attack I

17  understand.  That what is?

18      Q.   What happens -- When you have an

19  asthma attack did you have to take your

20  medicine?

21      A.   Yes.  But sometimes it doesn't

22  work.  I have to go to the emergency.

23  Sometimes it doesn't work.

24      Q.   Okay.  But with your medicine



**Jack Daniel**
Court Reporting & Video Services Inc

Technologies you can use • Experience you can Trust

Direct Dial:      617.557.0039
Toll Free:        866.814.0039
Toll Free Fax:    866.557.0041
www.jackdanielreporting.com

141 Portland Street, Suite 200
Boston, Massachusetts  02114

142

1    you're typically able to breathe?

2       A.  Yeah, in some way.

3       Q.  Okay.  From January 27, 2000 has

4    anything affected your ability to learn?

5       A.  To learn?  The stress, all the

6    stress that you produce me this -- this

7    procedure, yes.

8       Q.  Anything else affect your ability

9    to learn in that time period?

10      A.  Yes.  And some memory problem.

11      Q.  Have you ever been diagnosed with

12   any memory problem?

13      A.  No, I haven't go to -- if I had to

14   go to the doctor I had to be every day.

15      Q.  From January 27, 2000 to the

16   present have you been able to care for

17   yourself?

18      A.  Not full time.

19      Q.  Okay.  What haven't you been able

20   to do to care for yourself?

21      A.  Hmm?

22      Q.  What have you not been able to do

23   in that time period?

24      A.  I don't cook.  I don't clean.  I


Jack Daniel
Court Reporting & Video Services
Inc

Technologies you can use • Experience you can Trust

Direct Dial:      617.557.0039
Toll Free:        866.814.0039
Toll Free Fax:    866.557.0041
www.jackdanielreporting.com

141 Portland Street, Suite 200
Boston, Massachusetts 02114

143

1    don't do nothing.  Just eat.  Eat.  Eat

2    and sleep and take medicine.  Medicine for

3    sleep, medicine for asthma, medicine for

4    kidney and a medicine for blood pressure

5    and a medicine for depression.  Medicine

6    for everything.  Medicine to sleep.  God.

7        Q.  But your -- if I understand

8    correctly, from January 27, 2000 to the

9    present, you've been able to feed

10   yourself, correct?

11       A.  Yeah.  I eat.

12       Q.  Yeah.  And from January 27, 2000 to

13   the present you've been able to bathe

14   yourself?

15       A.  To what?

16       Q.  Bathe yourself, wash yourself?

17       A.  Yeah.  Just few days after the

18   surgery I didn't.  But I can wash my...

19       Q.  And you told me that sometimes you

20   have trouble putting on certain types of

21   shoes.  Other than that, from January 27,

22   2000 to the present have you been able to

23   dress yourself?

24       A.  In some way.  I have to wear big



**Jack Daniel**
**Court Reporting & Video Services** inc

Technologies you can use • Experience you can Trust

Direct Dial:      617.557.0039
Toll Free:        866.814.0039
Toll Free Fax:    866.557.0041
www.jackdanielreporting.com

141 Portland Street, Suite 200
Boston, Massachusetts 02114

144

1  clothes and that's it.  I can't bend.  If

2  I have to bend, something like that, if I

3  got a pain I have to get help.  That's

4  it.

5      Q.  And if you have to go to the

6  grocery store you're able to go to the

7  grocery store to get certain things?

8      A.  No.  Not for me.  Not for me.  I

9  have to get my son every time that I have

10  to go -- if they don't go -- just like

11  I'm going to get it like a bag of

12  potatoes, cheap, something that is light

13  or bread, something that is not for

14  shopping, just for picking up.

15      Q.  Okay.  And then I'm just going to

16  ask you to, again, the different time

17  period.  Prior to January 27, 2000 when

18  you had the surgery, prior to that time

19  period were you able to walk?

20      A.  What?

21      Q.  Prior to January 27th of 2000, when

22  you had your surgery, were you able to

23  walk?

24      A.  You don't see me wheelchair.  I



**Jack Daniel**
Court Reporting & Video Services Inc

Technologies you can use • Experience you can Trust

Direct Dial:    617.557.0039
Toll Free:      866.814.0039
Toll Free Fax:  866.557.0041
www.jackdanielreporting.com

141 Portland Street, Suite 200
Boston, Massachusetts 02114

145

1  walk with the feet.  I can walk a long

2  distance on foot, so...

3      Q.  Okay.  And prior to January 27,

4  2000 did you have anything that affected

5  your ability to see?

6      A.  You keeping asking me every

7  question every and every time.  You don't

8  got no more question?  You don't got no

9  more question?  No more question?

