



Food and Management Services

Sodexho Marriott Services
C/o FleetBoston
100 Federal Street
Boston, MA 02110

January 31, 2000

Dear Flavia,

For the past three consecutive days, January 26th, 27th and 28th, for reasons unknown to us, you have decided not to report to work or to call us stating your reasons for not reporting to work. We will make no assumptions and do consider this action to be a voluntary termination on your part.

At this time, it will be necessary for you to return any and all Sodexho Marriott Services owned items including all uniforms and keys that were issued to you as well as your FleetBoston ID before your final paycheck can be released.

If I may be of any further assistance, please contact me at (617) 434-7315.

Sincerely,

Paul Cullivan
General Manager

cc: Michael Potvin

Sodexho Marriott Services, Inc., 100 Federal Street, 01-1B-11, Boston, MA 02110
Telephone: 617-434-3719 • Fax 617-434-2879 • http://www.sodexhousa.com