**MASSACHUSETTS GENERAL HOSPITAL**
**BOSTON, MASSACHUSETTS**
**PROGRESS NOTES**

Enter name and unit number on both sides of EVERY sheet. Addressograph plate to be used when available. Name and unit number to be written distinctly when plate is not available.

Date | Req Area
PATIENT IDENTIFICATION AREA

Flavia Benitez (10/05/54)
MGH# 371-95-05
122 Walford Way, Apt. 344
Charlestown, MA 02129
617-827-7405
BCBS: SDH020782026

| DATE | TIME | |
|---|---|---|
| | | **1/4/00 Office note:** This is a 45 year old woman referred by Dr. Andrew Chan for a lipoma of the upper back. For several months she has felt some pain and a small lump in the upper back. This is slightly tender. She has no prior history of lipoma or inclusion cyst. She also describes the presence of a skin tag in the inner right thigh. She describes herself as healthy although she has been complaining of chest pains, for which apparently she has been worked up and is currently being treated with Celebrex. She also describes vague upper abdominal pains. She has NKDA. |
| | | On exam her blood pressure was 160/90 and her pulse 84 and regular. In the left upper back there is a 2 x 1.5 cm. tender subcutaneous soft mass, consistent with a lipoma. There is also a small skin tag in the left inner thigh. |
| | | We will make arrangements to remove the lipoma and the skin tag in the procedure room under local anesthesia on January 27, 2000. |
| | | Carlos Fernandez-del Castillo, MD
CFC/lj
cc: Dr. Andrew Chan |

Benitez
EXHIBIT NO. 4
SAR 06/19/06

SOD0682

USE REVERSE SIDE          PLEASE DO NOT WASTE SPACE