EXHIBIT E  

Partners HealthCare System, Inc.
MASSACHUSETTS GENERAL HOSPITAL
A Teaching Affiliate of Harvard Medical School
55 Fruit Street, Boston, MA 02114

MGH MRN: 371-95-05
BENITEZ, FLAVIA D
Date of Birth: 10/05/1954
Age: 51y  Sex: F

## Operative Report

Report Status: Unsigned

OPERATIVE REPORT

NAME: BENITEZ, FLAVIA D              UNIT NO: 371-95-05

DATE: 01/27/2000          FLOOR: TROR


SURGEON: CARLOS FERNANDEZ-DEL CASTILLO, M.D.

ASST:

PREOPERATIVE DIAGNOSIS: LIPOMA OF THE BACK; SKIN TAG OVER THE THIGH; HYPERTROPHIC SCAR OF THE LOWER ABDOMEN.

POSTOPERATIVE DIAGNOSIS:

NAME OF OPERATION: EXCISION OF 2-CM LIPOMA OF THE BACK; EXCISION OF HYPERTROPHIC SCAR IN THE LOWER MIDLINE; SKIN TAG REMOVAL.

DESCRIPTION OF PROCEDURE: The patient was placed in the prone position. A transverse incision was made over the palpable lipoma in the upper back and taken down through subcutaneous fat. We then entered and divided the lipoma, which was quite firm. This was dissected from the surrounding fatty tissue and removed. Hemostasis was completed with electrocautery and the skin was closed with subcuticular running 4-0 Vicryl sutures and Steri-Strips. A pressure dressing was applied.

We then put the patient in the supine position and proceeded to remove the skin tag on the right thigh. This was done after infiltrating with local anesthesia. The tag was excised sharply and the wound was covered with a bandage.

Attention was then turned to the lower midline, where part of her cesarean section scar was hypertrophic and very tender. This segment of the scar, which measured about 2.5 cm, was removed with a wedge incision. Hemostasis was accomplished with electrocautery and the defect was closed with separate stitches of 4-0 nylon sutures. A dry, sterile dressing was applied.




CARLOS FERNANDEZ-DEL CASTILLO,
M.D.




TR: ec  DD: 01/27/2000  TD: 01/28/2000  9:26 A
cc: CF FERNANDEZ-DEL-CASTILLO, M.D.
/Dr. Chan, Chelsea Health Center, Massachusetts General Hospital.

SOD0351

Benitez
EXHIBIT NO. 6
SAR 6/29/06

Partners HealthCare System, Inc.
MASSACHUSETTS GENERAL HOSPITAL
A Teaching Affiliate of Harvard Medical School
55 Fruit Street, Boston, MA 02114

**MGH MRN:** 371-95-05
**BENITEZ, FLAVIA D**
Date of Birth: 10/05/1954
Age: 51y   Sex: F

## Operative Report

Massachusetts General Hospital
Nursing Perioperative Record

Medical Record Number        DOB              Sex      Age
                             10/05/1954    F        45Y

Patient Last Name, First Name
BENITEZ, FLAVIA

Case Status: Final

OR ROOM # TR6

OR TIMES

```
PATIENT INTO OR      01/27/2000 11:09AM
PATIENT READY        01/27/2000 11:14AM
FIRST PROC BEGINS    01/27/2000 11:21AM
SURGICAL PROC ENDS   01/27/2000 11:58AM
PATIENT LEAVES OR    01/27/2000 12:00PM
```

SERVICES

Primary Service Type: PRIVATE          Wound Classification: CLEAN
Team Count: 2    Organ Procurement: N
Anesthesia Type: LOCAL
Schedule Code: SCHEDULED       Patient Category: TRANSIENT
Pre-Op Diagnosis: LIPOMAS
Procedure Information:

   Primary Procedure
      Surgeon:    FERNANDEZ-DEL-CASTILLO CA
      Service:    GENERAL SURGERY
      Procedure:  EXCISION OF LIPOMAS, EXC OF SKIN TAG,

Other Surgeons: WILLIAMS ZIV

NURSES

Circulators RN
            Name               Date/Time In          Date/Time Out
    1st     A. MINNOCCI        01/27/2000 11:01     01/27/2000 12:04
    2nd

Scrubs
            Name               Date/Time In          Date/Time Out
    1st     G. DAVIS           01/27/2000 11:01     01/27/2000 12:04
    2nd

IV Sedation
            Name               Date/Time In          Date/Time Out
Other Staff: I. JACKSON-WILLIAMS, RN.

PRE-OP ASSESSMENT & PLAN OF CARE

Consent Signed: Y

ID Band Present: Y

Level of Consciousness: ALERT
                        ORIENTED
Emotional Status: CALM
Allergies: N
IV Lines: N    PA: N    A-Line: N    CVP: N    Foley Catheter: N
Chest Tubes: N    Drains: N    Airway Tubes: N
Patient Personal Items: Y
      Describe: EARRINGS
      Sent to: W/ PT

Benitez
EXHIBIT NO. 5
SAR 6/29/06

SOD0352