F

*Refer to*

# MEDICAL PROVIDER'S STATEMENT

ONLY THE FOLLOWING MEDICAL PROVIDERS MAY CERTIFY DISABILITY CLAIMS: MD, DO, DC, DDS, DMD, DPM, Ph.D (in Psychology for psychiatric diagnoses), CNM, CNP

*(Please complete all sections and be specific.)*

PATIENT'S NAME: Flavia Benitez     SS#: 
Primary Diagnosis: Lipoma of back     ICD CODE:
Secondary Diagnosis:                  ICD CODE:

| COMPLETE THIS SECTION FOR PREGNANCY CLAIMS | EDC _____  NORMAL TO DATE? ☐ YES ☐ NO |
|---|---|
| | IF NO, PLEASE INDICATE COMPLICATIONS _____ |
| | IF DELIVERED, DATE _____  ☐ VAGINAL  ☐ C-SECTION |

Name of referring Physician, if applicable _____
Date symptoms first appeared/accident occurred  1-4-00
Is condition caused by or resulting from work  ☐ YES  ☒ NO
The result of a motor vehicle accident?  ☐ YES  ☒ NO
Date of first visit 1/4/00   Date of most recent visit 2/8/ь   Next scheduled visit  none   (specify)
Frequency of visits:  ☐ Weekly  ☐ Monthly  ☐ Other _____
Has patient been hospital confined?  ☐ YES  ☒ NO  If yes, when? From _____ to _____
Was surgery performed?  ☒ YES  ☐ NO   Procedure _____   Date _____

Please describe in detail the PROPOSED TREATMENT PLAN (including therapy and all medications) and prognosis.  Excision lipoma of back c revision of hypertrophic scar.

Please indicate any limitations or restrictions. _____

WAS/IS PATIENT CONTINUOUSLY AND TOTALLY UNABLE TO PERFORM REGULAR JOB DUTIES?
☒ YES  ☐ NO   If yes, when? From 1/27/00 through 2/14/00
(IF A DEFINITE ENDING DATE IS NOT KNOWN, PLEASE PROVIDE AN ESTIMATE)

ADDITIONAL REMARKS:  None

## CERTIFICATION

Carlos Fernandez-del Castillo, MD        58466
MEDICAL PROVIDER'S NAME (PRINT)    DEGREE/SPECIALTY        LICENSE NUMBER

15 Parkman Street      Boston    MA  02114   TELEPHONE 617-726-5684
STREET ADDRESS          CITY/STATE        ZIP

MEDICAL PROVIDER'S SIGNATURE: [signed]     DATE: 2/8/00

Benitez EXHIBIT NO. 7   SAR 6/29/06

R000007