G

FINAL RADIOLOGICAL CONSULTATION

Massachusetts General Hospital         BENITEZ, FLAVIA D
Department of Radiology
Boston, MA 02114

                                       MR#         371-95-05
                                       Birthdate   05-OCT-54
                                       Age   Sex   45    F

---

EXAM NUMBER: 5631724                   REPORT STATUS: FINAL

TYPE: MRI, LSpine W/O    COMPLETED: 22-JAN-00 10:30   REPORTED: 25-JAN-00 14:13

HISTORY:
  R/O HNP
  Routine Lspine. DS

REPORT:
  This exam was reviewed with Dr. Gonzalez.
  MR of the lumbar spine was performed according to routine protocol.
  There is straightening of the normal lumbar lordosis. However, the vertebral bodies are normal in height. There is heterogeneous marrow with a focal hemangioma involving L4. No other focal marrow lesions are identified.
  There is a mild annular disc bulge at L4-5 which lateralizes to the right and possibly touches the exiting right L4 nerve root. However, there is no significant mass effect on the L4 nerve root or thecal sac.
  The remaining disc levels are unremarkable.

IMPRESSION:
  1. Degenerative disc disease at L4-5 touching the exiting right L4 nerve root. No acute disc herniation.
  2. Probable hemangioma involving L4.

RADIOLOGISTS:              SIGNATURES:
  SECKLER, BENJAMIN D        SECKLER, BENJAMIN D
  GONZALEZ, RAMON G          GONZALEZ, RAMON G
                * end of report *

---

PCIS RPT: 11-FEB-00 16:01  USER: PASINSKI, MARIE E.         PAGE:   1
This report is not meant to be filed in the patient's medical record. Please dispose of this confidential information properly.



Benitez
EXHIBIT NO. 9
SAR 6/29/06

SOD0675