J

Re-Examination:                                Name: Flavia Benitez
                                               Date: 12-31-02

SUBJECTIVE                          RANGE OF MOTION                Final
SYMPTOMS
                                    CERVICAL          LUMBAR
Neck _____ Flex
Sh/Arm/Hand _____          Ext _____        _____
Mid-Back _____ MVC      Rt. Flex _____   _____
But/Leg/Ft _____          Lt. Flex _____   _____
H.A. _____          Rt. Rot _____
                                   Lt. Rot _____

DTR (Wexler 0-5)                   SENSORY EXAM
       Bio   Tri   Sup   Pat  Aoh     C5  C6  C7  C8  L4  L5  S1
RT     ___   ___   ___   ___  ___     ___ ___ ___ ___ ___ ___ ___
LT     ___   ___   ___   ___  ___     ___ ___ ___ ___ ___ ___ ___

GRIP (Dynometer)        HEEL WK   TOE WK    HIBBS      GOLDTHWAIT
RT   ___                ___       ___       ___        ___
LT   ___                ___       ___       ___        ___

SOTO HALL   ELY    BECHTEREW    SH. DISTRACTOR    FORAMINAL
RT  ___     ___    ___          ___               comp  dist
LT  ___     ___    ___          ___               ___   ___
                                                  ___   ___

PALPATORY TENDERNESS
       Occipital   Sciatic    Temple    Glut     SIJ
       Nerve       Notch                Max
RT     ___         ___        ___       ___      ___
LT     ___         ___        ___       ___      ___

PT HAS REACHED MMI
PT IS DISCHARGED w/ NO DISABILITY


Benitez
EXHIBIT NO. 3
SAR 06/29/06

SOD0252

PLAN + \_\_\_\_\_

12-21-00  final

### ADJUNCTIVE THERAPY
\_\_\_\_ Moist Heat    C T L \_\_\_\_
\_\_\_\_ EMS    C T L \_\_\_\_
\_\_\_\_ TX    C T L \_\_\_\_
\_\_\_\_ Ice Packs    C T L \_\_\_\_
\_\_\_\_ Trigger Point/Myofascial Release

### HOME THERAPY
Exercise    C   L   TOS
Moist Heat    C   L   TOS
Ice Packs    C   L   TOS
Cervical TX    C   L   TOS

### REFERRED FOR
\_\_\_\_ Med Sur Eval
\_\_\_\_ Neuro Eval
\_\_\_\_ CT Scan
\_\_\_\_ MRI
\_\_\_\_ EMG
\_\_\_\_ X-ray

### WORK STATUS:
Regular Work   Modified Work   No Work
No Prolonged   Sitting   Standing   Walking
No Repeated / Prolonged bending
Lifting Restrictions:
\_\_\_\_ 0-15 lbs    \_\_\_\_ 16-35 lbs    \_\_\_\_ 36-50 lbs
NO prolonged use of arms/ hands
         above shoulders

### STATUS
\_\_\_\_ Theraputic/Corrective Care
\_\_\_\_ Supportive/Palliative Care
\_\_\_\_ Preventative/Maintenance Care
\_\_\_\_ PRN
\_\_\_\_ Inactive
\_\_\_\_ Not accepted for care
\_\_\_\_ Exam suggestes unlikely to benefit

### FREQUENCY OF TREATMENTS
\_\_\_\_ times per week
\_\_\_\_ times per month
Re-examination Planned in
     approximately \_\_\_\_ wks/mths/visits
Or as needed

### PLAN
\_\_\_\_ Continue with treatment as outlined on this re-exam and monitor changes

### GOAL
\_\_\_\_ Increase Function
\_\_\_\_ Increase strength/flexibility
\_\_\_\_ Decrease pain \_\_\_\_ Decrease spasm
__X__ Return to pre-injury state

_____
Tammy Swift, D.C.
John Swift, D.C.

SOD0253