UNITED STATES DISTRICT COURT OF MASACHUSETTS

| | |
|---|---|
| FLAVIA BENITEZ | CIVIL ACTION # 04-CV-11959-NG |
| PLAINTIFF | PRO- SE |

VS

| | |
|---|---|
| SODEXHO-MARRIOTT | COOLEY MANION JONES |
| DEFENDANTS | |

MOTION FOR SETTING TRIAL DATE.

THIS NOTICE IS TO INFORM THAT THE PLAINTIFF IS REQUESTING A MOTION FOR SETTING A TRIAL DATE BASED ON DOCUMENTS AND LEGAL AUTHORITIES FILE WITH THE COURT SEPTEMBER 5 ,2006.

DETAIL OF DOCUMENTS FILE WITH THE COURT .

1-PLAINTIFF'S STATEMENT POSITION SUMMARY.

2-PLAINTIFF'S OPPOSITION TO MOTION FOR SUMMARY JUDGMENT

-2-

3-BRIEF IN OPPOSITION FOR SUMMARY JUDGMENT EXHIBITS A--- V

4-RELEVANT EVIDENCE THAT SUPPORT THE PLAINTIFF'S CLAIM, SIMILAR CITATION CLAIMS UNDER THE AMERICAN WITH DISABILITY THAT WERE ALLOW TO TRIAL.

6- DESCRIPTION BY CATEGORY OF THE NEGATIVE IMPACT OF THIS ACTION HAS CAUSED ON THE PLAINTIFF'S LIFE.

OCTOBER 10, 2006.

FLAVIA BENITEZ
*Flavia Benitez*
PO. BOX 2437
JAMAICA PLAIN 02130