UNITED STATES DISTRICT COURT OF MASACHUSETTS

| | |
|---|---|
| FLAVIA BENITEZ<br>PLAINTIFF | CIVIL ACTION # 04-CV-11959-NG<br>PRO- SE |
| VS | |
| SODEXHO-MARRIOTT<br>DEFENDANTS | COOLEY MANION JONES |

MOTION FOR A CONTINUANCE OF THE SUMMARY JUDGMENT MOTION HEARING .

THIS NOTICE IS TO INFORM THAT THE PLAINTIFF IS REQUESTING A MOTION FOR CONTINUANCE OF THE SUMMARY JUDGMENT BASED ON DOCUMENTS AND LEGAL AUTHORITIES FILE WITH THE COURT SEPTEMBER 5 ,2006.
DETAIL OF DOCUMENTS:

1-PLAINTIFF'S STATEMENT POSITION SUMMARY.

2-PLAINTIFF'S OPPOSITION TO MOTION FOR SUMMARY JUDGMENT

-2-

3-BRIEF IN OPPOSITION FOR SUMMARY JUDGMENT EXHIBITS A--- V

4-RELEVANT EVIDENCE THAT SUPPORT THE PLAINTIFF'S CLAIM, SIMILAR CITIATION CLAIMS UNDER THE AMERICAN WITH DISABILITY THAT WERE ALLOW TO TRIAL.

6- DESCRIPTION BY CATEGORY OF THE NEGATIVE IMPACT OF THIS ACTION HAS CAUSED ON THE PLAINTIFF'S LIFE.

OCTOBER 10, 2006.

                                    FLAVIA BENITEZ
                                    *[signature: Flavia Benitez]*
                                    PO. BOX 2437
                                    JAMAICA PLAIN 02130