# UNITED STATES DISTRICT COURT OF MASSACHUSETTS OFFICE

FILED

2006 OCT 16  A 9: 29

U.S. DISTRICT COURT
DISTRICT OF MASS.

FLAVIA  BENITEZ                          CIVIL  ACTION # 04-CV- 11959-NG
PLAINTIFF                                PRO-SE


VS


SODEXHO- MARRIOTT                        COOLEY  MANION  JONES
DEFENDANTS


MEMORANDUM OF FACTS ( ELEMENTS ) AND LEGAL AUTHORITIES SUPPOR-
TING THIS CIVIL ACTION UNDER TITLE VII , 42 U.S.C 2000 e-2 OF 1981 AND
1983 ,MASS. GEN. LAW 151 B , AND 42 U.S.C 12117, FOR THE VIOLATION OF
THE PLAINTIFF CIVIL RIGHTS AND EMPLOYMENT RIGHTS . THE DEPRIVATION
OF THE PLAINTIFF 'S CIVL RIGHTS EXERCISE  PROVIDED UNDER TITLED VII ,
42 US.C .1981 AND 1983 AND PRINCIPLES ANNOUNCED BY THE SUPREME
COURT REGARD DISCRIMINATION AND OTHER EMPLOYMENT  VIOLATION
SUCH AS :
1- THE FAMILY MEDICAL LEAVE ACT ( FMLA).
2- AMERICAN WITH DISABILITY ACT (ADA ).
3- EQUAL  PAY ACT (EPA) .
4- FAIR FEDERAL EMPLOYMENT  ACT ( FLSA ).
5-AGE DISCRIMINATION ( ADEA )
6- WRONGFUL  TERMINATION, RETALIATION
7- DEFAMATION AND THE DEPRIVATION  OF THE PLAINTIFF'S
CONSTITUTIONAL RIGHTS  TO PRIVACY .

-2-

THE PLAINTIFF SHALL BE AWARDED FOR COMPENSATION OF ALL INJURIES
PHYSICAL INJURIES , EMOTIONAL INJURIES AND ECONOMICAL DAMAGES.
THE DEFENDANTS ARE TOTALLY LIABE FOR ALL DAMAGES DUE TO
THEIR RECKLESS , NEGLIGENT AND INTENTIONAL WRONGDOING AGAINST
THE PLAINTIFF.
JUDICIAL REMEDIES ARE AVAILABLE PURSUANT MASS GEN. LAW 151 B ( 9 )
AND c 218 19 ( a ) , UNDER CIVIL RIGHTS AWARDS IN INTENTIONAL CASES OF
EMPLOYMENT DISCRIMINATION 42 U.S.C . 1981 ( a ). MERIT SYSTEM AWARD.

THE DEFENDANTS ( SODEXHO -MARRIOTT ) BREACH THEIR DUTY BY
NOT COMPLYING WITH THE FEDERAL , STATE LAWS THAT PROHIBIT
DISCRIMINATE BECAUSE OF RACE , GENDER , NATIONAL ORIGIN ,
DISABILITY , AGE, COLOR, ETC.
BY DEPRIVING THE PLAINTIFF EXERCISE RIGHTS PROTECTED UNDER
THE EQUAL EMPLOYMENT OPPORTUNITY AND CONSTITUTIONAL
BILL OF RIGHTS .

CAUSE :
 SODEXHO- MARRIOTT 'S RECKLESS ACTIONS WERE INTENTIONAL ,
EXTREMELY OUTRAGEOUS. THEIR ACTIONS VIOLATE THE FEDERAL,
STATE AND THE PLAINTIFF 'S CONSTITUTIONAL RIGHTS AND EMPLOYMENT
RIGHTS .
THE CONSEQUENCES ARE TERRIBLE AND PAINFUL.THE PLAINTIFF HAS
BEEN SLEEPING WITH DIFFICULTIES , THE PLAINTIFF IS SPENDING MOST
OF HER TIME IN BED AND SEEING  DOCTORS APPOINTMENTS, AS SHOWED
IN THE NUMBER OF MEDICAL  APPOINTMENTS , MRI , ULTRASOUNDS ,
THERAPITS APPOINTMENTS AND TAKING  MEDICAL PRESCRIPTIONS.

