# UNITED STATES DISTRICT COURT OF MASACHUSETTS

FLAVIA BENITEZ  
PLAINTIFF

CIVIL ACTION 04-CV-11959-NG  
PRO- SE



VS

SODEXHO-MARRIOTT  
DEFENDANTS

COOLEY MANION JONES

MOTION TO COMPEL WITH POSTAL SERVICES AND PROCEEDING.

THIS NOTICE IS TO BE ADVISED THAT NO NOTICE OF HEARING RESCHE-
DULE FOR THE DEFENDANTS MOTION FOR SUMMARY JUDGEMENT HAS
BEEN RECEIVED BY THE PLAINTIFF AS AN OPEN VIOLATION OF 42 SECTION
2000e-10 ; 42 SECTION 2000e - 13 ; 42 SECTION 2000e16 ; 42 SECTION 2000e -5 AND
DUE PROCESS OF LAWS.

OCTOBER 29, 2006.

SUBMITTED BY ,  
Flavia Benitez  
FLAVIA BENITEZ  
PO . BOX 2437 JAMAICA PLAIN 02130