# UNITED STATES DISTRICT COURT OF MASSACHUSETTS

```
                                                    FILED
                                                IN CLERKS OFFICE

                                                2006 NOV 13  A 10: 0

                                                U.S. DISTRICT COURT
                                                DISTRICT OF MASS.
```

| | |
|---|---|
| FLAVIA BENITEZ | CIVIL ACTION # 04-CV-11959-NG |
| PLAINTIFF | PRO-SE |
| | |
| VS | |
| | |
| SODEXHO-MARRIOTT | COOLEY MANION JONES |
| DEFENDANTS | |

MEMORANDUM OF THE PLAINTIFF'S ECONOMICAL DAMAGES. THE PLAINTIFF'S RIGHTS TO MONETARY RELIEF UNDER CIVIL RIGHTS 1981 (a) (b) (c) PROVIDED MONETARY COMPENSATION IN CASES OF INTENTIONAL DISCRIMINATION. AND THE MERIT SYSTEM AWARDS.

THE PLAINTIFF IS ENTITLED TO MONETARY COMPENSATION AND REMEDIES, PRE-JUDGMENT COSTS AND INTERESTS OF THIS SUIT TO BE PAID AND SATISFIED WITH INTERESTS BY SODEXHO-MARRIOTT FOR THE VIOLATION PLAINTIFF'S EMPLOYMENT AND CIVIL RIGHTS UNDER TITLE VII, 42 U.S.C 2000e-4, 42 U.S.C 2000e-7 AND UNDER COLOR LAW 18x 242 FOR DEPRIVING THE EXERCISE OF RIGHTS, PRIVILEGES AND IMMUNITIES SECURED BY 42 X 1983, 42 U.S.C 2000e-2 notes 638, 640, 649, 669, 808, 809; MASS GENERAL LAW 151 B, 42 U.S.C 12101-12213.

-2-

JUDICIAL REMEDIES ARE ABIABLE PURSUANT TO COURT ACTION MASS. GEN. LAW c 151 B (9), UNDER MASS GEN. LAW c 218 19 (a) 42 U.S.C 2000-4, 42 U.S.C 1981 (a) AND THE MERIT SYSTEM AWARDS.

I  ECONOMICS    ------ 5 x 2301, 5 x 3330.

1- VACATION TIME FROM 8/18/1999 TO JANUARY 2000. AND INTERESTS.

2- SHORT TERM DISABILITY INSURANCE FROM JANUARY 27, 2000 TO FEBRUARY 14, 2000 WITH INTERESTS.

3- DEDUCTIONS FOR MEDICAL, DENTAL, SHORT TERM DISABILITY, ACCIDENTAL DEATH AND DISMEMBERMENT, INSURANCE WITH INTERESTS.

4- ACCIDENTAL DEATH AND DISMEMBERMENT INSURANCE POLICY FOR 250,000 K AND INTERESTS.

5- MEDICAL BILLS : COPIES OF MEDICAL BILLS DURING SURGERIES WILL BE ATTACH AROUND 10,000 K

6- TAXES .

-3-

II- OTHER DAMAGES: 42U.S.C 1981 (a)(b).
THE DAMAGES AWARDS SHALL BE CALCULATED BY :
NUMBER OF DEFENDANTS- TWO
NUMBER OF FEDERAL AND STATE LAWS VIOLATION AROUND
10 COUNTS.
* SEE SIMILAR CASES AWARDED WILL BE FILED WITH THIS MEMORANDUM.

1- BACK PAY 105,000 K AND INTERESTS  5 x 2301 , 5 x 2302 .

2- FRONT PAY 300,000 K

3- PUNITIVE DAMAGES  100,000,000 M

4- MITIGATION OF DAMAGES ,INCONVENIENCES 100,000,000 M

5- TRANSPORTATION FEES 4,000 K,   42 U.S.C 1981 , 1988.

