

**BRIGHAM AND WOMEN'S HOSPITAL**

Asthma Research Center
75 Francis Street
Tower 4A, Room 014
Boston, Massachusetts 02115
Office (617) 732-8201
Fax (617) 732-2858

June 15, 1999

Dear Flavia:

The Asthma Research Center at Brigham and Women's Hospital is dedicated to trying to find a cure for asthma and related respiratory diseases. We are studying the genetics of asthma and new ways to treat asthma. If you have asthma you may able to help in this important work. Our studies vary in length from one visit to seventeen visits over 24 weeks and pay from $35 to $2400.

Would you like to learn more about your eligibility to be in our studies? Please use one of the enclosed postcards to inform us of your interest and send it to us in the enclosed business reply envelope. If you do not respond within two weeks of receiving this letter we may contact you to assess your desire to participate. You may also call us at
(617) 732-8201 or 1-888-99-ASTHMA.

Thank you for your effort in helping us further understand asthma.

Sincerely,

Elliot Israel, M.D.
Director Asthma Research Center

Flavia Benitez

— Trying to *TREAT* and *BEAT* Asthma!

Exhibit — 2



MGH OUTPATIENT PHARMACY
55 FRUIT STREET   BOSTON, MA 02114
Phone: (617) 724-3100

Rx# 10185048   W MASS GENERAL, HOSP
BENITEZ, FLAVIA D   12/18/00
PT ID: 3719505
TAKE 1 CAPSULE TWICE DAILY
TAKE WITH FOOD
Qty: 60   CELEBREX CAP 100MG
Original Date: 11/10/00
Refills: 2   Expires: 12/18/01   SL
ERIN

# Martha Eliot Health Center

75 Bickford Street  
Jamaica Plain, MA 02130  
617-971-2100  
617-983-1377 (fax)

1966-1996  
Thirty Years of Celebrating Families

Exhibit - 3

Joseph M. Carrillo, M.D.  
Executive Medical Director

Karen B. Darcy, R.N.C., M.S.N.  
Associate Director

Pediatric Medicine  
Adolescent Medicine  
Internal Medicine  
Women's Health Services  
Human Services  
Dentistry  
Mildred C. Hailey Vision Center  
Podiatry  
WIC/Nutrition  
Laboratory  
Chemical Addiction Services  
HIV Prevention/Counseling/Testing  
Peer Leader Program  
Youth Outreach

Estimado(a): **Flavia Benitez**

Usted tiene una cita en el Hospital de Brigham & Women's.

Clinica/Doctor: **Physical Therapy**

Fecha: **7/16/99**

Hora: **3:30 pm**

Por favor traiga este papel con usted a la cita.

Por favor traiga su tarjeta azul "**del hospital**" (tiene que registrarse) si no tiene tarjeta **debe** llegar 30 minutos antes para obtener una tarjeta.

Por favor llame a Judy al 971-2136 si necesita cancelar o cambiar su cita.

Sinceramente,

Judy Ortiz

A Neighborhood Health Service of  
Children's Hospital



Children's Hospital

Rev. 1-



BENITEZ, FLAVIA
ALBUTEROL 17 GM #1
INHALE 2 PUFFS BY MOUTH 4 TIMES A DAY

COMMON USE(S)
*For the treatment of asthma (may also have other breathing problems)
USAGE INSTRUCTIONS FOR THIS MEDICINE
*Shake well before each use.
To be inhaled through the mouth (unless your doctor specifies otherwise)
*Read all product information enclosed.
*Do not use more often or more than the amount prescribed.
SPECIAL INSTRUCTIONS
*Notify your doctor if you are or think you may be pregnant, are breast-feeding, if you remaining dose as soon as possible, even if empty.
*Take a missed dose or incinerate canister, even if empty.
*Do not puncture or incinerate canister, even if empty.
Do not double doses.
POTENTIAL SIDE EFFECTS. *Store at room temperature. Protect from light, cold, and heat.
*Nervousness, throat irritation, mild headache if bothersome) Space out the
ADVERSE EFFECTS (may require treatment. Protect from light, cold, and heat.
*Trouble breathing (contact your doctor if any of these occur) or changes in taste/smell.
heartbeat, weakness, severe nausea/vomiting, dizziness/headache, muscle cramps, irregular
*  updated 06/10/98. chest pain, mood changes, unusual bruising, or trembling.

Exhibit — 4

PATIENT INFORMATION

Exhibit - 5

178

| | |
|---|---|
| 1 | **CERTIFICATE** |
| 2 | **COMMONWEALTH OF MASSACHUSETTS** |
| 3 | **SUFFOLK SS.** |
| 4 | I, SUSAN A. ROMANO, Certified Shorthand |
| 5 | Reporter No. 119393, Registered Merit |
| 6 | Reporter and Notary Public in and for the |
| 7 | Commonwealth of Massachusetts, do hereby |
| 8 | certify that the witness whose deposition |
| 9 | is hereinbefore set forth, was duly sworn |
| 10 | and that such deposition is a true record |
| 11 | of the testimony given by the witness. |
| 12 | I further certify that I am neither |
| 13 | related to or employed by any of the |
| 14 | parties in or counsel to this action, nor |
| 15 | am I financially interested in the outcome |
| 16 | of this action. |
| 17 | In witness whereof, I have hereunto set |
| 18 | my hand and seal this 25th day of June |
| 19 | 2006. |
| 20 | |
| 21 | *[signature: Susan A. Romano]* |
| 22 | |
| 23 | Susan A. Romano, Notary Public |
| 24 | My commission expires April 21, 2006 |

\* DEPOSITION ON JUNE 29, 2006 AT 10: AM.



