UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FLAVIA BENITEZ,<br>　　Plaintiff,<br><br>v.<br><br>SODEXHO MARRIOTT SERVICES,<br>　　Defendants. | )<br>)<br>)<br>)<br>)　Civil Action No: 04-11959-NG<br>)<br>)<br>)<br>) |

## NOTICE OF WITHDRAWAL

Please enter the withdrawal of the appearance of Kenneth J. Martin as counsel for Defendant, Sodexho Marriott Services, in the above referenced matter. There are additional attorneys from Cooley Manion Jones, LLP who have already filed their appearance in this case and they will continue to represent Sodexho Marriott Services in this matter.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　/s/ Kenneth J. Martin
　　　　　　　　　　　　　　　　　　　　Kenneth J. Martin, BBO #: 636643
　　　　　　　　　　　　　　　　　　　　Cooley Manion Jones, LLP
　　　　　　　　　　　　　　　　　　　　21 Custom House St.
　　　　　　　　　　　　　　　　　　　　Boston, MA 02110
　　　　　　　　　　　　　　　　　　　　(617) 737-3100
　　　　　　　　　　　　　　　　　　　　facsimile: (617) 737-0374
Dated: April 6, 2007　　　　　　　　　　email: kmartin@cmjlaw.com

### CERTIFICATE OF SERVICE

　I hereby certify that this document was filed through the ECF system, and, accordingly, will be sent to the registered participants identified on the Notice of Electronic Filing and the parties with paper copies to be sent by mail to non-registered participants on this 6th day of April, 2007.

　　　　　　　　/s/ Kenneth J. Martin, Esq.

177708-1