**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| ) | |
| ) | |
| **FLAVIA BENITEZ,**     ) | **C.A. No. 04-11959-NG** |
| ) | |
| **v.**     ) | |
| ) | |
| ) | |
| **SODEXHO MARRIOTT** ____ ) | |
| **SERVICES.** ____ ) | |

**GERTNER, D.J.:**

ORDER FOR DISMISSAL

In accordance with the Memorandum and Order entered on May
30, 2007, adopting the Report and Recommendation of the
Magistrate Judge and granting the Defendant's Motion to Dismiss
for the reasons stated therein, it is hereby ORDERED that the
above captioned matter is dismissed in its entirety.

                                        By the Court,

Dated:    April 13, 2007      s/ Maryellen Molloy
                                        Deputy Clerk