UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERK'S OFFICE

2007 APR 23  A 10: 09

DISTRICT OF MASS.

FLAVIA BENITEZ
PLAINTIFF

V.                                                    CASE NO. 04-CV-11959-NG
                                                      PRO-SE

SODEXHO-MARRIOTT
DEFENDANTS

## NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN THAT FLAVIA BENITEZ ABOVE NAMED, HEREBY APPEALS FROM THE MAG. JUDITH GAIL DEIN'S REPORT AND RECOMMENDATION ENTERED IN THE ABOVE ENTITLED ACTION ON MARCH 14, 2007 AND ADOPTED BY JUDGE NANCY GERTNER ON MARCH 30, 2007. OBJECTED BY PLAINTIFF ON MARCH 27, 2007. EXHIBITS 1-6.

FLAVIA BENITEZ
*Flavia Benitez*
PO. BOX 2437 JAMAICA PLAIN 02130

MARCH 21, 2007.
APRIL 13, 2007.