## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

USDC Docket Number : 04-cv-11959

Flavia Benitez

v.

Sodexho-Marriott

### CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered: 1-77

and contained in I Volume(s) are the original or electronically filed pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 4/23/2007.

In testimony whereof, I hereunto set my hand and affix the Seal of this Court on May 7, 2007.

Sarah A. Thornton, Clerk of Court

By: _____ Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 5/7/07 .

_____
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

- 3/06