UNITED STATES DISTRICT COURT OF MASSACHUSETTS

FLAVIA BENITEZ
PLAINTIFF
APPELLANT

V.                                              CIVIL ACTION # 04-CV-11959-NG

SODEXHO-MARRIOTT
DEFENDANT
APPELLE

NOTICE OF REQUESTING DOCUMENTS UNER FED.R. .APP. P. 10

1) THE ORIGINAL PAPERS AND EXHIBITS FILED IN THE DISTRICT COURT.

2) THE TRANSCRIPT OF PROCEEDINGS

3) AND A CERTIFIED COPY OF THE DOCKET ENTRIES PREPARED BY THE DISTRICT COURT CLERK

4) AUDIO TRANSCRIPT OF PLAINTIFF DISPOSITION TAKEN ON JUNE 29, 2006 @ 10:00 AM AT COURTROOM #15

APRIL 30, 2007

SUBMITTED BY
*Flavia Benitez* (signature)
FLAVIA BENITEZ

PO.BOX. 2437 JAMAICA PLAIN 02130