UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

*FILED*
*IN CLERK'S OFFICE*
2007 AUG 20 P 1:57
U.S. DISTRICT COURT
DISTRICT OF MASS.

FLAVIA BENITEZ                                CIVIL ACTION NO. 07-1722
PLAINTIFF/ APPELLANT
PRO-SE                                        04-cv-11959-NG

V.

SODEXHO-MARRIOTT
DEFENDANTS/ APPELLEES
BRIAN M. HANEY
JENNIFER B. FUREY

MOTION TO RESOLVE THE CONTROVERSY IN TRANSCRIPTS MATTER.

This notice is a request to produce the last four originals transcripts pursuant title 28 chapter 49 section 753 ( f ) that 03/27/06 ; 06/05/06 ; 06/29/06 and 11/ 01 /06 controversy in transcripts . And appellant is going to get transcripts for 12/ 19/05 and 02/03/06. Originals transcripts are necessary for filing the brief . See documents file at court of appeals date May 14, 2007 ; July 20, 2007 ; August 15, 2007.

August 20 ,2007

                                          Sincerely,
                                          Flavia Benitez
                                          *Flavia Benitez* (signature)
                                          Po. Box 2437 Jamaica plain
                                          Ma 02130