NOTICE OF APPEAL TO A SUPREME JUDICIAL COURT FROM A JUDGMENT OF THE FIRST CIRCUIT COURT OF APPEALS

FIRST CIRCUIT COURT OF APPEALS
FILE NUMBER 07-1722



FLAVIA BENITEZ
APPELLANT
PRO-SE

V.                                          NOTICE OF APPEAL

SODEXHO-MARRIOTT
APPELLES
BRIAN M. HANEY ESQ.
JENNIFER B. FUREY ESQ.

NOTICE IS HEREBY GIVEN THAT FLAVIA BENITEZ IN THE ABOVE CASE APPEALS TO THE SUPREME JUDICIAL COURT FROM THE JUDGMENT BY JUDGES JUAN R. TORRUELLA ; KERMIT V. LIPEZ; AND BRUCE M. SELYA ENTERED IN THIS ACTION THE 15 DAY OF APRIL, 2008.

APRIL 25, 2008

                                          SUBMITTED BY
                                          FLAVIA BENITEZ
                                          PO. BOX 2437
                                          JAMAICA PLAIN
                                          MA ,02130