UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT


FLAVIA BENITEZ
APPELLANT
PRO-SE                                              FILE NUMBER 07-1722


V.


SODEXHO-MARRIOTT
APPELLES
BRIAN M. HANEY ESQ.
JENNIFER B. FUREY ESQ.


MOTION PURSUANT RULE  4(a) (4 ) (A) ( i )( ii ) (IV ) (V ) ( VI)

( i ) FOR JUDGMENT UNDER RULE 50 (b).
( ii ) TO AMEND OR MAKE ADDITIONAL FACTUAL FINDINGS UNDER RULE  52 (a ) ( b) ( C ) ( d ).
( IV ) TO ALTER OR AMEND THE JUDGMENT  UNDER RULE 59.
( V ) FOR A   TRIAL.
( VI  ) FOR RELIEF UNDER RULE 60
FOR RELIEF UNDER RULE 38 JURY TRIAL OF RIGHTS.


APRIL 21 , 2008

                                                    SUBMITTED  BY
                                                    FLAVIA BENITEZ
                                                    *[signature: Flavia Benitez]*
                                                    PO.BOX 2437
                                                    JAMAICA PLAIN
                                                    MA 02130