10     Q.  I'm asking you for --

11     A.  No.  No.  No.  I'm asking -- I'm

12 asking you a question, a whole questions

13 in this start.  So don't rush me to

14 answer the question that you want I have

15 answered. I ask you one question since

16 this is start, why do you cancel my

17 medical insurance.  Just that.  You never

18 answer me.  You never send me the document

19 that I ask you.  I asked for your -- a

20 position you name it. No.  I just want to

21 impeach me just that.  You don't want the

22 truth.  The truth -- you know what is the

23 truth.  This is how we say in this

24 (indicating). In this when I say they that



**JACK Daniel**
**Court Reporting & Video Services**
Inc

Technologies you can use • Experience you can Trust

Direct Dial:     617.557.0039
Toll Free:       866.814.0039
Toll Free Fax:   866.557.0041
www.jackdanielreporting.com

141 Portland Street, Suite 200
Boston, Massachusetts 02114

162

1  2000 that your middle back injuries had

2  resolved to approximately 95 percent of

3  the preinjury state?

4     A.  I don't know.  But I don't remember

5  nothing of them.  It's a long time.  You

6  got to ask them.

7     Q.  Did you -- at this time in or

8  about December 2000 or January of 2001 did

9  you have an attorney working for you by

10  the name of Daniel Doucette?

11     A.  Yes.  Yes.  He was the one that

12  doing -- you know this question -- I can

13  answer you immediately.  Because I know.

14  But whatever I don't I can't.

15           JUDGE DEIN:  Okay.  So if

16  you just answer what you know then she

17  doesn't have to write down all the things

18  you don't know.  Okay?

19           MS. BENITEZ:  Okay.

20     BY MR. MARTIN:

21     Q.  We've previously discussed that you

22  had surgery on January 27th of 2000.  My

23  question is: Prior to that date, prior to

24  that surgery on January 27, 2000, did you



**Jack Daniel**
Court Reporting & Video Services Inc

Technologies you can use • Experience you can Trust

Direct Dial:      617.557.0039
Toll Free:        866.814.0039
Toll Free Fax:    866.557.0041
www.jackdanielreporting.com

141 Portland Street, Suite 200
Boston, Massachusetts 02114

163

1  have any conditions that affected your

2  ability to see?

3      A.  Yes.  I was wearing glasses every

4  time. Yes, I do.

5      Q.  When you --

6      A.  Yes, when I got a breathing

7  problem, yes, I do.  I'm taking like a

8  five medications for breathing problem.

9  I'm taking medicine for blood pressure,

10 for kidney, for pain killer for the

11 hernia.  Yes, I'm taking medication.

12 That's what you want to know? Yes, I do.

13          JUDGE DEIN:  Try not to

14 guess what he's going to ask you.  Okay?

15 Just answer the one question at a time.

16 It really -- I promise you it goes much

17 faster.

18          MS. BENITEZ:  It's because

19 it was supposed to be from 10 to 1.

20          JUDGE DEIN:  Okay.

21          MS. BENITEZ:  It say was

22 just -- Let me talk.

23          JUDGE DEIN:  No.  Because

24 when you keep talking longer then it just



**Jack Daniel**
Court Reporting & Video Services Inc

Technologies you can use • Experience you can Trust

Direct Dial:      617.557.0039
Toll Free:        866.814.0039
Toll Free Fax:    866.557.0041
www.jackdanielreporting.com

141 Portland Street, Suite 200
Boston, Massachusetts 02114

164

1    takes longer.

2                 MS. BENITEZ:  Supposed to be

3    three or four breaks.  I only take two

4    breaks to leave earlier and it's almost 2.

5    I'm right here because he wanted.

6                 JUDGE DEIN:  Okay.

7                 MS. BENITEZ:  He wanted --

8    The purpose of this deposition is to

9    impeach.  He knows better what happened.

10   He knows this is what you don't answer

11   that -- you suppose -- assume the

12   position. This is why you didn't answer

13   the question why you canceled the

14   insurance.  This is why you didn't give me

15   my record -- my personal record. You have

16   nothing wrong with my personal record.

17   Nothing.  Nothing.You want to impeach.

18   You don't want any information.  You don't

19   want anything.  You want to impeach me to

20   make me in contradiction.  You say I'm

21   going to ask you those questions that I --

22                 JUDGE DEIN:  Ms. Benitez.

23                 MS. BENITEZ:  That I don't

24   know.



**Jack Daniel**
Court Reporting & Video Services Inc

Technologies you can use • Experience you can Trust

Direct Dial:      617.557.0039
Toll Free:        866.814.0039
Toll Free Fax:    866.557.0041
www.jackdanielreporting.com

141 Portland Street, Suite 200
Boston, Massachusetts 02114

165

1     JUDGE DEIN:  Ms. Benitez,

2  you need to sit down and you need to just

3  answer.

4     MS. BENITEZ:  Sometime I

5  have to stand up.