THE NEGATIVE IMPACT OF THIS ACTION HAS CAUSED IN THE PLAINTIFF 'S
LIFE  SUCH AS :
PAIN AND SUFFERING , INCONVENIENCE, MENTAL ANGUISH, DETRIMENTAL,
FUTURE LOSSES , NEGATIVE FLASHBACK , LOSS OF ENJOYMENT OF LIFE ,
THE PLAINTIFF'S ILLNESS MIGHT BE CAUSED OR WORSENED BY THE
DEFENDANTS 'S INTENTIONAL AND RECKLESS ACTIONS , THE PLAINTIFF
WAS BEING EXPOSED FOR LONG PERIOD OF TIME  TO EXTREME STRESS
THAT WILL BE INCREASING A POSSIBLE PREMATURE DESEASE OR ILLNESSES.

FEAR AND FRIGHT EXPOSURE TO STRESS AND ANXIETY CAUSE A MAJOR
OR MINOR MEDICAL DISEASE AND FINANCIAL EXPENSES
THE PLAINTIFF HAS BEEN IN COUNSELING FOR THE PAST 6 YEARS GETTING
HELP FOR THE TRAUMA. THIS ACTION HAS CAUSED AND EMOTIONAL 'S
AND PHYSICAL'S HEALTH.

THE PLAINTIFF SHALL BE COMPENSATED FOR ALL DAMAGES , THE
DEFENDANTS ARE TOTALLY LIABE FOR THE PLAINTIFF INJURIES CAUSED BY
THEIR RECKLESS , NEGLIGENT AND INTENTIONAL DISCRIMINATION. ACTION
THAT CAUSE ON THE PLAINTIFF 'S LIFE : EMOTIONAL , PHYSICAL AND
FINANCIALLY. SODEXHO- MARRIOTT ARE LIABLE FOR ALL DAMAGES.
UNDER 42 U.S.C .1981 (a ) AND THE CIVIL RIGHT ACT OF 1991 42 U.S.C. .1991
THAT PROVIDES MONETARY RELIEF IN CASES OF INTENTIONAL DISCRI-
MINATION SECTION 115- 117., AND THE MERIT SYSTEM AWARD ,
GENRAL LIABILITIES 31 x 3527 ,  5 x 8337 FOR INJURIES , 5 x 2302, , 5 x 2301.
5 x 3330 LOSS OF WAGES. ETC.

GENERAL  FACTS  OR CLAIMS

SODEXHO -MARRIOTT 'S ACTIONS  WERE  RECKLESS , NEGLIGENT  AND
INTENTIONAL IN DAMAGING THE PLAINTIFF LIFE , HEALTH  AND ECO-
NOMIC.

DEFENDANTS'S DUTY :

SODEXHO -MARRIOTT OWED  A DUTY TO ME AS AN  EMPLOYEE NOT TO
DISCRIMINTE  AGAINST ME  AND COMPLY  WITH  FEDERAL LAW 42 U.S.C
2000 AND FOLLOWING , 42 U.S.C 12101 -12213 , STATE LAW MASS. GEN.
 LAW 151 B UNDER TITLE VII THAT PROHIBITS DISCRIMINATION  IN
EMPLOYMENT BIAS THE FOLLOWING :

1- AMERICAN  WITH DISABILITY ( ADA )  AND THE REHABILITATION  ACT
OF 1973. SECTION  501 AND 505 , 42 U.S.C . 12117
AUTHORITY OR LEGAL CITATION :42 US.C 2000 e -2   NOTES  269 , 270, 272.,
42 U.S.C 12101 - 12213  AND MASS GEN LAW  151 B  4 ( 16 )  ( 17 )

2- AGE DISCRIMINATION ( ADEA ). LEGAL  AUTHORITY  29 U.S.C  S 621- 634
42U.S.C 2000e- 9 NOTE  281

3- EQUAL PAY ACT ( EPA ) LEGAL  AUTHORITY  29 U.S.C.  S  206 ( d )
42 U.S.C 2000e- 10

-4-

4-FAIR FEDERAL EMPLOYMENT LAW ( FLSA )
LEGAL AUTHORITY 42 U.S.C.  S 2000 AND FOLLOWING.
42 U.S.C 2000-4

5- FAMILY MEDICAL LEAVE ACT ( FMLA )
LEGAL AUTHORITY 29 U.S.C  S 825 .301
MASS GEN LAW 151 B 1 ( 5 ) , CH. 149 52 d , 105 d.
42 U.S.C 2000e NOTE  266 .

6-RETALIATION  UNDER MASS LAW  151 B  4 ( 4 ), ( 4a ) AND 415, 627, 628.
42 U.S.C 2000e -2 NOTES 218 , 219 WRONGFUL TERMINATION..