6- COPYING FEES 10,000 K

7- MAILING FEES    8,000K

8- ATTORNEYS FEES 1, 350 K

9- LEGAL AID TYPING AND DOCUMENTATION 175,000 K

10- MULTIPLE DAMAGES   150,000,000 M   5 x 3330, 31 x 3527 , 5 x 8141,
10 x 9447

11- WORK COMPENSATION   5 x 8141   ,10 x 9443, 10 x 9447

12- APPROPIATE DAMAGES UNDER 42 U.S.C , 448 , 460.
90,000,000 M

13- REDEMPTION A PUBLIC APOLOGY.

-4-

14- MEDICAL AND HOSPITAL EXPENSES  5 x 3330, 5 x 3301
5 x 6381    175,000K

15- COMPENSATION FOR THE PLAINTIFF INJURIES AND THE EXTENT OF INJURIES   50,000,000 M    5 x 3301    5 x 3330 , 31 x 3527 , 10 x 9443

16- REASONABLE FUTURE MEDICAL AND HOSPITAL EXPENSES
100,000,000M

17-LOSS OF ENJOYMENT OF LIFE   950,000K  5 x 3301 ,

18- COSTS OF THIS SUIT , ADMINISTRATIVE COSTS.   5 x 3330

19-COMPENSATORY DAMAGES   500,000,000 M   5 x 8141

20 - TAXES

21- INTERESTS.

-5-

III-COMPENSATION FOR ILLNESS, RECKLESS AND NEGLIGENCE

EXPOSURE SCORE CHART TO ILLNESS   12 x 5005, 12 x 5010, 31 x 3527
5 x 8337, 5 x 8141

1- CANCER
2- HEART DESEASE
3- LIVER DESEASE
4- KIDNEY DESEASE
5- NERVOUS SYSTEM
6- ANXIETY
7- DEPRESSION
8- POSTTRAUMATIC DISORDER
9- IMMUNE SYSTEM
10 - VERTIGO
11- OBESITY
12- HIGH BLOOD PRESSURE.
13- ASTHMA

FUTURE LOSS, EMOTIONAL DISTRESS, PAIN AND SUFFERING, INCONVENIENCE, MENTAL ANGUISH, LOSS OF ENJOYMENT OF LIFE, PHYSICAL INJURIES, EMOTIONAL INJURIES, FEAR AN FRIGHT, NEGATIVE IMPACT, SIDE EFFECTS ON MEDICAL PRESCRIPTIONS, EXPOSURE TO STRESS FOR LONG PERIOD OF TIME TO EXTREME STRESS THAT WIL BE INCREASING A POSSIBLE PREMATURE DESEASE OR DISEASE, NEGATIVE FLASHBACK, THE PLAINTIFF ILLNESS MIGHT BE CAUSED OR WORSENED BY THE DEFENDANTS INTENTIONAL, RECKLESS ACTIONS, THE PLAINTIFF HAS BEING IN COUNSELING AND MEDICAL PRESCRIPTIONS FOR THE PAST SIX YEARS. FOR THE TRAUMA THIS ACTION HAS CAUSED ON THE PLAINTIFF 'S LIFE, ECONOMIC AND HEALTH.

-6-

IV-ADJUSTMENT BASED ON AGE

AGE---------------------------MULTIPLIER

0--------15  ----------------------- 4

16-----25  ----------------------- 2

26-----40  -----------------------1

41-----79  -----------------------0.5

80------+  -----------------------0.25

V- COMPENSATION FOR DETRIMENTAL AND LOSS ENJOYMENT OF LIFE. ACCORDING TO THE SCORE OF EXPOSURE CHART BY THE NUMBER OF POINTS OR SCORES.  5 x 3301 , 5 x 3330 , 5 x 8141 , 5 x 8337, 31 x 3527

-7-

ADJUSTMENT BASED ON POINTS OR SCORES.

SCORE---------------------------------------------------- BASE AMOUNT OF ADJUSTMENTS

1)  0-----------------3,750-------------------------------------------  25 %

2)  3,751-----------7,500-------------------------------------------  50 %

3)  7,501-----------11250-------------------------------------------  75 %

4)  11,251--------15,000-------------------------------------------  100 %

OCTOBER   10 ,2006

                                  SUBMITTED BY
                                  FLAVIA BENITEZ
                                  PO. BOX 2437
                                  JAMAICA PLAIN MA 02130