**Jack Daniel** Court Reporting & Video Services

Technologies you can use • Experience you can Trust

Direct Dial: 617.557.0039
Toll Free: 866.814.0039
Toll Free Fax: 866.557.0041
www.jackdanielreporting.com

141 Portland Street, Suite 200
Boston, Massachusetts 02114

exhibit #6

| MASSACHUSETTS GENERAL HOSPITAL | Ambulatory Care Division | | | |
|---|---|---|---|---|
| PHYSICAL THERAPY | COST CENTER ☐ 575 | Date | Req Area | |
| ALL BOLD FACE AREAS MUST BE COMPLETED | ☐ 153 ☐ 156 | | PATIENT IDENTIFICATION AREA | |
| Referral Source | ☐ 190 ☐ 829 | 10/05/1954  F | | |
| Dismissal Disposition | | ENC# 115482945     03/28/2000 | | |

371 95 05
BENITEZ, FLAVIA D
122 WALFORD WAY
APT 344
CHARLESTOWN, MA 02129
MASS HEALTH
FULL FREE SERVICE
PCP: NONE, PHYSICIAN  99992

Complete if patient has been sent to this service by another M.D.:
Referring M.D.
Referral/Authorization Number
Complete to identify special billing considerations:
Program Code......
Date of Onset
Date Treatment Began
Date plan estab./Last reviewed

**PROVIDERS MUST COMPLETE BOLD FACE AREA BELOW**

Provider Code

Is this routine Post-Op Care?   YES ☐   NO ☒
Were the symptoms presenting/services rendered of an emergent nature, requiring immediate evaluation and/or treatment?   YES ☐   NO ☒

| TEST CODE | Please Check | CPT CODE | (See back for diagnosis codes) |
|---|---|---|---|
| **Evaluation** | | | |
| ___ 101 | PT Initial Evaluation | 97001 | Relative value assumes 30 min |
| ___ 102 | PT Re-Evaluation | 97002 | Medicare ea 30 day. To reflect a change in status, plan, goals |
| **Supervised modality or Therapeutic Intervention (all non-timed)** | | | |
| ___ 110 | Hot or cold packs | 97010 | Limit 1 per session |
| ___ 111 | Mechanical traction | 97012 | Document specific parameters |
| ___ 112 | Electrical stimulation | 97014 | Unattended (interferential, TENS trial) |
| ___ 115 | Whirlpool | 97022 | |
| ___ 151 | Therapeutic procedure(s), group | 97150 | Direct care, 2 or more with PT/PTA |
| **Direct contact modality, per 15 min** | | | |
| ___ 121 | Electrical stimulation (manual) | 97032 | TENS Education |
| ___ 122 | Iontophoresis | 97033 | Limit 1 unit per session |
| ___ 124 | Ultrasound | 97035 | Limit 1 unit per session |
| **Direct contact intervention, per 15 min** | | | |
| ___ 131 | Therapeutic exercises | 97110 | Strength, endurance, ROM, flexibility. 1:1 with PT/PTA |
| ___ 132 | Neuromuscular re-education | 97112 | Movement, balance, coordination, posture, kinesthetic sense, proprioception |
| ___ 133 | Gait training | 97116 | (except for w/prosthetic, see 97520) |
| ___ 135 | Massage | 97124 | Effleurage, petrissage, etc; CPT |
| ___ 136 | Prosthetic training | 97520 | Includes gait, do not use with 97116 |
| ___ 137 | Therapeutic activities-functional | 97530 | Dynamic activities to improve functional performance shoewear recommendations, body mechanics |
| ___ 138 | Self-care/home management training | 97535 | ADL's compensatory training, safety, backcare, instruction in use of adaptive equipment |
| ___ 139 | Community/work reintegration training | 97537 | Shopping, transportation, avocational activities work task/environment modification/analysis |
| ___ 140 | Wheelchair management/propulsion training | 97542 | Including wheelchair seating |
| ___ 141 | Development of cognitive skills | 97770 | Attention, memory, problem solving |
| ___ 142 | Manual Therapy Techniques | 97140 | Soft tissue/joint mobilization; manipulation; manual traction |
| ___ 154 | Orthotics fitting and training | 97504 | Complete fabrication of orthotics |
| **Tests and measurements per 15 min** | | | |
| ___ 161 | Checkout for orthotic/prosthetic use | 97703 | For established pt, modification of inserts/orthotics/shoewear |
| ___ 162 | Physical performance test or measurement | 97750 | With written report (eg: LIDO, Balance system) |

ASSIGNMENT OF BENEFITS AND RELEASE OF INFORMATION
I hereby authorize my insurance benefits be paid directly to the Massachusetts General Hospital or its associated physician group(s) and acknowledge that I am responsible for any balance not covered by those benefits. I authorize the Massachusetts General Hospital to release information requested concerning my care to insurers paying such benefits.

032700