6     JUDGE DEIN:  Okay.  But you

7  need to stop moving around.  How's that?

8  Okay?  The only question --

9     MS. BENITEZ:  Are you afraid

10  I'm going to hurt you?

11     JUDGE DEIN:  No.  No.  The

12  only question is:  Whether or not --

13  you're saying you wore glasses before that

14  surgery, right?

15     MS. BENITEZ:  Yes.

16     JUDGE DEIN:  Okay.  Do you

17  have another question?

18     BY MR. MARTIN:

19     Q.  With the glasses, are you capable

20  of seeing?

21     A.  With my glasses, yes.  But without

22  my glasses nothing.  Not even the medicine

23  -- I can't take the medicine without my

24  glasses.  No even the -- read the mail



**Jack Daniel**
**Court Reporting & Video Services** Inc

Technologies you can use • Experience you can Trust

Direct Dial:      617.557.0039
Toll Free:        866.814.0039
Toll Free Fax:    866.557.0041
www.jackdanielreporting.com

141 Portland Street, Suite 200
Boston, Massachusetts 02114

166

1    without these glasses.  Without glasses,

2    done.

3        Q.  Prior to January 27th of 2000 did

4    you have any condition or issue that

5    affected your ability to hear?

6        A.  No.  I was working.

7        Q.  Okay.  Prior to January 27th of

8    2000 did you have any issue or condition

9    which affected your ability to speak?

10       A.  To breathe?

11       Q.  Speak?

12       A.  Oh, to speak, no.  To breathe, yes.

13   You couldn't ask me that because you don't

14   want to hear that, right?

15       Q.  Prior to January 27th of 2000, did

16   you have any condition or issue that

17   affected your ability to breathe?

18       A.  Yes.

19       Q.  Okay.  What was the issue?

20       A.  Asthma.

21       Q.  Okay.  How long prior to January

22   27th of 2000 had you had an issue with

23   asthma?

24       A.  I have long time but I didn't want



Jack Daniel
Court Reporting & Video Services
inc

Technologies you can use • Experience you can Trust

Direct Dial:     617.557.0039
Toll Free:       866.814.0039
Toll Free Fax:   866.557.0041
www.jackdanielreporting.com

141 Portland Street, Suite 200
Boston, Massachusetts 02114

167

1  to take medicine.  But after that asthma

2  attack I had to get it.

3      Q.  When was the first time you

4  received medicine in regard to an asthma

5  attack?

6      A.  Long time ago.

7      Q.  With your medicine were you capable

8  of breathing?

9      A.  Yes, because when I was working I

10 was using the medication.  I was using the

11 medication.

12     Q.  And you -- you're still currently

13 using the medication, correct?

14     A.  Yes.  I've got three medications.

15 This is one of this -- this inhaler.  I

16 take Ventolin, Albuterol.  This is why I'm

17 getting fat because they've got armour,

18 made me big.  And I got stress problems

19 that I eat, eat, eat.  That's it.

20     Q.  And if I understand correctly, with

21 the medications you are capable of

22 breathing?

23     A.  Hmm?

24     Q.  With the medications you are


**Jack Daniel**
Court Reporting & Video Services
Inc

Technologies you can use • Experience you can Trust

Direct Dial:      617.557.0039
Toll Free:        866.814.0039
Toll Free Fax:    866.557.0041
www.jackdanielreporting.com

141 Portland Street, Suite 200
Boston, Massachusetts 02114

168

1  capable of breathing?

2      A.  Yes.  But without the medication,

3  no.

4      Q.  Okay.  Prior to January 27th of

5  2000 did you have any issue or condition

6  that affected your ability to learn?

7      A.  No.

8      Q.  Okay.  Prior to January 27, 2000

9  did you have any issue or condition that

10  affected your ability to care for

11  yourself?

12      A.  Yes.

13      Q.  What issue was that?

14      A.  The hernia.  I can't go shopping.

15  I can't drive long distance.  Sometime

16  when the pain is back, I walk more than a

17  mile, the next day I can't get up. I have

18  to lie down in the bed.  I can't do

19  anything at home. My son's sick, you're a

20  different person. You're like a delve

21  (sic).  Yes, I am.  Really.  Really.

22  After that, after what happened to me I am

23  another person.  Before I used to get a

24  friend, used to be friendly but now, back


**Jack Daniel**
Court Reporting & Video Services
Inc
Technologies you can use • Experience you can Trust

Direct Dial:        617.557.0039
Toll Free:          866.814.0039
Toll Free Fax:      866.557.0041
www.jackdanielreporting.com

141 Portland Street, Suite 200
Boston, Massachusetts 02114

169

1  off everybody.  Back off. Back off from

2  me.

3      Q.  If I understand correctly, when we

4  looked at some records, your hernia issue

5  that you referred to or herniated disc,

6  that was diagnosed in February of 2000,

7  correct?