7-DEFAMATION AND VIOLATION OF THE PRIVACY ACT:
SEE EXHIBITS   T.----DEFAMATION.---TERMINATION LETTER.
SEE EXHIBIT V----PRIVACY

FACT OR CLAIM - I

AMERICAN WITH DISABILITY THE PLAINTIFF ALLEGED THAT SHE WAS
TREATED UNFAIRLY BASED UPON HER DISABILITY AND DEPRIVED OF
THE EXERCISE PROVIDE UNDER THE CONSTITUTIONAL BILL OF RIGHTS. .
42 U.S.C 2000e AND 42 U.S.C 12101-12213 , 12117.

A--DISABLED EMPLOYEE IF AN EMPLOYEE IS USING A LARGE AMOUNT OF
SICK LEAVE OR ABSENTS, HE OR SHE MIGHT BE SUFFERING FROM A MEDICAL
CONDITION  THAT QUALIFIES AS A DISABILITY  UNDER THE MASS .GEN.
LAW 151 B 4 ( 16 ) ( 17 ) AND FEDERAL 42 U.S.C. 12101- 12213 AND 42 U.S.C
2000e- 2 NOTES  269, 270, 272.UNDER  DISABILITY LAWS. IF THAT IS THE
CASE THE EMPLOYER CAN NOT DICIPLINE  THE EMPLOYEE , MOREOVER
THE EMPLOYER MIGHT  EVEN HAVE THE DUTY TO ACCOMMODATE THE
EMPLOYEE'S DISABILITY. THE PURPOSE OF THE ADA IS TO PROTECT THE
EMPLOYEE  WITH DISABILITIES FROM  BEING  DISCRIMINATED IN ANY JOB
RELATED MATTERS.

-5-

THE ADA PROHIBITS DISCRIMINATION OR HARASSMENT IN EMPLOYMENT TO PERSONS WITH DISABILITIES.

PERSON WHO HAS MARKED :

1-A PHYSICAL OR MENTAL CONDITION THAT LIMITS OR RESTRICTS ONE OR MORE OF ACTIVITIES OF DAIRLY LIVING. , ETC.

2- HAS A RECORD ON HAVING SUCH IMPAIRMENT PHYSICAL DISORDER AFFECTING ONE OR MORE NUMBER OF BODY SYSTEM.

3- MENTAL   DISORDER  A PERSON  WHO HAS AN IMPAIRMENT THAT PREVENT OR RESTRICT FROM PERFORMING  MAJOR LIFE ACTIVITIES .


B-- SODEXHO -MARRIOTT 'S DUTY :


THE DEFENDANTS DUTY IS TO ACCOMMODATE THE  EMPLOYEE WITH DISA-BILITY.THE DEFENDANTS ARE COVERED BECAUSE THEY HAVE 15 OR MORE EMPLOYEES IN ALL TYPE OF BUSINESS. ACCOMMODATIION  SUCH AS : MAKINIG ACCESSIBLE ENTRANCES , ADJUSTMENT IN SCHEDULES, LIGHT DUTY WORK, INTERPRETERS, TRANSFERS ALL ACCOMMODATION  UNLESS THE EMPLOYER CAN SHOW THAT IT WILL BE A HARDSHIP .

C –SODEXHO-MARRIOTT BREACH THEIR DUTY BY :

a) NOT COMPLYING WITH FEDERAL AND STATE LAW THAT PROHIBIT DISCRI-
MINATION IN EMPLOYMENT RELATED MATTERS.

b) BY TREATING THE PLAINTIFF LESS FAVORABLE THAN OTHER EMPLOYEES.
AND VIOLATING THE EQUAL PAY ACT ( EPA )

c) BY NOT MAINTAINNING THE PLAINTIFF 'S HEALTH INSURANCE , MORE-
OVER BY CANCELLING THE PLAINTIFF'S MEDICAL BENEFITS .

d) BY DISCHARGING AND DISCRIMINATING AGAINST THE PLAINTIFF WITH
NO CREDIBLE REASON.

e) BY FAILING TO COMPLY WITH THE FEDERAL EMPLOYMENT LAW AT
WORKPLACE ,THE CONSOLIDATE OMNIBUS BUDGET RECONCILIATION
OR COBRA. AUTHORIZATION 29 U.S. C S1162 . THAT APPLIES FOR BUSINESS
WITH 20 OR MORE EMPLOYEES AND IT HAS A DURATION 18 MONTHS.

f) BY DENYING THE PLAINTIFF THE EXERCISE AND PROTECTION UNDER
THE FAMILY MEDICAL LEAVE ACT (FMLA)

g) BY DENYING THE PLAINTIFF HER RIGHTS PROTECTED UNDER THE
CONSTITUTIONAL BILL OF RIGHTS

I) BY FAILING TO OFFER A SEVERANCE PACKAGE FOR THE PLAINTIFF
PEACE OF MIND.