8      A.  No.  It wasn't February.  It was

9  January 22 before you fire me.  Illegally

10 you fire me.

11     Q.  Okay.  If I understand correctly,

12 prior to January 27, 2000, were you able

13 to feed yourself?

14     A.  You asked me that.  Yes, I did.

15     Q.  Okay.  And prior to January 27th of

16 2000 were you able to bathe yourself?

17     A.  What is bathe?

18     Q.  To clean yourself.

19     A.  Yeah.  Just the first day after the

20 surgery that I need my daughter help me.

21 When I have to work and I have to get

22 shoes with tie.  This is why I'm use

23 these shoes.  Not get anybody involved. I

24 put my shoes --


**JACK Daniel**
**Court Reporting & Video Services** Inc

Technologies you can use • Experience you can Trust

Direct Dial:      617.557.0039
Toll Free:        866.814.0039
Toll Free Fax:    866.557.0041
www.jackdanielreporting.com

141 Portland Street, Suite 200
Boston, Massachusetts 02114

170

1    JUDGE DEIN:  Okay, so you

2  couldn't tie your shoes?

3    A.  Yes.  I no have to get -- can you

4  come back and help me, blah, blah, blah,

5  wake up.  No.

6    Q.  Okay.  And prior to January 27,

7  2000 were you able to groom yourself, comb

8  your hair, brush your teeth, wash your

9  face?

10    A.  Yes.  I was working.  I was a

11  person.  I was sick but I was a person.

12  I was a person.

13    Q.  Prior to --

14    A.  Now I'm not a person.  I'm nothing.

15    Q.  Prior to January 27th of 2000 you

16  were fully capable of working, correct?

17    A.  I was working.  You fired me.  You

18  know I was working.

19    Q.  Okay.  And when you were working

20  you were able to -- prior to January 27th

21  of 2000 you were able to do the tasks

22  that you were assigned to do?

23    A.  What?

24    Q.  To do your job.  You were capable



**Jack Daniel**
Court Reporting & Video Services Inc

Technologies you can use • Experience you can Trust

Direct Dial:        617.557.0039
Toll Free:          866.814.0039
Toll Free Fax:   866.557.0041
www.jackdanielreporting.com

141 Portland Street, Suite 200
Boston, Massachusetts  02114

171

1  of doing your job?

2      A.  Yeah, I work.

3      Q.  Yes?

4      A.  Yes.  With restriction.  I got two

5  letter that I give you today.  I can't do

6  heavy work and they continue doing.  I

7  gave them two letters.  One in May '98,

8  one in June 10, '99. That the doctor tell

9  them don't make me do heavy work.  Even

10 though the job that was supposed to do

11 wasn't heavy, they made me do the heavy

12 work.  They made me.  They made me. This

13 is why they call me on this, for this --

14 their disciplinary action and they know

15 that this disciplinary action say clearly

16 two time does not include terminating me.

17 So they got intention to terminate me even

18 though -- even though I requested the time

19 for the surgery, even though -- nothing.

20 They got the intention because say right

21 there.  It doesn't include terminated.

22              JUDGE DEIN:  Okay.

23              MS. BENITEZ:  It excludes

24 terminated. It said clearly terminated.


**JACK DANIEL**
**Court Reporting & Video Services** Inc

Technologies you can use • Experience you can Trust

Direct Dial:      617.557.0039
Toll Free:        866.814.0039
Toll Free Fax:    866.557.0041
www.jackdanielreporting.com

141 Portland Street, Suite 200
Boston, Massachusetts 02114

172

1  So this is what you wanted, terminated me.

2  Any chance, terminated.

3            JUDGE DEIN:  Okay.  You've

4  answered the question now.

5        BY MR. MARTIN:

6     Q.  And if I understand correctly, in

7  regard to the issue with dressing yourself

8  prior to January 27, 2000 you were capable

9  of dressing yourself; you had an issue of

10 putting on some types of shoes; is that

11 correct?

12    A.  Yes.  But I was supposed to wear

13 at working.  It was one with shoelace.

14 They had to be work that you doesn't slip

15 on the floor.  It was a different type of

16 the shoes.  It was not a regular shoe.

17 You have to wear your uniform and your

18 shoes and everything that they give you.

19           MR. MARTIN:  Ms. Benitez, I

20 do have some additional questions for you.

21 We've agreed to shorten this deposition

22 for the purpose that we discussed

23 previously.I know the Court has indicated

24 that we have the ability to file for



**Jack Daniel**
Court Reporting & Video Services
Inc

Technologies you can use • Experience you can Trust

Direct Dial:      617.557.0039
Toll Free:        866.814.0039
Toll Free Fax:    866.557.0041
www.jackdanielreporting.com

141 Portland Street, Suite 200
Boston, Massachusetts 02114