D - THE SODEXHO -MARRIOTT RECKLESS'S ACTIONS CAUSED IN THE PLAINTIFF
LIFE , HEALTH AND ECONOMIC.SUCH AS :
FLASHBACK, MENTAL ANGUISH , POSTTRAUMATIC DISORDER , DEPRESSION,
INCONVENIENCE , FINANCIAL DAMAGE, ANXIETY AND LOSS OF ENJOYMENT
OF LIFE , FUTURE LOSSES , MEDICAL BILLS , HOSPITAL BILLS, NEGATIVE
IMPACT., FEAR AND FRIGHT EXPOSURE TO STRESS AND ANXIETY CAUSE A
MAJOR OR MINOR MEDICAL DISEASE AND MEDICAL EXPENSES CHRONIC
PAIN ,EMOTIONAL INJURIES , PHYSICAL INJURIES ,EMOTIONAL SCARS ,
PHYSICAL RESTRICTIONS , HERNIATED DISC AS A RESULT OF HEAVY DUTY
WORK AND HEAVY LIFTING, THE EFFECTS ON MEDICATION , THE EFFECT
ON TREATMENT , PAIN AND SUFFERING KIDENEY , EATING DISORDER
POSTTRAUMATIC DISORDER , INFLICTION OF EMOTIONAL DISTRESS. ETC .

-7-

E- THE PLAINTIFF SHALL BE AWARDED FOR COMPENSATION OF ALL
PLAINTIFF 'S INJURIES , PHYSICALLY , EMOTIONALLY AND FINANCIALLY
AND THE DEFENDANTS ARE TOTALLY LIABLE FOR ALL COST AND
INTERESTS OF THIS SUIT. FOR THEIR NEGLIGENT , RECKLESS AND
INTENTIONAL  WRONGDOINGS.
THE PLAINTIFF SHALL BE COMPENSATED AND SATISFIED BY SODEX-
SO-MARRIOTT  UNDER THE CIVIL RIGHTS OF 1991 ,. 42 U.S.C . 1991 AND
42U.S.C 1981 ( a ) THAT PROVIDES MONETARY RELIEF  IN CASE OF
INTENTIONAL DISCRIMINATION  SECTION 115 -117 AND UNDER THE MERIT
SYSTEM AWARD 5 x 2301, 5 x 2302 , 31 x 3527 , 5 x 8337

FACT OR CLAIM - II

A- AGE DISCRIMINATION (ADEA ) THIS EMPLOYMENT DISCRIMINATION CLAIM
WAS BROUGHT BY THE PLAINTIFF WHO ALLEGED THAT SHE WAS TREATED
UNFAIRLY BASED UPON HER AGE AN DEPRIVED HER EXERCISE PROVIDE
UNDER THE CONSTITUTIONAL BILLS OF RIGHTS.:
 LEGAL AUTHORITY 29 U.S.C  S621-634 OF 1967. AND  42 U.S.C 2000 e NOTE 281.
THE PLAINTIFF IN 2000  WAS BETWEEN 40-50 YEARS OLD THEREFORE  THE
PLAINTIFF WAS COVERED UNDER  THE ADEA.

-8-

B-DEFENDANTS  DUTY :

COMPLY WITH FEDERAL AND STATE LAWS THAT PROHIBIT DISCRIMINATION
THAT IS FAIR FEDERAL  EMPLOYMENT AND EQUAL EMPLOYMENT OPPOR-
TUNITY. IT MAKES UNLAWFUL TO DISCRIMINATE AGAINST  ANY EMPLOYEE
BECAUSE OF AGE , COMPLY WITH THE FEDERAL LAW 29 U.S.C  S 621- 634.
THAT PROHIBITS DISCRIMINATION BASED ON AGE .
PROVIDE EQUAL EMPLOYMENT PROTECTION UNDER FEDERAL AND STATE
LAWS .


C- DEFENDANTS  BREACH  THEIR  DUTY:

THE DEFENDANTS BREACH THEIR DUTY BY DISCRIMINATING  AGAINST THE
PLAINTIFF BECAUSE DISABILITY , AGE.........
BY DEPRIVING THE PLAINTIFF RIGHTS EXERCISE OF EQUAL EMPLOYMENT
OPPORTUNITY  UNDER THE LAW.


D- THE DEFENDANTS RECKLESS , NEGLIGENT AND INTENTIONAL ACTION
CAUSED :
EMOTIONAL AND PHYSICAL DAMAGES , ANXIETY , PAIN AND
SUFFERING , INCONVENIENCE, NEGATIVE IMPACT, FUTURE LOSSES , LOSS
ENJOYMENT OF LIFE, FLASHBACK,  MENTAL ANGUISH, POSTTRAUMATIC
DISORDER  FUTURE LOSSES , FEAR AND FRIGHT EXPOSURE TO STRESS AND
ANXIETY  CAUSE A MAJOR OR MINOR MEDICAL DISEASE  AND MEDICAL
EXPENSES EMOTIONAL INJURIES , PHYSICAL INJURIES , CHRONIC PAIN,
PSYCHOLOGICAL TORTURED , THE EFFECTS OF MEDICATIONS , PHYSICAL
RESTRICTIONS , KIDNEY, HERNIATED LUMBAR DISC AS A RESULT OF LIFTING .
AND HEAVY DUTY WORK., EATING DISORDER ,EMOTIONAL SCARS .ETC.


E- THE DEFENDANTS 'S ACTIONS WERE NEGLIGENT , RECKLESS AND
INTENTIONAL. THE PLAINTIFF IS ENTITLED TO BE COMPENSATED FOR ALL
DAMAGES AND SODEXHO -MARRIOTT  ARE LIABLE FOR ALL PLAINTIFF 'S
DAMAGES UNDER  CIVIL RIGHTS OF  1981 ( a ) AND 1991  42 U.S.C 1981 , 42 U.
S.C 1991 AND MERIT SYSTEM AWARD FOR INTENTIONAL  DISCRIMINATION IN
EMPLOYMENT  5  x  3527 , 5 x  8337  5 x  2301, 5 x 3330 , 5 x 3301.,
5  x  8141 . AND CIVIL REMEDIES  42 U.S.C 2000e- 7.

-9-

FACT OR  CLAIM  - III

A- EQUAL  PAY  ACT  ( EPA )
THIS  EMPOYMENT  DISCRIMINATION  CLAIM  WAS BROUGHT  BY THE
PLAINTIFF  WHO ALLEGED  THAT  SHE  WAS  TREATED  UNFAIRLY  , AND BY
DEPRIVING  HER  RIGHT  EXERCISE  PROVIDE  UNDER THE EQUAL  PAY  ACT.
29  U.S.C   S  206  ( d )  OF  1964.
42  U.S.C 2000e - 10
EQUAL PAY  DISPARITY  IS  ANOTHER  ACT  OF  DISCRIMINATION   VIOLATING
THE  EQUAL  PAY  ACT   AND  THE CIVIL  RIGHTS  ACT  OF 1964   UNDER  TITLE VII
WHICH  PROHIBITS  DISCRIMINATION  IN  TERMS  AND  BENEFITS  OF  EMPLOY-
MENT  INCLUDING   COMPENSATION   TO  INDIVIDUALS  WITH  EQUAL  SKILLS,
EFFORTS  AND  REPONSABILITIES.

B-SODEXHO-MARRIOTT 'S  DUTY :

COMPLY  THE  EQUAL  PAY  ACT.   EQUAL  PAY  UNDER  THE ACT.  IN ALL  TERMS
AND  CONDITIONS. TO  PROVIDE  EQUAL  PROTECTION  IN  EMPLOYMENT  UNDER
THE  LAW OF  1975 (a)  42 U.S.C  x  2000 -2.

C- THE  DEFENDANTS  BREACH  THEIR  DUTY  BY:

1-NOT  PAYING  THE  PLAINTIFF  THE  SAME  THAN  NEW  CASHIERS

2- BY  TREATING  THE  PLAINTIFF  LESS  FAVORABLE  THAN  OTHER .

3-BY  DEPRIVING  THE  PLAINTIFF  RIGHTS  UNDER  42U.S.C . 1983.

10-

D- SODEXHO-MARRIOTT 'S NEGLIGENT , RECKLESS AND INTENTIONAL ACTION
 CAUSED:

ECOMONICS LOSSES ,EMOTIONAL DISTRESS, INCONVENIENCE, MENTAL
ANGUISH, NEGATIVE IMPACT, PAIN AND SUFFERING, INTENTIONAL IN-
FLICTION, EATING DISORDERS, ,POSTTRAUMATIC DISORDER,,FEAR AND FRIGHT
EXPOSURE TO STRESS AND ANXIETY CAUSE MAJOR OR MINOR MEDICAL
DISEASE AND MEDICAL  EXPENSES.

E- THE  CIVIL  RIGHT ACT  OF 1991 PROVIDES  MONETARY RELIEF IN CASES
OF INTENTIONAL  EMPLOYMENT DISCRIMINATION 42 U.S.C 1991. SECTION 115-
117  AND  1981 ,42 U.S.C 1981 ( a)  AND UNDER THE MERIT SYSTEM
PROTECTION   AWARD    5 x 2301 , 5 x 3301 , 5 x 2302, 5 x  8337 , 5 x 8141
10 x 9447
THE PLAINTIFF IS ENTITLED TO BE COMPENSATED FOR ALL HER
PHYSICAL INJURIES EMOTIONAL INJURIES  AND  FINANCIALLY DAMAGES
THIS ACTION HAS CAUSED.

FACT  OR CLAIM - IV

A- FAIR  FEDERAL  EMPLOYMENT  STANDARDS ( FLSA )
THIS EMPLOYMENT DISCRIMINATION CLAIM WAS  BROUGHT BY THE
PLAINTIFF WHO ALLEGED THAT SHE WAS TREATED UNFAIRLY BY
DEPRIVING HER RIGHTS PROTECTION  PROVIDE  UNDER THE EQUAL
EMPLOYMENT  OPPORTUNITY  AND HER CONSTITUTIONAL  BILL  OF RIGHTS.
LEGAL 42 U.S.C  2000e - 4  AND FOLLOWING , 42U.S.C  x  151 B
THE FAIR  FEDERAL  EMPLOYMENT  STANDARDS PROHIBITS  DISCRIMINATION
AGAINST ANY EMPLOYEE BECAUSE OF RACE , NATIONAL ORIGIN, AGE,
DISABILITY,, GENDER, COLOR  ETC....

-11-

B- SODEXHO-MARRIOTT 'S DUTY :

THE DEFENDANTS 'S DUTY IS TO MAINTAIN A WORKPLACE FREE OF DISCRI-
MINATION, RETALIATION , HARASSMENT AND HOSTILE ENVIROMENT, AND
TO PROVIDE EQUAL PROTECTION UNDER THE LAW OF 1975 ( a )

C- THE DEFENDANTS BREACH THEIR DUTY AND ARE LIABLE FOR NOT COM-
PLYING WITH THE FAIR FEDERAL EMPLOYMENT STANDARDS AND FOR
DEPRIVING THE PLAINTIFF 'S CIVIL RIGHTS AND EMPLOYMENT RIGHTS
FOR THE FOLLOWING REASONS:

1- BY NOT MAINTAINNING THE PLAINTIFF'S HEALTH INSURANCE.

2- BY GETTING DEDUCTIONS FOR MEDICAL ,DENTAL , SHORT TERM DISA-
BILITY , ACCIDENTAL DEATH AND DISMEMBERMENT AFTER THE INSURANCE
WAS CANCELLED BY SODEXHO MARRIOTT AS AN ACT OF MALICE AND
EXTREME OUTRAGEOUS CONDUCT.

3-BY DISCHARGING AND DISCRIMINATING AGAINST THE PLAINTIFF WITH
NO GOOD REASONS.

4-BY FAILING TO COMPLY WITH THE FEDERAL EMPLOYMENT LAW AT
WORKPLACE , THE CONSOLIDATE OMNIBUS BUDGET RECONCILIATION
ACT OR COBRA AUTHORIZATION 29 U.S.C S 1162 THAT APPLYIES FOR
BUSINESS WITH 20 OR MORE EMPLOYEES AND IT HAS A DURATION OF
18 MONTHS.

5- BY DENYING THE PLAINTIFF THE EXERCISE AND PROTECTION UNDER
THE FAMILY MEDICAL LEAVE ACT ( FMLA )

6- BY TREATING THE PLAINTIFF LESS FAVORABLE THAN OTHER EMPLOYEES
-DENYING THE PLAINTIFF RIGHTS PROVIDE UNDER THE FMLA AND
VIOLATING THE EQUAL PAY ACT.

7- BY DEPRIVING THE PLAINTIFF 'S RIGHTS UNDER EQUAL PROTECTION
UNDER THE LAW OF 1975 ( a )  42 U.S.C 2000e -4

-12-

D- THE DEFENDANT'S RECKLESS  NEGLIGENT  AND  MALICIOUS  ACTIONS
CAUSED

IN  THE  PLAINTIFF  LIFE:
PAIN AND SUFFERING , MENTAL ANGUISH,  EMOTIONAL SCARS , FLASHBACK,
ILLNESS MIGHT BE CAUSED OR WORSENED BY THE DEFENDANTS 'S INTEN-
TIONAL ACTIONS ,  INCONVENIENCE ,FUTURE  LOSSES , LOSS ENJOYMENT OF
LIFE , THE PLAINTIFF WAS EXPOSED  FOR LONG PERIOD OF TIME  TO STRESS .
THE  INCIDENCE  OF DISEASE IS MUCH HIGHER IN THE FUTURE.
FEAR AND FRIGHT  EXPOSURE  TO STRESS AND  ANXIETY CAUSE MAJOR OR
MINOR  MEDICAL  DISEASE ,OR PREMATURE  DESEASE , LOSS OF INCOME.
CHRONIC PAIN   PHYSICAL INJURIES , EMOTIONAL INJURIES  AND FINANCIAL
DAMAGES, DEPRESSION ANXIETY, EATING DISORDERS ,  PSYCHOLOGICAL
TORTURED, , PSYSICAL RESTRICTIONS , , POSTTRAUMATIC DISORDER,
THE EFFECTS ON MEDICATION , THE EFFECTS ON TREATMENTS, KIDNEY,
HERNIATED LUMBAR DISC AS A RESULT OF LIFTING AND HEAVY DUTY
WORK, EMOTIONAL INFLICTION.

 E- THE DEFENADNTS 'S ACTIONS  WERE RECKLESS , NEGLIGENT AND
INTENTIONAL .THE DEFENDANTS ARE TOTALLY LIABLE FOR ALL DAMGES.
THE PLAINTIFF  IS ENTITLED TO BE COMPENSATED  FOR ALL DAMAGES. THE
CIVIL RIGHT ACT OF 1991  .42 US.C 1991 PROVIDE MONETARY RELIEF
IN CASE OF INTENTIONAL  DISCRIMINATION  SECTION 115- 117  AND SHALL
BE AWARDED . THE MERIT SYSTEM AWARD   5  x  6381 , 5 x 2301 , 5  x 2302
5 x 3330 , 5  x 8339 ,  31 x 3527,   10  x 9447, 10 x 9443,  5 x 8141.
DEFENDANTS ARE LIABE FOR ALL DAMAGES.

-13-

FACT OR CLAIM  V.

A-THE FAMILY MEDICAL LEAVE ACT  ( FMLA ):

LEGAL AUTHORIZATION MASS GEN. LAW  149 , 52 d,  105 d, AND MASS . GEN.
LAW  151 B 1  ( 5 ). AND  42 U.S.C 2000e NOTE 266
IT MAKES UNLAWFUL FOR EMPLOYERS TO INTERFERE , RESTRAIN OR DENY
THE EMPLOYEE RIGHT TO THE EXERCISE PROVIDE UNDER THE FAMILY
MEDICAL LEAVE ACT.
SODEXHO-MARRIOTT ARE COVERED . SODEXHO-MARRIOTT HAVE 50 OR MORE
EMPLOYEES WITHIN  75 MILES AND THE PLAINTIFF HAD MORE THAN ONE
YEAR  OR  1,250 HOURS.

B- SODEXHO-MARRIOTT 'S DUTY :

TO PROVIDE  MEDICAL LEAVE  TO EMPLOYEES FOR MEDICAL  REASONS OR
NEEDS. TO COMPLY  WITH  THE EQUAL  EMPLOYMENT PROTECTION UNDER
THE LAW OF  1975  (a ) .

C- SODEXHO-MARRIOTT BREACH THEIR   DUTY BY :

1- BY OPPOSING TO THE PLAINTIFF EXERCISE  PROVIDED  UNDER THE
FAMILY MEDICAL LEAVE ACT.

2-BY DENYING AND INTERFERING WITH THE PLAINTIFF'S RIGHTS PROVIDED
UNDER THE FAMILY MEDICAL LEAVE ACT.

-14-

D- THE DEFENDANTS RECKLESS NEGLIGENT AND INTENTIONAL ACTIONS
CAUSED :

LOSS OF INCOME , BEING ON PUBLIC BENEFITS FOR FIRST TIME , FOOD
STAMPS AND MASSHEALTH , FINANCIAL DIFFICULTIES, INCONVENIENCES,
MENTAL ANGUISH, NEGATIVE IMPACT , FUTURE LOSSES , FUTURE MEDICAL
EXPENSES , LOSS OF ENJOYMENT OF LIFE ,INSURANCE BENEFITS, EMOTIONAL
SCARS , FEAR AND FRIGHT EXPOSURE TO STRESS AND ANXIETY CAUSE
MAJOR OR MINOR MEDICAL DISEASE  AND EXPENSES , EFFECTS ON MEDICAL
PRESCRIPTIONS ,EFFECTS ON TREATMENTS , PSYCHOLOGICAL TORTURED ,
PHYSICAL RESTRICTIONS,   EMOTIONAL INJURIES , PHYSICAL INJURIES,
KIDNEY, HERNIATED LUMBAR DISC AS A RESULT OF HEAVY LIFTING AND
HEAVY DUTY WORK, CHRONIC PAIN.ETC..

E- THE CIVIL RIGHTS ACT OF 1991 . 42 U.S.C .1991   AND 1981 42 U.S.C
1981 ( a )   PROVIDE MONETARY RELIEF IN CASES OF INTENTIONAL DIS-
CRIMINATION    SECTION 115- 117. AND UNDER THE MERIT SYSTEM
AWARD 5 x 6381,   10 x 9447, 10 x 9443 ,  5 x 8141  , 5 x 2301 , 5 x 2302
5 x 8337 , 5 x 8339,  12 x 5005  , 12 x 5010 ,  31 x 3427 , 5  x 3330 .

VI - FACT  OR  CLAIM

RETALIATION :
A- LEGAL  AUTHORIZATION MASS . GEN.  LAW  151 B  4 ( 4 ) , 4  ( 4a )
42 U.S.C  x  2000e - 2

B- SODEXHO-MARRIOTT 'S  DUTY IS  TO :
COMPLY WITH FEDERAL AND STATE LAWS THAT PROHIBITS TO RETALIATE
AGAINST EMPLOYEE OR PERSON.
COMPLY EQUAL PROTECTION OF THE LAW 42 U.S.C 2000e- 4.

-15-

C- SODEXHO-MARRIOTT BREACH THEIR DUTY:
BY NOT COMPLYING WITH   MASS. GEN. LAW 151 B  4 ( 4 )  , 4 ( 4a).

D- SODEXHO-MARRIOTT 'S  INTENTIONAL  AND RECKLESS  ACTIONS  CAUSED:

MENTAL  ANGUISH , ANXIETY   , PAIN AND  SUFFERING, NEGATIV  IMPACT,
LOSS ENJOYMENT  OF LIFE. ,EMOTIONAL SCARS  ,DEPRESSION , POSTTRAUMATIC
DISORDER. INCONVENIENCES , FUTURE  LOSSES  MENTAL  ANGUISH , FUTURE
MEDICAL  EXPENSES, FEAR AND FRIGHT  EXPOSURE  TO STRESS AND ANXIETY
.CAUSE MAJOR OR MINOR  MEDICAL  DISEASE AND MEDICAL  EXPENSES,
EMOTIONAL  INJURIES , PHYSICAL  INJURIES, CHRONIC PAIN, PSYCHOLOGICAL
TORTURED , PHYSICAL  RESTRICTIONS, KIDNEY , HERNIATED  LUMBAR  DISC AS
A RESULT OF HEAVY LIFTING AND HEAVY WORK, THE EFFECTS ON
MEDICATION , THE EFFCTS  ON  TREATMENTS, PAIN AND SUFFERING, EATING
DISORDER.

E-THE PLAINTIFF  SHALL  BE AWARDED  FOR HER EMOTIONAL , PHYSICAL  AND
FINANCIAL  INJURIES  CAUSED  FOR THE RECKLESS INTENTIONAL DEFENDANTS
ACTIONS CAUSED  IN THE PLAINTIFF LIFE.  ,
E- : THE PLAINTIFF  IS ENTITLED  TO BE COMPENSATED  FOR ALL DAMGES.
THE DEFENDANTS  ARE LIABLE  FOR ALL DAMGES. THE CIVIL  RIGHTS ACT
OF 1991 AND 1981 42 U.S.C 1991 AND 42 U.S.C 1981 ( a ) PROVIDE MONETATY
RELIEF IN CASES OF INTENTIONAL  EMPLOYMENT  DISCRIMINATION SECTION
115- 117.  AND THE MERIT AWARD   5 x 2302 ,  5 x 3330 , 5 x 2301 , 5 x 3301
5 x 6381 ,  5 x 3330 , 5 x 8339 , 5 x 8337,  31 x 3527 ,  12 x 5005 , 5  x 8141
10 x 9447 , 10,  9443.

-16-

VII- DEFAMATION AND FOR THE VIOLATION OF THE PLAINTIFF'S
RIGHT TO PRIVACY.
THE TERMINATION LETTER WHICH CAUSED EMOTIONAL DISTRESS.
THE DEFENDANTS NAME WAS SODEXHO- MARRIOTT .
SEE EXHIBT -T  .

COOLEY MANION JONES AND SODEXHO -MARRIOTT VIOLATED THE
PLAINTIFF'S PROTECTED RIGHTS TO PRIVACY. BY GETTING THE PLAINTIFF
MEDICAL RECORD WITHOUT A PROPER RELEASE AUTHORIZATION.
SEE  EXHIBIT V  -

OCTOBER 9, 2006

SUBMITTED BY,
Flavia Benitez
FLAVIA BENITEZ
P.O.BOX  2437
JAMAICA PLAIN MA 02130.